EXH. 17

**FINANCE**

**NEW • YORK**

The City of New York
Department of Finance

**Speed Violation
Monitoring Program**

# Speeding Fact Sheet

Legislation has been enacted to allow the city of New York to issue Notices of Liability for speeding violations based on images taken by an automated camera. The speed cameras are installed to deter motorists from committing speeding violations. The enforcement of these violations has been given to the Department of Transportation.

The enclosed images were taken automatically by such camera. The Speed Camera monitors the speed of a vehicle traveling on the roadway. When a vehicle is traveling in excess of 10 MPH over the posted speed limit the camera automatically takes two (2) photographs less than one second apart. The images show the speed limit, violator speed, date, time and location of the violation. (Refer to sample Data Field explanations, below). A flash unit allows the camera to operate at night as well as in the daylight.

When a speed offense is photographed, the registrant is mailed a Notice Of Liability along with one or more images showing the violation. The registrant is liable for a fine, currently $50.00, but will not receive points on his or her driver's license.

Under the law, the registrant can be held liable even if he or she was not the driver if the car was photographed speeding.

The enclosed Notice of Liability describes the procedures for paying the fine or pleading not guilty and requesting a hearing. Please read all the information carefully.

**SAMPLE OF FIXED SPEED DATA BAR**

| Date of Violation | Time of Violation | Posted Speed Limit | Violator Speed | Vehicle Direction | Photo Frame Seq. (A/B) | Roadway Lane |
|---|---|---|---|---|---|---|
| Date 3/28/2018 | Time 15:01:42.8 | Limit 030 | Speed 041 | Dir. | Frame 075487A | Lane 2 |
| KFS02P-WB LINDEN BLVD @ ROCKAWAY AVE | | | | | | |

⇧     ⇧

| Site ID / Camera Location |
|---|

EXH. 17

**FINANCE**

NEW ● YORK
The City of New York
Department of Finance

**Red Light Violation
Monitoring Program**

# Red Light Fact Sheet

Legislation has been enacted to allow the city of New York to issue Notices of Liability for Red Light violations based on images taken by an automated camera. The Red Light cameras are installed to deter motorists from committing Red Light violations. The enforcement of these violations has been given to the Department of Transportation.

The enclosed images were taken automatically by such a camera. The Red Light Camera is connected to a traffic light and is only active when the light is red, not when the light is green or yellow.

Vehicles crossing the stop line or entering the crosswalk after the light turns red are detected automatically. The camera takes two photographs, approximately one second apart. The images show the date and exact time of the violation as well as the number of seconds since the light had turned red.  (Refer to Data Field explanations below).  A flash unit allows the camera to operate at night as well as in daylight.

When a Red Light offense is photographed, the registrant is mailed a Notice of Liability along with one or more images showing the violation. The registrant is Liable for a fine, currently of $50.00, but will not receive points on his or her driver's license.

Under the law, the registrant can be held liable even if he or she was not the driver when the car was photographed going through the Red Light.

The enclosed Notice of Liability describes the procedures for paying the fine or pleading not guilty and requesting a hearing. Please read all of the information carefully.

**Sample**

## Explanation of Red Light Photo Data Field

| Date of Violation | Time of Violation | Signal Phase | Time Since Signal Turned to Red (in seconds) | Lane Number | Serial Frame Number |
|---|---|---|---|---|---|
| DATE | TIME | PHASE | R TIME | LANE | FRAME |
| 2/12/2018 | 22:35:07.9 | R | 000.3 | 1 | 2449-008A |

**KQ-EASTERN PKWY (W/B) @ BEDFORD AVE**

⬆                    ⬆

| Location Code / Location Name |
|---|

EXH. 18

# DO NOT MOVE THIS VEHICLE

## MOVING THIS VEHICLE WILL RESULT IN SERIOUS DAMAGE TO THE VEHICLE.

WARNING: ANY DAMAGE OR VANDALISM TO THE BOOTING DEVICE WILL BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW

TO SEE MORE INFO GO TO NYC.MyBootInfo.com

| 1) DATE | 2) TIME | 3) LICENSE PLATE NUMBER | STATE | 4) COLOR/MAKE |
| --- | --- | --- | --- | --- |

| 5) LOCATION | | 6) DEVICE # | 7) OFFICER | COMMENTS: |
| --- | --- | --- | --- | --- |

# BOOTED BY THE CITY OF NEW YORK

**FOR BOOT REMOVAL AND FINE PAYMENT CALL TOLL-FREE 24 HOURS A DAY**

# 1-844-338-6303

**BOOT VIOLATION #**
Q   92452

**WHEN YOU CALL, YOU WILL NEED THIS NUMBER** →

## This vehicle may be subject to an IMMEDIATE TOW

THIS VEHICLE HAS BEEN BOOTED BASED ON AN EXECUTION FOR MORE THAN $350 IN UNPAID JUDGMENT DEBT PURSUANT TO CPLR, SECTION 5230. THE CITY OF NEW YORK ASSUMES NO LIABILITY FOR THE LOSS OR DAMAGE OF THIS VEHICLE OR ITS CONTENTS WHILE BOOTED, TOWED, OR AT AN IMPOUND YARD.  DAMAGE TO THE BOOTING EQUIPMENT WILL RESULT IN ADDITIONAL CHARGES.

**REMARKS**

Call 1-844-338-6303 to use Credit or Debit Card for immediate release!

Or to pay with cash in person, go to

**Manhattan Business Center**
66 John St, 2nd Floor
New York, NY 10038

**Queens Business Center**
144-06 94th Ave
Jamaica, NY 11435

**Brooklyn Business Center**
210 Joralemon St, 1st Floor
Brooklyn, NY 11201

**Bronx Business Center**
3030 Third Avenue, 2nd Floor
Bronx, NY 10455

**Staten Island Business Center**
350 St Marks Pl, 1st Floor
Staten Island, NY 10301

If your vehicle was subsequently towed:

1. Call 1-844-338-6303 for important information.
2. If the vehicle was towed, an additional $135 tow fee plus a minimum $10/day storage fee will be assessed.

Hours for all locations: M - F 8:30 AM - 4:30 PM

**BOOT RETURN LOCATIONS**

For a list of locations where you can return the boot, please refer to the back of this notice.

EXH. 19

February 27, 2019

'WITHOUT PREJUDICE'

NYC Department of Finance
Hearing By Mail Unit
P.O. Box 29021
Brooklyn, N.Y. 11202-9021

Dear Administrative Judge:

RE:   ALROY RICHARDS, TICKET #868549900-8, Issued on FEBRUARY 15, 2019
       ALONG OCEAN AVENUE, BROOKLYN, N.Y. 11226

Good day to you. My name is ALROY RICHARDS, owner, and operator of the material Nissan Altima (sedan) motorcar. I had parked my motorcar overnight, along Ocean Avenue, in the vicinity of #708, facing the general easterly direction (i.e. towards Beverley Road), on February 15, 2019. Now, I do not intend on wasting precious time of your institution, but, as outlined prior, it seems I am being targeted, using "technology", and possible manpower communications coordination, to ensure that my motorcar is tracked, and ticketed. Kindly see prior complaints, particularly with respect to this said Ticketing Officer, D. BAY. I say no more, as it is not coincidence, or simply "doing a job". The grave disparity has now been revealed.

The ticket #868549900-8, is suggesting that I had parked my motorcar three (3) feet away from the hydrant.  There are five (5) photographs attached, as to where the motorcar was parked, and that this is its original position, as at the material time. Almost three quarters (3/4) of my car could have been used to fill the gap, in the photograph. I see motorcars that are spot on, at the hydrant, even on that same morning, in the same area, but I can assure you, that no tickets were issued on these parked motor vehicles, or the occupants/owners. It is so obvious. apparently, it could be said that "my motorcar was ticketed", and that not only that reasons were not, or, will not be disclosed as to why the others were not ticketed, but that I should "concentrate on my matter, only". Okay. I leave the photographs in your capable hands, as you make your deliberations. Look at the distance of the motorcar, from the hydrant, versus the allegations on the ticket.

Thanking you.

Yours sincerely

ALROY D. RICHARDS

Att.

EXH. 19



TURN OVER

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

Rev. 06/17   N/S=Not Shown   N/A=Not Applicable

| Permit Displayed | Permit Number | | |
|---|---|---|---|
| N/S | N/A | | Type |

Name of the Operator, if present. If not present:
**OWNER OF THE VEHICLE BEARING LICENSE**

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| JEB5810 | 5 | 10/09/20 | NY | PAS |
| Make | Color | | Year | Body Type |
| NISS | BR | | 2015 | 4DSD |
| VIN # | | | | |
| 1N4AL3AP4FC112130 | | | | |

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section:  4-08(e)(2)

Fire Hydrant
3 FEET FROM HYDRANT

Place of Occurrence
Front of 708 Ocean Ave

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 40 | | | | K | 070 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 02/15/19 06:58AM | N/A |

Complainant's Comments:
No driver

FINE AMOUNT.            $115.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T.302 | 355147 | AM6733 |

BOYD, D.
Signature of Complainant

the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X DBoy

**TURN OVER FOR IMPORTANT INFORMATION ON HOW TO PAY OR DISPUTE THIS TICKET**



TURN OVER







EXH. 19



EXH. 19



EXH. 19

*EXH. 20*

February 24, 2019

'WITHOUT PREJUDICE'

The Manager
NYC Department of Finance
Hearing By Mail Unit
P.O. Box 29021
Brooklyn, N.Y. 11202-9021

Dear Manager:

RE:  ALROY RICHARDS – TRAFFIC TICKET #145124690-0
     ISSUED ON FEBRUARY 8, 2019 – OCEAN AVENUE, BROOKLYN, N.Y. 11226

Good day. Reference is made to the subject. I must state that I have already complained about the illicit profiling of me, by the police, for no stated reasons, inclusive of illegally placing electronic and other vehicular, computer, cell phone, and manpower surveillance on me. I have made several reports, including to Internal Affairs Division, about aspects of this discriminatory practice.

On the day in question, I parked the motor vehicle along Ocean Avenue, as I saw that a marked police vehicle was following me, This is being done everyday: on my way to work, on pleasure, business, and just about going places that I am legally allowed to proceed to. I am not in any gang, nor carrying on any illegal business, nor practice. Yet, these despicable acts, by the police, continue. On the night in question, and in an effort to present myself to members of the public, whom were nearby, as the police were following me, I disembarked from the motorcar, and barely proceeded to check on my rear tyres, as they felt less than fully inflated. The monitor on the motorcar showed this, as I had earlier hit a large pothole. Upon returning to the motorcar, I saw that the police were scanning the chassis number instrument, located at the front right section of my motorcar.

As I am aware of many potential possibilities, I decided not to ask the police any questions (my October 15, 2018 experience - and subsequent ticket issued, and Internal complaints, prompted me to be quite careful). I present this information, to show that my many complaints about being harrassed, are not without merits. The pattern of how tickets are being issued, and where, are clear indications. Simply, I am being targeted by the police, using technology (abuse of power, and authority), that should be used to target, and track drug pushers, illegal firearms dealers, "shottas", murder perpetrators, and those of similar ilk. My complaints, via formal means, will continue. Due to the fact that a resident register complaints, against the police, doesnt mean that all police are "terrible", or that law enforcement is not doing a good job.

A copy of the material ticket is attached.

EXH. 20

Good day.

Yours sincerely

**ALROY D. RICHARDS**

Att.

*EXH. 20*

**WRITE ONLY ONE VIOLATION PER TICKET**

## The City of New York Notice of Parking Violation

Permit Displayed? ○ Yes ○ No — Type

Date Registration Expires - N/S

Name of Operator, if present. If not present, then Owner of Vehicle Bearing License. Operator Present but ID Refused? ○
N/S = Not Shown

CD Body Type: Sdn ○ Van ○ Sub ○ Deliv ○ P/U ○ Taxi ○ Color — Model Yr — ○ Other

PLATE

PLATE TYPE: PAS ○ OMT ○ COM ○  OTHER PLATE TYPE

N/S ○ STATE: NY ○ CT ○ PA ○ NJ ○ MA ○ FL ○ VA ○ MD ○ IN ○

MAKE: Chev ○ Ford ○ Honda ○ Dodge ○ Jeep ○ Frei ○ Int'l ○ Toyot ○ Nissn ○ Me/Be ○ BMW ○  OTHER MAKE

OTHER STATE

NY ○ Niaga ○ Bronx ○ Ons ○ Rich ○ County

**THE OPERATOR & OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:**

Time [ ] : [ ] AM ○ PM ○   Date of Offense [ ] / [ ] / [ ]

Time 1st Observed [ ] : [ ]   AM ○ PM ○   Date 1st Observed [ ] / [ ] / [ ]

Front of ○   Place of Occurrence   Opposite ○   Precinct

| Code | Fine All Other Areas | Fine Manhattan 96th St & South | CHARGED VIOLATION OF SECTION 4-08 (SUBSECTION BELOW) OF NYC TRAFFIC RULES |
|---|---|---|---|
| 37 | $35 | $65 | Expired PKG Meter (h)(1) |
| 38 | $35 | $65 | Fail to Disp. PKG Meter Receipt (h)(1) |
| 20 | $60 | $65 | No Parking (d) |
| 21 | $45 | $65 | No Parking, SCR (d)(1) |
| 27 | $180 | | No Parking Except Disability Plates/Permits (d)(3) |
| 78 | | $65 | Nighttime Prkg Comm. Vehicle Residential St. (k)(6) |
| 16 | $95 | | No Standing Except Trucks Loading/Unloading (k)(2) |
| 31 | | $115 | No Standing Commercial Metered Parking (l)(3)(ii) |
| 17 | $95 | | No Standing Except Auth. Vehicles (c)(4) |
| 19 | | $115 | No Standing Bus Stop (c)(3) |
| 14 | $115 | | No Standing (c) |
| 46 | | $115 | Double Parking (f)(1) |
| 70 | $65 | | Registration Sticker (j)(3) NYS Only |
| 71 | | $65 | Inspection Sticker (j)(5) NYS Only |
| 67 | $165 | | Pedestrian Ramp (f)(7) |
| 40 | | $115 | Fire Hydrant (e)(2) Feet From: |
| 74 | $65 | | Missing/Improperly Displayed Plate (j)(2) |

Days in effect (ALL unless otherwise specified): M T W Th F Sa Su

Hours in effect (ALL unless otherwise specified):
From: [ ] : [ ] ○ AM ○ PM
To: [ ] : [ ] ○ AM ○ PM

○ Missing   ○ Expired   Sticker #

Other Description, Rider, Time Limit or ALT Plate and State

/ /

| Code | Fine | | |
|---|---|---|---|
| | ○$ | Sub Section | CHARGED VIOLATION OF SECTION 4-10 (SUBSECTION BELOW) OF NYC TRAFFIC RULES |
| | ○$ | Sub Section | |

| Code | Fine | | |
|---|---|---|---|
| | ○$ | Sub Section | CHARGED VIOLATION OF SECTION 4-11 (SUBSECTION BELOW) OF NYC TRAFFIC RULES |
| | ○$ | Sub Section | |

I affirm under penalty of perjury (penal law 210.45) that I personally observed the offense charged above; if the operator was present, I wrote the operator's name above or marked the "ID refused" oval and personally served this Notice upon him/her; if no name appears above and the "ID refused" oval is not marked, I affixed this Notice to the vehicle. Rev 4/18

Signature of Complainant

ISSUING AGENCY   CMD [ ]

Name of Complainant (printed)   Tax Reg. No. [ ]

**145124690-0**

TURN OVER FOR IMPORTANT INFORMATION ON
HOW TO PAY OR DISPUTE THIS TICKET   TURN OVER

SERVICE COPY   COPYRIGHT 2016, THE CITY OF NEW YORK

*EXH. 21*

February 16, 2019

The Manager
New York City Department of Finance
Hearing By Mail Unit
P.O. Box 29021
Brooklyn, N.Y. 11202-9021

Dear Manager:

**RE: ALROY RICHARDS, JEB 5810 – TRAFFIC TICKET #873165132-0**
    **Issued FEBRUARY 13, 2019 (Queens, N.Y.)**

Good day. I am the owner and operator of the said motorcar, so mentioned. On February 13,2019, I had parked my motorcar, at 9:40 am, on a road way, parallel to Sutphin Boulevard, and near to 89th Street, in Queens, N.Y. Purpose of my visit there, was to attend on a very important Civil case, at the nearby Supreme Court, in which I am the Litigant/Plaintiff (severe injuries to neck, and spine) . The meter number is 4081941, and the two(2) hour ticket I had purchased, is #81265. Hence, I left for the Court house. There were a lot of cases in the Court, on that day, as I had realized, upon my arrival, to the Court Room. The principle is that one need to appear (or have a representative) for their matter, or the case could be dismissed. I filed the matter on my own, and it is a large suit.

There was a recess from Court, and that is when I returned to the area, and realized that Traffic Ticket #873165132-0, had been placed on my motorcar, for expired parking meter fee. I saw the (female) Issuing Officer, a few metres away from my car, standing. Time of the ticket is 11:47 am, just about the time, or so, that I was heading out of the Court Room, for the 1 1/2 minute walk, back to where I had parked the motorcar. Information received is that once ticketed, one can leave the Traffic Ticket on the windscreen, to show other Ticketing Officers that the car was already ticketed. My intention upon my initial return, to the motorcar, was to purchase another two(2) hour ticket. Subsequently, and being unable to determine what may take place, at Court, when I return there, and that I may be unable to return to the motorcar, to avoid another similar Traffic Ticket, I left the Traffic Ticket on the car, and returned to the Court house.
I later returned  to my motorcar, at 2:08 pm, where I purchased another two(2) hour ticket #81284, placed it on my motorcar, and left, for Court, which was again reconvening. Copies of the tickets I purchased from the meter, are attached, for your perusal. Also attached, is a copy of an important document, from the Court (signed by Hon. Justice Mr. Ulysses Leverret), as an indication of the verification of what I am reporting. Other Court documents also exist, but I only enclosed just this one.

EXH. 21

Consequently, I am submitting this information, for your review. It was already submitted online, the other night, but no return email came to me, as due acknowledgement. Therefore, I am resubmitting it, just to make sure.

Thanking you in advance.

Yours sincerely

ALROY D.RICHARDS

**Att.**

EXH. 21

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

Rev. 08/17  N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| JEB5810 | 5 | 10/09/20 | NY | PAS |
| Make | Color | | Year | Body Type |
| NISS | BR | | 2015 | 4DSD |

VIN #
1N4AL3AP4FC112130

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section:  4-08(h)(1)

Expired Parking Meter
DAYS/HRS: MON-FRI/9A-7P

Place of Occurrence
Front of 87-75 146th St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 37 | 425776 | | 5 Mn | Q | 103 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 02/13/19  11:47AM | 02/13/19  11:40AM |

Complainant's Comments:
NO DRIVER NO PERMIT NO ACTIVITY

1st Obs is Parking Meter Exp.

## FINE AMOUNT:        $35.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-402 | 367979 | AM7059 |

Complainant's Name
KARAMALLAH, R.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if
the operator was present I indicated the operator's name or indicated "ID Refused" and personally served
this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I
affixed this Notice to the vehicle.

X  R KARM



## TURN OVER FOR IMPORTANT INFORMATION
## ON HOW TO PAY OR DISPUTE THIS TICKET





8731651320-0



TURN OVER

EXH. 21

Ticket ID **81284**

EXPIRATION TIME          EXPIRATION DATE

**04:08 PM 02/13/19**

| AREA | MACHINE# | AMT PAID | START TIME |
|------|----------|----------|------------|
|      | 4081941  | $  4.00  | 02:08 PM   |

NYC DOT-BUREAU OF PARKING
**DISPLAY ON DRIVER'S SIDE
OF DASHBOARD**
PM150556461457

 NEW YORK CITY DOT

Ticket ID **81265**

EXPIRATION TIME          EXPIRATION DATE

**11:40 AM 02/13/19**

| AREA | MACHINE# | AMT PAID | START TIME |
|------|----------|----------|------------|
|      | 4081941  | $  4.00  | 09:40 AM   |

NYC DOT-BUREAU OF PARKING
**DISPLAY ON DRIVER'S SIDE
OF DASHBOARD**
PM150556461438

 NEW YORK CITY DOT

EXH. 21

**Supreme Court Civil Term**
COUNTY OF **QUEENS**

Index Number _717730/2018_
Motion Cal. # _50_ Motion Seq # _2_

------------------------------------------------X

Alroy Richards Plaintiff

**DECISION/ORDER**

-against-

NYSDHR;
Allied Universal Security Services;
Hillside Manor Rehabilitation

Defendant

Hon. _Ulysses B. Leverett_

Date _Feb 13, 2019_

Upon the foregoing cited papers, the Decision/Order on this ~~Motion~~ Petition pursuant
to _Executive Law § 298_ is as follows:

"Petition is dismissed, with prejudice
as petitioner failed to file the petition within
the 60 days statute of limitation from
the service of a copy of the final
Order after Investigation on 9/26/2018. The
is untimely"

_Hon. Ulysses B. Leverett_

Received by Petitioner/Plaintiff
on 02/13/2019.                    02/13/2019

Page ___ of ___

EXH- 22

February 14, 2019

New York City Department of Finance
Traffic Violations Appeal Tribunal
New York, N.Y.

Dear Manager/Judge

RE:    ALROY RICHARDS, JEB 5810 – TRAFFIC TICKET Issued JANAURY 21, 2019
       21st Street and Church Street (Brooklyn) – TICKET #871505993-5

Good day to you. My name is ALROY RICHARDS, owner and operator of the said motorcar. On Sunday January 20, 2019, I parked my motorcar overnight, within reasonable permissible parking, at that time. The location was near to 21st Street, and Church Street, Brooklyn. MONDAY JANUARY 21, 2019, was a nationwide HOLIDAY, being DR. MARTIN LUTHER KING'S DAY. Said motorcar was parked on a one way street, along with other motor vehicles. Both sides of the street were lined with motor vehicles.

Realizing it was a PUBLIC HOLIDAY, and having had information about PARKING ARRANGENENTS, which were REASONABLY being done, and no outrageous infractions, I believe that the City of New York eased parking restrictions, within a certain time, since it is a Holiday.

Can someone please address this for me? Irrespective of the location, County, street, can I get the general view, with respect to parking easements on a Public Holiday? In addition, I need to find out about this particular circumstance. Now, NO OTHER MOTOR VEHICLES IN THAT VICINITY WERE TICKETED. On my return to that area, the said motor vehicles were seen parked, as was mine. I would like to know, based on the FREEDOM OF INFORMATION LAW, WHETHER ANY OTHER VEHICLES WERE TICKETED (For similar, and any infractions), AT THAT LOCATION, ON THAT DAY. The sequencing of the tickets, in my view, should follow in numeric sequence. Sign posted in this area stated, "TRUCK and LOADING ONLY, 6:00 am - 10:00 am. Time on the ticket was 10:57 am. Further, there are no signs that I have seen, which state "EXCEPTING ON HOLIDAYS", even when parking easements are in effect.

In my view, this is rather absurd. Vehicles parked in the entire New York City on Holidays, Sundays, and Saturdays and Sundays, where allowed, would have been ticketed then. My checks with the Walgreens facility, at the corner, where the car was parked, revealed that I should not have been ticketed, as this was the norm, for vehicles to be allowed to park there, on Sundays, as well as on Public Holidays. They also told me that no deliveries to that establishment, are done on Sundays, nor Public Holidays.

I await your considerations, and have attached a copy of material Traffic Ticket #871505993-5, along with three(3) photographs of the specific area.



Looking forward in hearing from you.

Regards.

Yours sincerely

ALROY D. RICHARDS

Att.

EX.H. 22

### The City of New York
### Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

Rev. 08/17  N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| JEB5810 | 5 | 10/09/20 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| NISS | BR | 2015 | 4DSD |

VIN #
1N4AL3AP4FC112130

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(h)(1)
**Failure to Dsply Parking Meter Rec**
DAYS/HRS: EXCEPT Su/9A-7P

Place of Occurrence
**Opposite 156 E 21st St**

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 38 | | | | K | 070 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 01/21/19 10:57AM | N/A |

Complainant's Comments:

**No Valid Receipt Visible On Dash.**

### FINE AMOUNT:       $35.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-302 | 365366 | AM6800 |

Complainant's Name
ISLAM, A.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if
the operator was present I indicated the operator's name or indicated "ID Refused" and personally served
this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I
affixed this Notice to the vehicle.

X

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

871505993-5



TURN OVER

EXH. 22

EXH. 22





EXH. 23

February 14, 2019


Traffic Ticket Dispute Tribunal
NYC Department of Finance
New York, NY

RE:     ALROY RICHARDS – TRAFFIC TICKET #871061690-1, Issued JANUARY 25, 2019
        Flatbush Avenue and Beverley Road, Brooklyn

---

Good day. My name is ALROY RICHARDS, owner and operator of the said motorcar. On the day in question, Friday January 25, 2019, my motorcar was parked at the location at Flatbush Avenue, almost across from Beverley Road (Brooklyn, N.Y.). My motorcar was well within the required time limit, as I had parked there overnight (Thursday January 24, 2019). There exist a sign that is indicative of NO STANDING, instructing hours between 7:00 am - 10:00 am.  At 6:55 am, I attended on my motorcar, went and sat inside, after starting my motorcar. I realized that a Ticketing Officer was near my motorcar. This Officer began observing me, inside my motorcar, and I kept looking at my watch. The Officer then went away. Due to the fact that I was early for work, and having an important matter to attend to, I stayed inside the motorcar.

I then observed the Officer encircling my motorcar, and as if taking off the license information. Therefore, I motioned to the Officer, that not only was I present, inside the motorcar, but that the time had not expired. There were a few other vehicles parked in this area, facing the same direction, as my motorcar. The drivers/operators were also inside their motorcars. Hence, I remained inside mine. Shortly after, I again saw the Officer encircling my motorcar. However, this time, the Officer began scanning my chassis number disc area, at the front of my motorcar. In an effort not to move the motorcar, for the safety of the Officer, I remained inside my motorcar, and again, motioned to the Officer, that I am present, and wished to proceed to drive off, but could not do so, for safety reasons.

It was a very cold day, and I am an arthritic carrier, and needed to get extensive heating, from the car airconditioning system, before I could move off, to assist me to properly function.

In light of the above, I am not sure that the Officer acted with due observance, especially that I was present, and that the time had not yet expired. Probably due to my "motioning", the Officer may have "insisted that it is better to stay around, to teach this one a lesson". Other drivers nearby, in a similar position, were not treated the same way, as I was, at the material time.

Please review the details that I have presented, as I think that the Officer, in all respects, were not using reason, but may be acting with disdain. Please find attached, copy of the related Traffic Ticket, along with four(4) copies of photographs of my motorcar, in the area mentioned, at the material time.

EXH. 23

Looking forward to your checks, and reply.

Thanks.

Yours sincerely

**ALROY RICHARDS**

**Att.**

EXH. 23

## The City of New York
## Notice of Parking Violation

**YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.**

Rev. 08/17  N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| JEB5810 | 5 | 10/09/20 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| NISS | BR | 2015 | 4DSD |

VIN #
**1N4AL3AP4FC112130**

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

| In Violation of NYC Traffic Rules, Section: | 4-08(c) |
|---|---|

**No Standing**
**DAYS/HRS: MON-FRI/7A-10A**

Place of Occurrence
**Front of 1061 Flatbush Ave**

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 14 | | | | K | 070 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 01/25/19 07:20AM | N/A |

Complainant's Comments:





**FINE AMOUNT:**      **$115.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-302 | 354174 | AM6739 |

Complainant's Name
**SALCEDO, J.**

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

TURN OVER





EXH. 23



EXH. 23



EXH. 23



EXH. 23

January 19, 2019

**"WITHOUT PREJUDICE"**

The Manager
Parking Violations
New York City Department of Finance
1 Centre Street, 22nd Floor
New York, NY 10007

Dear Manager:

RE:     **ALROY RICHARDS – NYS DRIVER'S LICENSE #326-791-415**
        **2015 BROWN NISSAN ALTIMA, REGISTERED JEB 5810**
        **REPORTED VIOLATIONS, TOTALLING $490.00**

My letter to you of December 26, 2018 (copy of which is again attached), is self explanatory. Relative to outstanding amounts, and bank information requested, via your form, which was also duly completed, and submitted by me, in relation to payment arrangements, I have not seen any deductions from my bank account. Your Office last requested details, such as bank account number (copy of form attached). Hence, I thought a deductions would have commenced.

Subsequently, I received additional violations, in the mail, making the outstanding profile, as follows:

| Date | Place | Allegation | Ticket # | Amount |
|------|-------|-----------|----------|--------|
| 11/18/2018 | Linden Blvd./ Fountain Avenue | Red Light | 5104488690 | $50.000 |
| 02/12/2018 | KQ-Eastern Pkwy @Bedford Avenue | Red Light | Frame #2449-008A | $50.000 |
| 12/27/2018 | S.Conduit Avenue/ @89th Street | Red Light | 5104822163 | $50.00 |
| 01/04/2019 | EB Shore Pkwy | Speeding (11km/h above) | 4651832477 | $50.00 |
| *03/28/2018 | Linden Blvd. @ Rockaway Avenue | Speeding (11 km/h above) | Frame #075487A | $50.00 |

Please note the following:

- That I am unaware of, or may not be associated with your report for 03/28/2018, as I wasn't driving any such motor vehicle, as at date noted. Motor car acquired September 22, 2018.
- That total of $240.00 (as per your prior correspondence), are to be added to this proposed total.
- That even though I have not been furnished with all the details, and is not appealing, nor challenging your reports, that it be noted, that I am paying, in good faith.
- As your correspondence noted, that these violations did not assign demerit points to my Driver's License.
- That the total now, appears to be four hundred and ninety dollars ($490.00).

**I am applying for an arrangement, under <u>Poor Person portfolio</u>, to <u>pay</u> this amount, <u>over nine(9) months, commencing now</u>. Therefore, <u>fifty five dollars ($55.00)</u> <u>per month</u>, starting today, being that this $55.00 will be paid by the middle of every month. Attached is Money Order _____ for $55.00.**

Thanking you in advance.

Yours sincerely

**ALROY D. RICHARDS**

**Encl.**

Copy – NYS Department of Finance
      School Zone Camera Unit
      P.O. Box 3641
      Church Street Station
New York, NY 10008-3641
      Department of Finance
      Parking Violations Bureau
      Red Light Violation Monitoring Program
      66 John Street, 2nd Floor
      New York, NY 10038

EXH. 25



# THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
### 1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

Scott M. Stringer
**COMPTROLLER**

015 - 155

Date: 10/21/2019
RE: Disallowance-Over 90 Days

ALROY RICHARDS
Claim number: 2019PI024392
Your Claim/Policy#:

ALROY RICHARDS
179 ELM ST
VALLEY STREAM, NY 11580

Dear Claimant:

   We regret to inform you that your claim has been disallowed. Your claim was not filed within 90 days from the date of occurrence as required by the General Municipal Law Section 50-e. Claims must be filed with either the New York City Office of The Comptroller, the New York City Law Department, the New York City Board of Education or the New York City Health and Hospitals Corporation, depending on the substance of the claim.

   If you have been scheduled for a Comptroller's hearing (50-h, General Municipal Law), please deem the hearing canceled.

Very truly yours,

ANASTASIA PEREZ

Bureau of Law & Adjustment

PERSONAL INJURY
(212) 669-2251

EXH. 26

October 14, 2019

**'WITHOUT PREJUDICE'**

Mr. Daniel L. Schneider
Attorney-at-Law
49 Walworth Avenue
Scarsdale, N.Y. 10583

Dear Mr. Schneider:

RE:   **ALROY RICHARDS vs. CITY OF NEW YORK COMPTROLLER, and the NEW YORK POLICE DEPARTMENT**
      **File No.:   2019PI024392**

---

Reference is made to your letter dated October 3, 2019, contents of which were duly noted, by the Claimant, with respect to the caption; very well, Counsel.

The Claimant, whom is still Pro-Se, at this juncture (until so advised), hereby acknowledge the date and time, of <u>**Wednesday November 13, 2019**</u>, at **1:30 pm**, to be held at your Offices. As per declaration, Claimant is ready to proceed in this matter, and do carefully note the conditionalities (tenets), as presented in your letter. Further to this, Medical Records will also be available, indicative of the type of suffering that the Claimant has undergone, in this emotionally distraught discourse (initiating matters, and subsequently). Claimant does not need a language interpreter, and speaks, writes, and understand English, 100 per cent.

Material Police Report and other affiliated documents from the N.Y.P.D., will be presented, by the Claimant, if warranted. Claimant will further contact your Office (by telephone), with respect to question of whether *stenographer*, or *scribist*, will be present, for this development; Claimant would be obliged, in suggesting said. There is absolutely no issue on disclosing my Social Security Number, for this purpose (original will be presented, on the day of the Hearing).

Undoubtedly, the Claimant will be present, as specified, for this crucial proceeding.

As a matter of Good Faith, the Claimant is fully co-operative in the issue, in the interests of transparency, and accountability, and is cognizant of *Confidentiality clauses*, as well as notions of *Non-Disclosure*, and does not seek to malign, cast aspersions on character, career, integrity, nor credibility of any related individual, nor entity, despite any severe emotional pressures. It would be good, and well, that this matter amicably arrive at a closure, in order that other businesses of this great City of New York, can be attended on.

Claimant looking forward to, and will be privileged to, the kind words, and extended courtesies, as is customary.

1 | P a g e

Thanking you in advance.

Yours sincerely

**ALROY RICHARDS**
**Claimant**

Copy – City of New York Comptroller's Office
      1 Centre Street, Room #1225
      New York, N.Y. 10007

EXH. 27

# DANIEL L. SCHNEIDER, ESQ.
## ATTORNEY AT LAW

49 WALWORTH AVENUE
SCARSDALE, NEW YORK 10583

TEL  (914) 725-5374
FAX  (914) 713-1136
EMAIL: danielschneideresq@gmail.com

Date: October 3, 2019

### NOTICE OF 50-H HEARING

015 – 280

***SENT BY CERTIFIED MAIL***
Alroy Richards
179 Elm Street
Valley Stream, NY 11580

Re: Claimant Name: Alroy Richards
Claim Number: 2019PI024392

Dear Sir / Madam:

Please take notice that, pursuant to Section 50-h of the General Municipal Law (GML), claimant is mandated by law to appear at the following location, at the date and time specified below, to be orally examined under oath relative to the occurrence and extent of injuries for which the above claim is made:

Date of Hearing:   November 13, 2019
Time of Hearing:   1:30 P.M.

Location of Hearing: DAN SCHNEIDER – LEX REPORTING SERVICES
160 BROADWAY, 14TH FLOOR
NEW YORK, NY 10038
**914-725-5374**

### PLEASE CALL THIS OFFICE UPON RECEIPT OF THIS LETTER.
Claimant is further mandated, pursuant to Section 93(d) of the New York City Charter and Section 50-h of the GML, to present him/herself for a physical examination at a date and location to be provided under separate cover.

Please note that all infant claimants must appear. The hearing will begin promptly at the time indicated and there will be no office space to meet with and prepare your client.

Upon receipt of this notice, please contact us if a language interpreter for your client is necessary. One day prior to the hearing, we will call your office to confirm the date and time of the hearing. If you confirm the hearing date at that time and you subsequently fail to appear for the hearing, you will be charged by the City for any legal fee, interpreter fee and stenographic fee incurred.

All applications for adjournments should be directed via email to FIRM CONTACT
Claimants will be permitted one adjournment without cause. Application for such adjournments should be made at least one week prior to the hearing date. Applications for additional adjournments must include the reason for the request, and will be granted for good cause **only**.

If a claimant fails to appear for a scheduled hearing, a default will be declared and claimant's failure to appear will be raised as an affirmative defense in any lawsuit subsequently filed.

In order to prevent fraud, you are required to present proper identification prior to commencement of the hearing. Additionally, you are requested to bring to the hearing original photographs of the accident scene and copies of all documents relevant to this claim including but not limited to:

(1) prior written notice map;
(2) all medical and hospital records;
(3) authorizations for the Comptroller's Office to obtain, as applicable, medical, criminal, employment and/or school records, and loss of income documentation;
(4) police reports.

Pursuant to State and Federal law, the Comptroller's Office, through its attorneys taking hearings, is authorized to obtain, social security and Medicare or Medicaid numbers for tax and reporting purposes, and to allow for the collection of liens held by the City and State.

Please be advised that nothing contained herein shall be construed as extending the statute of limitations beyond the statutory time.

Please note that the office does not provide day care services. Therefore infants and small children will not be permitted in the office.

All questions with regard to this notice should be addressed to the undersigned at FIRM CONTACT. **ONE DAY PRIOR TO THE HEARING, YOU MUST CALL OR E-MAIL OUR OFFICE TO CONFIRM THE DATE AND TIME OF THE HEARING.**

**Please be aware that filing a false claim or aiding and abetting the filing of a false claim is a crime. Violators will be prosecuted to the fullest extent of the law.**

Sincerely,
Daniel L. Schneider

cc: Comptroller's office
1 Centre Street
NY, NY 10007

_EXH. 28_

September 16, 2019

**'WITHOUT PREJUDICE'**

2019 SEP 19 P 4: 01

Mr. Scott Stringer
Comptroller, City of New York OR TO
Claims and Adjudications
1 Centre Street, Room #1200
New York, N.Y. 10007-2341

Dear Director, For Mr. Scott Stringer:

RE:   **ALROY RICHARDS, CLAIMANT, FILE No.: 2019-PI024392**
      **Vs. CITY OF NEW YORK, and the NEW YORK POLICE DEPARTMENT**

Subject refers, and in reference to your 09/12/2019 correspondence. Complainant is most grateful, that further investigations will be undertaken. The Claimant wish to point out the following (may be additionally):

(a)That on the Police Reports 2018-001-01679, the N.Y.P.D. had indicated **"YES"**, to question of whether the material C.C.T.V. images would have been viewed.
(b)Claimant has a prior unrelated serious injury (before incident on 03/09/2018), involving the ***cervical (herniation of) 6 discs, mostly in the neck, followe, then  back,*** affecting spinal column, and causing many maladies. Even though unrelated, **M.R.I.'s exist**, confirming same, as well as plethora of Medical Records, from: Neurologist, Pain management Physician, Bone Doctor, as well as from chiropractor, inter alia. Assailant, and Security Resources, did no justice (aggravated said), when the Physical Attack occurred. Hence, Claimant's overwhelming "over reach" to have matter by N.Y.P.D. properly investigated, to ease state of mind of Claimant, and to have full closure. Important, to Claimant.
(c)Claimant thought of disclosing telephone numbers called, and which called him, relative to pages 5-6, of his "Notice of Claim". These details are attached, as further Appendix.

Thanking you kindly, and continue to pray, that there will be positive resolution, in the issue.

Regards.

Yours sincerely

**ALROY RICHARDS**
**Claimant**

**Att.**

EXH. 28

**APPENDIX**, Re TELEPHONE CALLS (NUMBERS)


**ALROY RICHARDS vs. CITY OF NEW YORK (COMPTROLLER"S OFFICE), and N.Y.P.D.**

**File No.:**      **2019-PI024392**

Page 5 (Notice of Claim):

- **1-800-341-2272,** on 04/04/2018, at 1125 hrs, by Complainant, to C.C.R.B. (to Officer Taylor).
- **212-741-8401,** on 04/18/2018, at 1225 hrs, by Complainant, to C.C.R.B. (to Officer Bichardo).
- **212-334-0611,** on 04/28/2018, at 2042 hours, from Sgt. Abraham Caraballo – First precinct, then Complainant to said Sgt.

Page 6

- **646-610-6710,** on 06/13/2018, at 1500 hrs, by Complainant, to Chief of Department (N.Y.P.D.) – to Cadet Officer V. Felix.
- **212-741-8401,** on 06/13/2018, by Complainant, whom was referred to F.T.A.A. Page.
- **212-741-8401,** on 06/14/2018, at 1114 hrs, by Complainant (to Cadet Officer Michael Richards).
- **212-741-8401,** on 06/28/2018, at 1110 hrs, by Complainant, to Cadet Officer Pena.


Complainant later found out that 212-741-8401 is the N.Y.P.D.'s Command Centre number.

Date: 09/16/2019



**THE CITY OF NEW YORK**
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET  ROOM 1200
NEW YORK, N.Y. 10007-2341


WWW.COMPTROLLER.NYC.GOV

EXH. 29

015 - 151

Scott M. Stringer
**COMPTROLLER**

Date:        09/12/2019
Claim No:    2019PI024392
RE:          Acknowledgment of Claim
Your Claim/Policy#:

ALROY RICHARDS
179 ELM ST
VALLEY STREAM, NY 11580

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence**.

If you have any questions regarding your claim, you may contact us at 212-669-2478 for claims involving personal injury.

Sincerely,

Bureau of Law & Adjustment

EXH. 30

CITY OF NEW YORK
IN THE STATE OF NEW YORK
COMPLAINT

POLICE DEPARTMENT
CITY OF NEW YORK

2018 SEP -9 P 2 52

**NOTICE OF COMPLAINT**

**FILE NO.:**

POLICE REPORT #2018-001-01679
C.C.R.B. #2018-02618
F.O.I.L. #2019-056-00497

**ALROY RICHARDS**

                                        Complainant

                Vs.

CITY OF NEW YORK aka OFFICE OF THE NEW YORK CITY COMPTROLLER

                                        **Respondent #1**

NEW YORK POLICE DEPARTMENT aka N.Y.P.D.

                                **Respondent #2**

        **PLEASE TAKE NOTICE**, that **I, ALROY RICHARDS**, herein called **the COMPLAINANT, is** bringing forth this material complaint, against the **CITY OF NEW YORK**, herein addressed as **OFFICE OF THE NEW YORK CITY COMPTROLLER, enjoined** (now being apprised), herein called **RESPONDENT #1**, or NYC COMPTROLLER, and subsequently including the **NEW YORK POLICE DEPARTMENT** (nominal), also known as the **N.Y.P.D., as RESPONDENTS #2.** This Complaint arose from an incident, in which the Complainant was *PHYSICALLY ATTACKED*, by a civilian Manager, *Mr. JOSEPH KATANGA*, whom is employed to the Security Resources. Despite making the complaints against Mr. Joseph Katanga, and Complainant was issued a N.Y.P.D. Police Report (#2018-001-01679), that no other required actions were executed by the N.Y.P.D., which, in view of the Complainant, is a travesty of justice, given the situation, and ensuing developments.

**I, ALROY RICHARDS, Complainant** now further state:

- That my address is 179 Elm Street, Valley Stream, N.Y. 11580, having arrived in the United States of America, in October 2016 (first time in the U.S.).
- That I worked as a Security Officer for **Security Resources**, their N.Y. address, and place of the crime, being at **40 Exchange Place, Suite #1700, New York, N.Y. 10005**, and that my tenure was from 10/16/2017 – 03/09/2018; being terminated on 03/09/2018, subsequent to a **PHYSICAL ASSAULT** on my person, on **Friday 03/09/2018**, at

EXH. 30

approximately **16:56 hrs**, or so, by a **Mr. JOSEPH KATANGA**, Manager, of Security Resources.

- That the Complainant was called to the Offices of Security Resources, to sign massive amounts of documents, being forced to do so, without reading those documents. Complainant was verbally abused, at the same location, by said Mr. Joseph Katanga, before the attack, and that the Complainant asked that he be allowed to read the documents, and that Fifth Amendment notions apply. This Complainant **arrived** at material location at **1640 hrs**, on said 03/09/2018. Ms. Shauna Leeks, Human Resources Supervisor, whom asked Complainant to attend on the Office, and whom was meeting with Complainant (after which Mr. Katanga joined the meeting) had to ask Mr. Joseph Katanga's "excuse", in removing Complainant, to another Office, nearby.

- This is when Ms. Shauna Leeks brought Complainant to her Manager, Ms. Irma Mercado (Human Resources Administrator), and Ms. Irma Mercado then "tried" to have Complainant sign document, in presence of Ms. Shauna Leeks – Mr. Joseph Katanga "being avoided" for this phase of the meeting, as both managers left Mr. Joseph Katanga in his Office, some twenty five (25) feet, or so away . Complainant never felt it was required to sign these quantity of documents, without reading them.

- That, whilst Complainant, Ms. Shauna Leeks, and Ms. Irma Mercado were in a cordial discussion, and without notice, permission, nor "being party" to the meeting, Mr. Joseph Katanga came to that area, by Ms. Irma Mercado's Office, and physically **PUSHED**, **PULLED**, **DRAGGED**, and **HOISTED** Complainant, in his **WAIST BAND**, and **NECK** (collar of shirt), **without provocation**, **without reason**, **aggressively**, **boisterously**, **threateningly** and **violently**. Mr. Joseph Katanga then dragged complainant more than twenty (20) or so feet, towards the hall way.

- That the Complainant **DID NOT RESIST**, **HOLDING UP BOTH ARMS** (**in the air**), as Complainant was violently dragged, by Mr. Joseph Katanga, to the "common area" or company's foyer. Complainant had to be rescued by close to ten(10) or so staff, as they beckoned to Mr. Joseph Katanga, to physically release the Complainant.  Mr. Joseph Katanga then released his illegal, malicious and destructive hold of the Complainant, and beckoned that the Complainant exit to the hallways, to be "further attacked", by Mr. Joseph Katanga.

- This matter took place, under **FULL VIEW** of two(2) – three(3) **FULLY FUNCTIONAL**, and **FULLY OPERATIONAL CLOSED CIRCUIT TELEVISION** (**C.C.T.V.**) **CAMERAS**. Complainant then called the police, by cellphone, as the Complainant remained in the "common area" or foyer, in fear of his life, as Mr. Joseph Katanga paced the area violently, further "threatening" Complainant, and "suggesting" that Complainant exit, even waiting in hallway, for the Complainant. Staff present, had to be "guarding' Complainant, and

EXH. 30

asking Mr. Joseph Katanga to go back to his Office, and "not further attack" the Complainant.

- The **N.Y.P.D. arrived** at the crime scene (location) at approximately **18:15 hrs**, or so, in the form of **Officer JONATAHAN PASTORIZA** and another male N.Y.P.D. Officer. Please be advised, that the Complainant has no wish whatsoever to tarnish, malign or sully Officer Jonathan Pastoriza's reputation, career, credibility, nor integrity; never Complainant's purpose. General concern is with the N.Y.P.D. and whether the actions (of N.Y.P.D.) were reasonable, or Constitutional.

- Upon arrival of the N.Y.P.D., the reported accused, **Mr. Joseph Katanga, was standing in the "common area" or foyer of Security Resources, facing the police**; Complainant was also present, and so were the staff, and senior Managers. Police present, then asked material Complainant to explain what took place, at which Complainant informed the N.Y.P.D. of the developments. Managers of Security Resources, whom were still present, also gave explanations to the N.Y.P.D. present.

- **Complainant then pointed out the alleged accused, Mr. Joseph Katanga, to the N.Y.P.D**. present.

- **Complainant also pointed out the C.C.T.V. present, to the N.Y.P.D.,** and told the N.Y.P.D. present, that the cameras are fully functional, and fully operational. *The N.Y.P.D. present then asked the Managers to view the images, to which the Managers indicated that viewing, and recording, is being done from another location*. Thus, the N.Y.P.D. present, intimated that this viewing would have been done, as soon as possible.

- **N.Y.P.D. then took further details from the Complainant, near 18:30 hrs. N.Y.P.D.** present, **departed** the general location, at approximately **18:34 hours**, or so, along with the Complainant. In the presence of the N.Y.P.D., the Human Resources Administrator, for the Security Resources, Ms. Irma Mercado, then informed the Complainant, in the presence of the N.Y.P.D., that his services is being terminated, for calling the N.Y.P.D., to the crime scene/location.

- *No further interviews were conducted by the N.Y.P.D. present, nor any subsequent canvassing, neither were any signed statements obtained*, citing any potential Constitutional rights (which does not preclude the Miranda Rights) inclusive of that from the Complainant, and/or the alleged accused, after caution, or advising of such.

- A N.Y.P.D. **Police Report #2018-001-01679**, was requested, and obtained, by the Complainant (copy attached); obtained by Complainant on 03/19/2018, from1 Police Plaza, New York, N.Y. 10038. Surprisingly, **portions of the second page were REDACTED, by the N.Y.P.D.** Complainant questioned the purpose for the redaction, of crucial information, but was not given any satisfactory answers, by the N.Y.P.D.

*EXH-30*

- That the N.Y.P.D. Police Report #2018-001-01679 did not capture, neither summarise, nor explain the true nature of the development, or PHYSICAL ATTACK, on the Complainant, by Mr. Joseph Katanga. Complainant's information were provided, but the following were **missing** from the N.Y.P.D. Police Report #2018-001-01679: **FULL NAME OF ASSAILANT**, **ADDRESS (email)**, **AGE**, **PHYSICAL DESCRIPTION**, and **OTHER CHARACTERISTICS OF ASSAIALANT**, **ASSAILANT'S VERSION OF EVENTS**, **Security Resource's Manager's or staff version of the events**, inter alia.

As a consequence, the Complainant made *several* follow up **visits,** to the **First Precinct**, located at **16 Ericcson Place, New York, N.Y. 10013**, as well as speaking to N.Y.P.D. personnel – jurisdiction within which the crime took place. *Many letters attached* for further referencing. Nothing positive nor transformational emerged. In addition, Complainant was directed to, and *attended on the N.Y.P.D.'s 1 Police Plaza* location, *several times*, in addition to telephone conversations (date, time, personnel, furnished later in this material Notice), but to no avail.

Correspondence include that to First Precinct's **Captain Angel L. Figueroa**, and N.Y.P.D.'s Headquarter's Chief of Department, **Mr. Terrence Monahan**. Further, extensive contact (meaning on several occasions) were made with **Internal Affairs Bureau** (I.A.B.) – names of these personnel, are to be listed further in this presentation. Complainant also spoke to (and wrote) **Sgt. Abraham Caraballo**, Investigator assigned to the matter, of the First Precinct; copy also attached. Is it that the mantra to: *serve*, *protect*, and *reassure*, are just fallacies? Are they only Proprietary Rights, to only some persons, may be (just may be) based on creed, religion, nationality, where you were born, gender, sexual orientation, race, color, education, or, may be for simply finally "having a voice"? Just now, Complainant is only embarking on hypotheses. Assumptions; simply. The N.Y.P.D. is not proving, or has not proven the Complainant wrong.
## **Profiling** may be? Why? Is this legal? Verifiable, truthful? No disdain, nor dislike involved? No ridiculing?

Hence, Complainant directed his complainants to the **Civilian Complaints Review Board** (**C.C.R.B.**), where file **#2018-02618** was generated at the C.C.R.B. Based on these interactions, the *C.C.R.B.*, via its (copy attached) **04/05/2018 letter**, directed the Complainant back to the N.Y.P.D. for 'further review'. Further developments (which are not limited to these) are:

- Acquisition of N.Y.P.D. Police Report #2018-001-01679. Despite indicating if N.Y.P.D. **WILL PROSECUTE**, and **NARRATIVE** being **YES**, no *further actions by N.Y.P.D.*, to date. Copy attached. Redaction by N.Y.P.D. never openly justified or substantiated, with any qualifying reasons, material to complaint, and matter at hand.

EXH-30

- Complainant's **03/24/2018** two(2) page **letter to** the N.Y.P.D. Officer in Charge, at the **First Precinct**; copy attached. No actions by N.Y.P.D., and no "real" efforts to contact Complainant.
- Complainant **telephoned C.C.R.B.** on **04/04/2018**, at **1125 hrs**, where he spoke to female (only for descriptive purposes, for ease of reference; no chauvinistic remarks intended) **Officer Taylor**.
- *C.C.R.B.'s 04/05/2018* one(1) page *letter* to the Complainant, referring Complainant back to the N.Y.P.D. Please see contents, which does not allude to, nor alleviate, the *"pain", suffering, embarrassment, loss of dignity, damnation,* and *humiliations* (*loss of humanity*), being suffered, by the Complainant. No aspersions being casted. Copy letter attached.
- Complainant again **telephoned the C.C.R.B., on 04/18/2018**, at **1225 hrs,** where Complainant **spoke with Officer Bichardo** (female – disclaimer again being used, as in above). Officer **Bichardo** then **told the Complainant,** that the **file has been sent to N.Y.P.D.'s Chief of Department's Office, on 04/05/2018.**
- Complainant's **04/19/2018** two(2) page **letter** to <u>Director of Investigations</u>, **Chief of Department**, at 1 Police Plaza. Copy attached.
- Complainant's **04/28/2018 email thread**, between Complainant, and **Sgt. Abraham Caraballo**, of the N.Y.P.D. First Precinct.  Copy attached. This contact was subsequent to Sgt Abraham Caraballo's **telephone call** to the Complainant, on **04/28/2018**, at **2042 hrs**. Nothing else materialized.
- Complainant's **05/04/2018** letter to **Sgt. Abraham Caraballo**, of the First Precinct, copied to **C.C.R.B.'s Eshwarie Mahadeo**, *Director of Case Management* (C.C.R.B.). Copy attached. No further actions seen by Complainant, neither was Complainant further contacted.
- **Email by Sgt. Abraham Caraballo** of the <u>First Precinct</u>, by telephone, on **05/07/2018**, at **2151 hrs**. Copy attached. Sgt. Abraham Caraballo indicated to the Complainant, that appropriate "follow up" will be done, by the N.Y.P.D. Was this true?
- Complainant's **06/11/2018** three(3) page **letter to Mr. Terrence Monahan**, Chief of Department, and copying **Capt. Angel L. Figueroa**, of the First Precinct. Copy attached. No effective actions by the N.Y.P.D., and no further contact, by the N.Y.P.D. Spoke to a **Det. Corporal S. Halk** (shield **#7399**), whom collected and signed for the documents being delivered, by the Complainant, to 1 Police Plaza.
- Complainant's **06/13/2018 telephone call** at **1500 hrs**, to N.Y.P.D.'s **Chief of Department's Office**. First spoke to **Cadet Officer V. Felix**. Later **called Internal Affairs Bureau (I.A.B.)** and **spoke with** female (no discrimination meant - only for descriptive and reference purposes) **Officer FTAA Page**.

EXH. 30

- **06/14/2018**, Complainant again **telephoned** Chief of Department's Office, and **spoke with Cadet Officer Mr. Michael Richards**, at **1114 hrs**.
- On **06/28/2018,** Complainant **telephoned** Chief of Department's Office, and spoke to **Cadet Officer Pena**, at **1110 hrs**. Referred to Detective Irquhart, whom referred Complainant to Office of **Sgt. D. Murillo**, of **Internal Affairs Bureau**; no calls returned to Complainant, despite leaving messages, for Sgt. D. Murillo.
- Then, Office of **Deputy Commissioner of Legal Affairs** one(1) page **letter** dated **01/15/2019**, outlining some reason for the Non-Disclosure of pertinent information in the initial N.Y.P.D. Police Report #2018-001-01679. Subsequently, a **"new Police Report" was attache**d, similar, or verbatim, to the original, excepting that it was **NOW UN-REDACTED**; copy attached. No additional relevant or crucial details were enclosed. Amendment was rather insignificant.
- ***Complainant is not pursuing issue, based on an Article 78 Proceeding***; ninety(90) days for State (Supreme) Court, would have already reasonably elapsed, unless exceptions may abound, or may be "overridden", with qualifying reasons.

Please note the sequence of events. Now, not only is the Complainant new to this jurisdiction, but Complainant was, and is presently representing himself. As Pro-Se, it is reasonable to conclude, and to see, that the Pro-Se Complainant had been in ***Distress***, suffering, and not recovering from not only the 03/09/2018 Physical Attack on him, by Mr. Joseph Katanga, but the N.Y.P.D.'s actions, or inactions. "Complications" resulted, over a rather distinct and solvable matter. Complainant had no remorse expressed to him, by the Assailant, neither his employers. No reasonableness were extended, nor exercised. ***Complainant had not agreed not to pursue matter, nor did he indicate a need, NOT TO PROSECUTE***. No resolutions were attempted, or worked out, in any event. This more than compounded suffering, and Emotional Distresses, for Complainant.

The contents of the various correspondences, outlined that the N.Y.P.D. could have done much more, in pursuit of this issue. In the view of the Complainant, they N.Y.P.D. failed to have served, protected and reassured the Complainant. It is a travesty of justice, in its blatant form. Hence, the following additional points (and **RELIEF BEING SOUGHT**), regarding MISSTEPS, by the N.Y.P.D. (***CAUSATIVE ACTIONS, and or EFFECTS***), in the development:

- Complainant had a right to be informed of documents relating to the outcome of every step of the investigations. This included (but is not limited to): ***whether N.Y.P.D. Officers on the crime scene, were wearing body cameras***, ***whether interviews were done for witnesses, Managers, and Supervisors of Security Resources***, ***how did investigations came to indicate that the N.Y.P.D. was absolved of any 'wrongdoing" in the issue***, what about ***minutes, or notes from hearing, or meeting(s)***?

EXH- 30

- The N.Y.P.D. *intentionally and recklessly acted, causing Emotional Distress, to Complainant*.
- The N.Y.P.D. *caused Emotional Distress to Complainant, through "reckless acts"*, in the matter.
- *Conduct* of the N.Y.P.D. is seen to be *"extreme", and outrageous*, *relative to the Complainant*, in the issue. It *went beyond all reasonable or possible bounds, of decency*.
- That the resulting situation is *one that any reasonable, rationale human being would have to put up with, nor tolerate*.
- The N.Y.P.D. *knew that the Complainant would have been probably succeptible to Emotional Distress*, from their actions, or lack of actions, in the matter.
- *Was this an isolated incident, or is the Complainant being profiled, whether prior to the incident, reported on 03/09/2018, or subsequently afterwards*?
- That the *N.Y.P,D. had the authority, and power (still do), had access to all resources, and information, but failed to have acted in the best interests of the crime victim*, being the Complainant.
- The *resulting suffering by the Complainant is not short-lived, is intense (severe)*, and continues to this day.
- *Reaction, follow up* (as directed – by N.Y.P.D.) *of, or by the Complainant, isn't unusual, in such circumstances*.
- *Isnt it that the N.Y.P.D. "owe a duty of care", to all citizens, irrespective?*
- *Does the N.Y.P.D. has "some sort of relationship", with Security Resources, or with the Assailant, Mr. Joseph Katanga?* Is it "Conflicts of Interests", as stipulated by the City of New York?
- In relation to the Complainant, *is this "reaction" to the Complainant, by the N.Y.P.D., distinct to, or differ, from any other general police responsibility that the N.Y.P.D. has with the general public, at large?*
- *Has the N.Y.P.D.'s actions, or inactions, minimized my fears, and the ("unnecessary) risk that I faced, or potentially continue to face?*
- Actions of the N.Y.P.D., in the issue, appear *pre-disposed*, *calculating*, *arbitrary*, *egregious*, and *callous*.
- Officer Jonathan Pastoriza had Supervisors, Senior Supervisors, Lieutenants, Commanding Officer, and personnel at the Corporate Levels (Police Plaza), whom could have intervened, but whom chose not to, with respect to the Complainant.
- *N.Y.P.D. failed to have viewed the critical C.C.T.V. images,* as in any normal situation of crimes, reported to the N.Y.P.D. What if the Complainant was "making public mischief" (using an engaging statement, to show degree of wanton abnormality, in how

the N.Y.P.D. handled the matter)? _**N.Y.P.D. even went as far as to comment on body**_ _**cameras for N.Y.P.D. on the crime scene, but nothing about the C.C.T.V. images, at the**_ _**crime scene – HOW IRONIC?**_

- Finally, the N.Y.P.D. took the time out to respond (as per their 01/15/2019 one page letter, to Complainant), but has not responded to the many questions, and concerns, from the Complainant, in his many "brief meetings", and correspondence, to the N.Y.P.D., which were concise, distinct, and direct.
- A travesty of justice, for the Complainant, as pro-Se, in this apparent operation by pre-text, by the N.Y.P.D.
- Complainant does not object to a **50-H**.
- **Letter of TERMINATION**, consisting one(1) page, was **issued to Complainant, by Security Resources**, "blaming" Complainant (**_for calling the police_**, subsequent to the Physical Attack, on his person), and **_"accusing" Complainant of his "behavior"_**, which reportedly caused the termination. Quite untrue. Complainant was attacked, and Complainant called the police, resulting in Retaliations; the Termination.
- **Welfare of, and other aspects of Complainant's life, are being significantly impeded, consequent to/from these material precipitating actions** (matter at hand) against, or towards him.


Consequently, and in pursuit of the matter, Complainant felt that the N.Y.P.D. erred, and the Complainant is seeking DAMAGES, as a result. This position by the Complainant, is not unreasonable. Therefore, Complainant has no issue with a **50-H**, by the relevant arbitrators. Complainant, in his "very limited knowledge", is of the view that **_serious Intentional and Negligent Emotional Distress_** resulted, for him, relative to the N.Y.P.D. Complainant is also of the view, that **_Title 7 of the 1964 Civil Rights Act_**, is or was breached. By the N.Y.P.D., where the Complainant is concerned. Also, breach of **_Administrative Processes_**, and breach of **_Due Processes_**. The Complainant would probably, as this juncture, introduce the **_Age in Discrimination Act of 1975_**; not as yet. It is mostly Title 7 Act. Complainant now seek damages for:

| | | |
|---|---|---|
| **EMOTIONAL DISTRESS** | - | $500,000.00 |
| **BREACH of DUE PROCESS** | - | $250,000.00 |
| **BREACH OF ADMINISTRATIVE PROCESS** | - | $250,000.00 |
| **BREACH OF TITLE 7, 1964 CIVIL RIGHTS** | - | $500,000.00 |
| **BREACH OF GOOD FAITH** | - | $200,000.00 |
| **RETALIATIONS** | - | $300,000.00 |
| | | _____ |
| | | **$2,000,000.00** |
| | | ============ |

EXH. 30

Or, seeking an award of **two(2) million dollars** (**$2,000,000.00**) plus interests, and with any other relief, that the arbitration deem necessary, proper, and just, to the Complainant.

Attached hereto, are **Appendices**, as _**EXHIBITS**_, but which may not be limited to these matters only - case files, and Laws (Principles/Statutes) to be further perused.

Complainant is looking forward to the processes, and do pray that his dignity, humanity, decency, and Rights, would have been restored, and upheld.

      **WHEREFORE**, the deponent prays that the arbitration process will review the Complainant's facts, and requests presented, for the matter to be upheld in favor of the Complainant, and the requisite awards be made. Once the damages can be attempted, or shown to be improving, then the healing process will commence. Complainant does not wish to distort, mislead, or misinterpret any matter, nor to be disingenuous, and that the claims in narratives, are not frivolous, culminating in the award being claimed. Let us all endeavor in adhering to the concepts of _**non-discrimination**_, _**equal opportunity**_, _**diversity**_, and _**inclusiveness**_, inter alia. There are other matters that could have been mentioned. However, and if necessary, may be concept of Qualified Privilege would have been best employed, in order to execute same.

Dated: 9th day of September 2019

County of: Kings

_____

**ALROY RICHARDS**
**Complainant**

Sworn to, before me, this 9th day of September 2019.

_Patricia Copes_

**Notary Public**

PATRICIA COPES
Notary Public, State of New York
No. 01CO6295889
Qualified in Kings County
Commission Expires January 13, 2018  2022

EXH. 30

CITY OF NEW YORK
IN THE STATE OF NEW YORK
COMPLAINT

<u>AFFIDAVIT IN SUPPORT</u>

<u>FILE NO.:</u>

POLICE REPORT #2018-001-01679
C.C.R.B. #2018-02618
F.O.I.L. #2019-056-00497

**ALROY RICHARDS**

_____
                                                    Complainant
                    Vs.

CITY OF NEW YORK aka NEW YORK CITY COMPTROLLER'S OFFICE

_____
                                                    Respondent #1
NEW YORK POLICE DEPARTMENT aka N.Y.P.D.

_____
                                                    Respondent #2

I, **ALROY RICHARDS**, the **COMPLAINANT**, now deposes and say:

- That my address is 179 Elm Street, Valley Stream, N.Y. 11580, having arrived in the United States of America, in October 2016 (first time in the U.S.).
- That I worked as a Security Officer for Security Resources, their N.Y. address, and place of the crime, being at 40 Exchange Place, Suite #1700, New York, N.Y.
- That on 03/09/2018, I was Physically Assaulted, by Mr. Joseph Katanga, Manager, employed to Security Resources.
- Place of attack being at 40 Exchange Place, Suite #1700, New York, N.Y. 10005 – Offices of Security Resources.
- The matter was reported to the N.Y.P.D., by the Complainant, subsequent to the N.Y.P.D. arrival at the crime scene, shortly after the Physical Attack, the Complainant having called the N.Y.P.D.
- N.Y.P.D. subsequently took certain information, and comprised a Police Report #2018-001-01679. However, the police left out critical details, from such a Report, regarding the Assailant: description, age, characteristics, address.
- Assailant was not arrested, nor warned of prosecution, by the N.Y.P.D., despite noting on Police report, that matter would have been prosecuted.
- Complainant, literally, and physically pointed out the Assailant, to the N.Y.P.D., at the crime scene.



- Despite Complainant being urged by the N.Y.P.D., to follow up, that nothing was done, by the police, despite the Complainant's valiant efforts, including pointing out the C.C.T.V. cameras present, to the police, at the crime scene.
- That a multitude of letters, telephone contact, and visits were made by the Complainant, to the N.Y.P.D. Overwhelmingly, including the First Precinct, Internal affairs Bureau, as well as to the other Corporate levels, and Civilian Complaints Review Board. Still no effective remedies, at effectuating certain things.
- Complainant had no choice, but to refer matter to the City of New York's Comptroller Office, via these composite presentations, and Remedies being Sought.

Further:

-N.Y.P.D. closed file, without Complainant's input, and consent.
-N.Y.P.D. has further assisted in damnation of the Complainant, chagrin, ridicule,  embarrassment, indignity, and loss of humanity.
-N.Y.P.D. willfully and negligently inflicted Emotional Distress on Complainant.
-N.Y.P.D.'s actions, or lack, seem to be predisposed, towards Complainant.
-Constitutional violations have occurred.
-Safety considerations of Complainant are not taken into account.
-N.Y.P.D. failed to have serve, protect, and reassure Complainant.
-Police had access to all information, and resources at their disposal, having had power, and authority.

- Complainant has Probable Causes in his claims.
- It would have appeared that Complainant is being treated with disdain, and prejudice, by the N.Y.P.D.
- Actions and inactions of the N.Y.P.D. are extreme, outrageous, and heinous.
- No Good Faith upheld, by the N.Y.P.D.
- No Restorative Justice felt by the Complainant. Instead, further punishment.
- N.Y.P.D. knew of the illicit conduct of Mr. Joseph Katanga, and security Resources, as a result of the incident – now Vicarious Liability and Vicarious Responsibility.
- Complainant is now seeking reprehensible damages, as a result, via **CONCILIATION**, and **MEDIATION**.

**ALROY  RICHARDS**
**Complainant**

Sworn, before me, this 9th day of September 2019.

*Patricia Copes*

PATRICIA COPES
Notary Public, State of New York
No. 01CO6295869
Qualified in Kings County
Commission Expires January 13, 2018  2022

EXH. 30

## VERIFICATIION

**I, ALROY RICHARDS,** also known as the Complainant, being duly sworn, deposes, and says:

That I have read the foregoing Complaint, in presenting my matter, and that I know of the contents therein. The said are true, to my knowledge, free from folly, or frivolities, except as herein stated, to be alleged, on information, as to the matters, I believe them to be true. Also, to the best of my knowledge, and information, and belief, formed after an inquiry, reasonable under the circumstances, the presentation of these papers, or the contents therein, are not frivolous, as defined under sub-section C, of section 130-1.1, of the Rules of the Chief Administrator (22 NYCRR).

Dated: 9th day of September 2019

County of: Kings

**ALROY RICHARDS**
**Complainant**

Sworn to, before me, this 9th day of September 2019.

**Notary Public**

PATRICIA COPES
Notary Public, State of New York
No. 01CO6295889
Qualified in Kings County
Commission Expires January 13, 2018
2022

EXH. 30

### CITY OF NEW YORK - OFFICE OF NEW YORK CITY COMPTROLLER

**NEW YORK CITY**

**STATE OF NEW YORK**

**FILE NO.:**

**POLICE REPORT #2018-001-01679**
**C.C.R.B. #2018-02618**
**F.O.I.L. #2019-056-00497**

**ALROY RICHARDS**

_____

                                    **Complainant**

               Vs.

**CITY OF NEW YORK** aka **OFFICE OF THE NEW YORK CITY COMPTROLLER**

_____

                                    **Respondent #1**

**NEW YORK POLICE DEPARTMENT** aka **N.Y.P.D.**

_____

                         **Respondent #2**


Sign Name:

Print Name:         **ALROY RICHARDS**

Address:              179 Elm Street
                         Valley Stream, N.Y. 11580

Telephone:          347-779-3620

Service of a copy, the within is herein admitted.

Dated:                9th day of September 2019.

Attorney For:

EXH. 30

| | |
|---|---|
| Complainant: | **ALROY RICHARDS** |
| Respondents: | **CITY OF NEW YORK**, as **OFFICE OF NEW YORK CITY COMPTROLLER** and **NEW YORK CITY POLICE DEPARTMENT (N.Y.P.D.)** |
| File No.: | |
| Emerging From: | N.Y.P.D. **POLICE REPORT #2018-001-01679**, C.C.R.B.'s file **#2018-02618**, and **N.Y.P.D. F.O.I.L. #2019-056-00497** |

### EXHIBITS

**EXHIBIT A** – **"Revised" N.Y.P.D. Police Report 2018-001-01679**, dated 01/15/2019, containing three(3) pages.

**EXHIBIT B** – **N.Y.P.D. F.O.I.L. response** dated 01/15/2019, comprising one(1) page.

**EXHIBIT C** – **Complainant's letter** to Sgt. Abraham Caraballo, dated 05/08/2018, containing two(2) pages.

**EXHIBIT D** – **Complainant's letter** to Mr. Terrence Monahan, N.Y.P.D.'s Chief of Department, dated 06/11/2018, consisting of three(3) pages.

**EXHIBIT E** – **Email thread** between Complainant and Sgt. Abraham Caraballo, on 05/07/2018.

**EXHIBIT F** – **Complainant's letter** to Chief of Investigations, Chief Department, dated 04/19/2018, consisting two(2) pages.

**EXHIBIT G** – **C.C.R.B.'s letter to Complainant**, dated 04/05/2018, comprising of one(1) page.

**EXHIBIT H** – **Complainant's letter** dated 03/24/2018, to N.Y.P.D.'s first Precinct (Officer in Charge), comprising two(2) pages.

**EXHIBIT I** - Initial N.Y.P.D. Police Report #2018-001-01679.

**EXHIBIT J** – **Letter of TERMINATION**, consisting one(1) page, **issued to Complainant**, **by Security Resources**, "blaming" Complainant (for calling the police, subsequent to the Physical Attack, on his person), and "accusing" Complainant of his "behavior", causing the termination. Quite untrue. Complainant was attacked, and he called the police, resulting in Retaliations; the Termination.

*uury*
*EXH. 31*

179 Elm Street
Valley Stream, N.Y. 11580
Tele #347-779-3620
Email: alroyrichards7@gmail.com

September 6, 2019

**"WITHOUT PREJUDICE"**

Mr. Scott M. Stringer
New York City Comptroller Or His Nominee
c/o 1 Centre Street, Suite #1225
New York, N.Y. 10007

Dear Mr. Scott M. Stringer Or His Nominee:

RE:    **ALROY RICHARDS – Civilian COMPLAINANT, PHYSICAL ASSAULT On 03/09/2018**
       **Assault Perpetrated By A Civilian MANAGER, Of SECURITY RESOURCES**
       **NYPD POLICE REPORT #2018-001-01679**
       **CIVILIAN COMPLAINTS REVIEW BOARD (C.C.R.B.) File #2018-02618**
       **F.O.I.L. REQUEST #2019-056-00497**

---

Good day to you. I will be as brief as possible in my final endeavours to seek justice, in again reiterating the **March 9, 2018** PHYSICAL ATTACK, on my person, by one **Mr. JOSEPH KATANGA**, Manager/**perpetrator**, of Security Resources. This took place under Closed Circuit Television cameras (fully operational, fully functional), a disclosure which has not only been told to the N.Y.P.D., upon their arrival on the material evening in question, at the "crime scene". In addition, my many correspondence (please see these attachments) repeatedly highlighted this important domain, to the N.Y.P.D.

*Consequently, I am left with no choice, but to report to the New York City Comptroller's Office, and by extension, N.Y.P.D., the reprieve in bringing to this matter to an appropriate, accountable, justifiable, unbiased, and effective closure, within THIRTY (30) DAYS of the receipt of this letter (whenever reasonably expected to receive), dated September 6, 2019;* enclosures contained herein. These enclosures will be further listed, later in this crucial presentation. Also attached is a *FORMAL COMPLAINT*, supporting *AFFIDAVIT*, as well as the *REMEDIES* or *RELIEFS BEING SOUGHT*, by this Complainant. Presently, the reported accused, Mr. Joseph Katanga, has not been arrested, despite the N.Y.P.D.'s commitment, in their POLICE REPORT #2018-001-01679, of *March 19, 2018*, and revision, *January 15, 2019.*

In the first Police Report provided to this Complainant, specific information were **REDACTED** by the N.Y.P.D., without any reason, nor justification (to be later contested by Complainant, with proof of Laws, and EXEMPTIONS, inter alia). The reported accused information were not

*hereof*

EXH. 31

detailed, but which are not limited to: *age*, *physical descr*iption, *other characteristics*, *demographic details*, etc. Alleged accused, Mr. JOSEPH KATANGA, was present on the evening in question, upon arrival of the N.Y.P.D., at Suite #1700, 40 Exchange Place, New York, N.Y. 10005, and was pointed out, to the police, by this Complainant. Matter caused Complainant to embark on a plethora of meetings, visits, correspondence, and academic protests, all of which will be further detailed, in the presentation. Complainant was further *dehumanized*, *embarrassed*, *severely distressed emotionally*, felt *aggrieved*, *humiliated*, *lost dignity*, seemed to have had *no Rights*, to name a few, despite being attacked, by this civilian. Actions, or inactions of the N.Y.P.D., has not brought closure, nor have restored semblance of humanity, to the Complainant. In view of the complainant, the actions of the N.Y.P.D. are rather deliberate, given the magnitude of *Good Faith*, exemplified the repetitive nature of Complainant, trying to obtain justice, in this scenario, etc.

Complainant now rest his case, but have enclosed all the necessary matters, to show congruence, merit in his case, apparent malice, and prejudice by the N.Y.P.D., towards the Complainant, amongst other things. Interestingly, the N.Y.P.D.'s penchant is not far, in any issue of *profiling of Complainant*, something which is illicit, in the State of New York, for self serving, malicious, or hateful purposes. In other words, it would seem that the Complainant is being further handed chagrin, by the N.Y.P.D., relative to the Attack, and subsequent developments, instead of serving, protecting, and reassuring. Complainant have noticed, in comparison, that the N.Y.P.D. have reacted to other matters "lesser in weight", with seriousness, and finesse, even without any presented verifiable proof. Are they being consciously selective, or are "predisposed" to certain individuals? Later will be expounded on later, by the Complainant.

Regards.

Yours sincerely

*[signature]*

**ALROY RICHARDS**
**Complainant**

PATRICIA COPES
Notary Public, State of New York
No. 01CO6295889
Qualified in Kings County
Commission Expires January 13, ~~2018~~ 2022

*Patricia Copes*

Att.

Copy – The Police Commissioner or His Designate
New York Police Department (N.Y.P.D.)
OR Deputy Commissioner in Charge of Legal Affairs, or so
1 Police Plaza, Room #1406 or so
New York, N.Y. 10038



# New York City Police Department
## Omniform System - Complaints

| Report Cmd:<br>001 | Jurisdiction:<br>N.Y. POLICE DEPT | Record Status:<br>Final, No Arrests | Complaint #:<br>2018-001-<br>001679 | No Other<br>Legacy Blue<br>Versions | No Other<br>Complaint<br>Revisions |
|---|---|---|---|---|---|

| Occurrence Location: **INSIDE OF 40 EXCHANGE PLACE**<br>Name Of Premise: SECURITY RSOURCES<br>Premises Type: COMMERCIAL BUILDING<br>Location Within Premise:<br>Visible By Patrol?: NO | **NYC Parks Dept. Property**<br>Did this offense occur on NYC Parks Dept. Property? NO<br>Command:<br>NYC Parks Dept. Property Name: | Precinct: 001<br>Sector: C<br>Beat:<br>Post: |
|---|---|---|

| Occurrence From: 2018-03-09 16:50 FRIDAY<br>Occurrence thru:<br>Reported: 2018-03-09    18:30<br>Complaint Received: RADIO | Aided #<br>Accident #<br>O.C.C.B. # |
|---|---|

| **Classification: HARASSMENT**<br>Attempted/Completed: COMPLETED<br>Most Serious Offense Is: VIOLATION<br>PD Code: 637   HARASSMENT,SUBD 1,CIVILIAN<br>PL Section: 24026<br>Keycode: 578   HARASSMENT 2 | **Case Status: CLOSED**<br>Unit Referred To:<br>Clearance Code: PATROL<br>Log/Case #: 0<br>Clearance Arrest Id:<br>Clearance AO Cmd:<br>File #: 51<br>Prints Requested? NO |
|---|---|

| Is This Related to Stop And Frisk Report<br>NO | SQF Number:<br>0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed?<br>NO | Was The Victim's Personal Information Used To Commit A Crime?<br>NO |
|---|---|---|---|

| Gang Related?<br>NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected?<br>NO |
|---|---|---|---|

| DIR Required?<br>NO | Child in Common?<br>NO | Intimate Relationship?<br>NO | Officer Body Worn Camera:<br>NO |
|---|---|---|---|

| **If Burglary:**<br>Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | **Alarm:**<br>Bypassed?<br>Comp Responded?<br>Company Name/Phone:<br>- -<br>Crime Prevention Survey Requested?:<br>Complaint/Reporter Present?: | **If Arson:**<br>Structure:<br>Occupied?:<br>Damage by: | **Taxi Robbery:**<br>Partition Present:<br>Amber Stress Light Activated:<br>Method of Conveyance:<br>Location of Pickup: |
|---|---|---|---|

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted:<br>NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O C/V WAS CALLED INTO MEETING TO SIGN " ACTION SHEET" WHEN C/V REFUSED THE SUPERVISOR BECAME VERBALLY AGGRESSIVE, C/V BEGAN TO SPEAK TO HIS HR REP WHEN HIS SUPERVISOR GRABBED HIM AND BEGAN TO SHOVE/PUSH C/V INTO OFFICE LOBBY AREA CAUSING ANNOYANCE AND ALARM.

## No NYC TRANSIT Data for Complaint # 2018-001-001679

1/15/2019



| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

### VICTIM: # 1 of 1

| Name: RICHARDS,ALROY | Complaint#: 2018-001-001679 |
|---|---|

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: MALE
Race: BLACK
Age: 46
Date Of Birth: 01/11/1972
Disabled? NO
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? NO
Escalating violence / abuse by suspect? NO
Were prior DIR's prepared for C/V? NO

Gang/Crew Affiliation: NO
Name:
Identifiers:

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 179 ELM STREET | 11580 | NEW YORK | 11580 | |

Phone #: HOME: Not Provided/Unavailable CELL: 347-729-3620 BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable
E-MAIL: ALROYRICHARDSYSY@GMAIL.COM

Action against Victim:

Actions Of Victim Prior To Incident:
N/A

Victim Of Similar Incident:
NO

If Yes, When And Where

### WANTED: # 1 of 1

| Name: , JOSEPH | Complaint#: 2018-001-001679 | Arrested: NO |
|---|---|---|

Nick/AKA/Maiden:
Sex: MALE
Race: BLACK
Age:
Date Of Birth: UNKNOWN
U.S. Citizen:
Place Of Birth:
Is this person not Proficient in English?:
If Yes, Indicate Language:
Accent: NO

Height: FTIN
Weight: 0
Eye Color:
Hair Color:
Hair Length:
Hair Style: UNKNOWN
Skin Tone: UNKN
Complexion: UNKNOWN

S.S. #: 0

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: EMPLOYER
Living together: NO
Can be Identified: YES

Gang/Crew Affiliation:
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident:   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

Physical Force: USED

### Weapons:

Gun:



| Weapon Used/Possessed: NONE | Make: | Recovered: |
|---|---|---|
| Non-Firearm Weapon: | Caliber: | Serial Number Defaced: |
| Other Weapon Description: | Color: | Serial Number: |
| | Type: | |
| | Other/Gun Specify: | |
| | Discharged: NO | |

| Used Transit System: |
|---|
| Station Entered: |
| Time Entered: |
| Metro Card Type: |
| Metro Card Used/Poses: |
| Card #: |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2018-001-001679

| Reporting/Investigating M.O.S. Name:<br>POM PASTORIZA JONATHAN | Tax #:<br>957011 | Command:<br>001 PCT | Rep.Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving Name:<br>SGT CAWTHORNE DANIE | Tax #:<br>931589 | Command:<br>001 PCT | Rep.Agency:<br>NYPD |
| Complaint Report Entered By:<br>PAA WILLIAMS | Tax #:<br>340916 | Command:<br>001 PCT | Rep.Agency:<br>NYPD |
| Signoff Supervisor Name:<br>SGT MOESSNER | Tax #:<br>941233 | Command:<br>001 PCT | Rep.Agency:<br>NYPD |

| END OF COMPLAINT REPORT<br># 2018-001-001679 |
|---|

Print this Report



**POLICE DEPARTMENT**
**Office of Deputy Commissioner,**
**Legal Matters**
**One Police Plaza, Room 1406A**
**New York, New York 10038**
**FOILAppeals@NYPD.org**

EXH. 33

January 15, 2019

Alroy Richards
alroyrichards7@gmail.com

RE:   **FREEDOM OF INFORMATION LAW**
      **REQUEST: FOIL-2019-056-00497**
      **Re: Complaint Report #2018-001-01679**

Dear Mr. Richards:

This letter is in response to your email dated January 14, 2019 appealing the determination of the Records Access Officer made on January 14, 2019 regarding records requested from the New York City Police Department. Your request, made pursuant to the Freedom of Information Law, was originally received by the FOIL unit on January 10, 2019 and subsequently denied pursuant to Public Officers Law Section 87(2)(b).

Your appeal has been granted and enclosed herein is unredacted Complaint Report #2018-001-01679. You may seek judicial review of this determination by commencing an Article 78 proceeding within four months of the date of this decision.

Sincerely,

Jordan S. Mazur
Sergeant
Records Access Appeals Officer

Enclosure
c:  Committee on Open Government

COURTESY • PROFESSIONALISM • RESPECT

Case # 2019-PI02489

November 19, 2018

**"WITHOUT PREJUDICE"**

EXH. 34

The Internal Affairs Bureau
New York Police Department
1 Police Plaza
New York, NY 10038

**ATTENTION: SGT D. MURILLO**

Sgt. Murillo:

**RE:   ALROY D. RICHARDS – CIVILIAN COMPLAINTS REVIEW BOARD #2018-02618**
          **NYPD POLICE REPORT #2018-01-01679**

Reference is made to the subject. I last spoke with you on June 28, 2018, with respect to the lack of the police's actions, in the material compliant, which appears to be an ongoing issue. My last set of correspondence was on May 8, 2018, which was addressed to Sgt A. Caraballo, of the NYPD 1st Precinct, located at 16 Ericcson Place, NY 10013; still I have not received any satisfactory responses. In addition, there exist my formal complaint, to Mr. Terrence Monahan, Chief of Depart (N.Y.P.D.), at 1 Police Plaza, which last dated June 11, 2018, and which did not seem to have even initiated any investigations.

These requests for a more effective and unbiased investigation, were based on the Freedom of Information Law (F.O.I.L.). Despite my many questions (which, by the way, were not answered), I wasn't given any answers. No details as to the reasons for the original outcome, in the matter, were provided to me; obviously then, it was arbitrarily done ("whim and fancy"). It would have been excellent for the police to have formally outline, with supporting documentations, the reasons for the conclusions reached. I am still awaiting those.

Obviously then, there is disdain, and predispositions towards the complainant – for reasons that I am unaware of. There exist too much hate in today's society, and most of which, under any circumstances, does not qualify for the "American dream" (equity, equality, interalia).  I now rest my queries (my last letter), as obviously, this is quite a "unique", or "different matter". Kindly stamp and return an attached copy of this (material) letter, as an indication that I am again registering (my final) complaint, to the New York Police Department (N.Y.P.D.). This will be kept in my personal information, complied in the issue.

Regards.

Yours sincerely

**ALROY D. RICHARDS**

**179 Elm Street, Valley Stream**
**Long Island, NY 11580**
**Tele #347-779-3620**
**Alroyrichards7@gmail.com**

EXH. 35

June 11, 2018

'WITHOUT PREJUDICE'

Mr Terence A. Monahan
Chief of Department
New York City Police Department
1 Police Plaza
New York, NY 10007

Dear Chief Monahan:

RE:    **ALROY D. RICHARDS – Complainant**
**New York (City) Police Department (N.Y.P.D.), Police Report #2018-001-01679**
**Civilian Complaint Review Board (C.C.R.B.), File #2018-02618**

Good day to you. I now make reference to N.Y.P.D. Omniform System, **Complaint Report #2018-001-01679 (copy attached, for ease of reference)**, which is dated **March 19, 2018**. This precipitated from an assault on my person, on **Friday March 9, 2018**, at approximately **1658 hours**. Matter took place at the Offices of **Security Resources** (my employer at the material time), located at **40 Exchange Place, Suite #1700, New York, NY 10005**. The action (attack on my person) was unduly, rigorously and violently executed by a junior Operations Manager, later said to be a **Mr. Joseph Katanga – suspect, in full view of junior staff, supervisors, and senior Managers**. On the day in question (March 9, 2018), I was called to the Exchange Place Office, by a Human Resources Supervisor. Upon my arrival there, a swift meeting ensued (without any disclosure as to reasons, inter alia), between myself, that Human Resources Supervisor, and the suspect. I was being asked by the suspect, to sign some documents, which I did not read, neither were contents explained to me. Hence, I simply asked for time to peruse the contents, citing possible duress, and my Fifth Amendment (Constitution), quoting the need for transparency, and not incriminating myself, in any process. In my failure to do so, I was attacked by the suspect, Mr. Joseph Katanga.

In their investigations, I noted that the police did not question, nor interview material witnesses, that were present, as at the material time. The threats, and threatening actions that followed from the suspect; *Closed Circuit Television* (C.C.T.V.) *images*, certainly, does not augur well for *serve*, *protect*, and *reassure*. After all, I am a new immigrant (since October 2016), and it is my first time in this country, and is seeking the right pathways, through the different mediums, in all my endeavors. *I was never offered a statement for signature, by the police*. Surprisingly, the *suspect paced an area I was seated in, by the front desk area, as he paced, constantly*

*handwritten annotations:*
Taken by Det. S. Halk

POLICE DEPARTMENT CITY OF NEW YORK   2018 JUN 11 P 3:36

SHIELD
P.O. VELEZ, 2846   RECEIVED ON JULY 11, 2018
1345
(FEMALE OFFICER)   SERVED TO 001 PCT TO P.O VELEZ, M
1/

EXH. 35

*approached me, in a more than threatening manner, as I sat, in fear, waiting on the arrival of the police team(s), subsequent to his attack, that said (material) evening.* C.C.T.V. images will confirm all that I am reporting, inclusive of actions of the (aggressive) suspect, as recordings from *two(2) fully functioning C.C.T.V. cameras, are seemingly available*.

Consequently, **N.Y.P.D. police officers, arrived near 1815 hours**, led by *Officer Jonathan Pastoriza*, reportedly of the **1st Precinct**. Upon their arrival at the material location, on the evening in question, I explained to the police officers what took place, and *pointed out the suspect, Mr. Joseph Katanga, as the person whom had attacked me, in full view of the police officers, staff, and all Managers*, and asked that I be allowed to make a formal report. During the time that the police were present at the location, *I made constant reference to the two(2) C.C.T.V. cameras, which would have captured all the events* (pointed them out). Additionally, I mentioned to the police (in the presence of all the witnesses mentioned), that accountability should be key, as there could be other implications, and that the suggestion is that the images be viewed. Your police team then asked the senior Managers present, where can the images from the recordings be viewed (glancing around, and glancing into the nearby offices, whilst being stationary. **They (police) asked for the C.C.T.V. monitor**, and was told by Security Resources Managers present, that "underline viewing is from another site, not at this location".

Subsequently, I gave a verbal report, in more details, to the N.Y.P.D. (via Officer Jonathan Pastoriza), and received Complaints Report #2018-001-01679. *As I looked at the police report given to me, whilst at Police Plaza, I realized that parts of the report were obscured (by human action), and that critical details were left out*. Therefore, I questioned the police officer handing me the report, on March 19, 2018, at 1 Police Plaza. He told me that I needed to get in touch with the police, at the 1st Precinct. I followed the information given to me, by the police officer at 1 Police Plaza, and attended on the 1st Precinct, several times, as a follow up, in all respects. **I wrote a letter to them, dated March 24, 2018** (copy attached, for ease of reference). No further details were remitted to me.

As a consequence, I contacted the **Civilian Complaints Review Board** (C.C.R.B.), on **April 4, 2018**, where case **#2018-02618** was generated, by that office, based on my complaints. The *C.C.R.B. wrote me a letter, dated April 5, 2018, outlining that the matter was referred to the Chief of Department, N.Y.P.D*. Subsequently, a **Sgt. Abraham Caraballo** of the 1st Precinct, *sent me an email dated May 7, 2018 (copy attached for ease of reference). I also spoke with Sgt Abraham Caraballo on that evening (May 7, 2018) by N.Y.P.D. landline.* His pronouncements were that *"Officer Pastoriza was cleared"*, and that *"the police officer in question, reportedly followed police (N.Y.P.D.) guidelines"*. I made it quite clear to Sgt. Abraham Caraballo, and all others persons that I spoke to, that my intention is to receive, in writing, official police policy, objective, and mantra, relative to the said matter, at hand.

2/

EXH. 35

**Please note my specific requests**, under the _FREEDOM OF INFORMATION LAW_ (F.O.I.L.), in my May 8, 2018 letter, contents of which should be duly noted (will not be restated, due to length – space), as this matter is extremely crucial to me, as a resident living in this great state (of New York), and country (the United States of America). A file was already constituted (by virtue of compilation, and submissions), and submitted, to the 1st Precinct – see Sgt. Abraham Caraballo.

Henceforth, **I made a visit to the C.C.R.B. on June 1, 2018**, **again complaining** of the "apparent manner" in which I was being treated, and in the police handling of the situation. Most important also, is the undated letter, from Security Resources, March 2018, reportedly terminating my employment, reportedly "based on my alleged insubordinate behavior", at their Manhattan Office, on material day (March 9. 2018), culminating in need for police presence, to escort me, from their offices" (end of quote/paraphrase). Can you believe this? Now, irrespective (police not involved in employer/employee matter), the company is invariably accusing me of WRONG DOING. Hence, **I asked for certain information, from the police**, such as: _what time was (my) call received on evening in question_, _responding police team_, _what time did they arrive at location in question_, _whether the police officers were wearing body cameras, whether suspect was interviewed_, _whether any other witnesses were interviewed_ (staff, and Managers of Security Resources were present, on police's arrival), _why were there no follow up on C.C.T.V. viewing_ (request), _shortcomings in police report issued to me_ (to be addressed, by the police), _my request for notes on supervisory interview with Officer Jonathan Pastoriza, since he was apparently "cleared"_, _minutes from such meetings_, INTER ALIA.

It is untenable that given the responsibility of the police, to serve, protect, and reassure, that such disparaging, damning, and accusatory remarks, could be made by Security Resources. There could be serious implications, as, - what if the suspect (Mr. Joseph Katanga) now say that I had "attacked him" (hypothetical, of course)?  What will the police do? Arrest me for such a report? Issue me a summons? Or, better yet, may be arrest me for public mischief? I am truly awaiting the answers I so seek, as it is my view, that there are may be "underlying" stereotypical, or biased reasons, for inactions – my view. Somehow, I WILL find out though. Seems my communications (phone, email, and my surroundings) are now "being tracked"; by whom?

Yours sincerely

**ALROY D. RICHARDS**

Copy - Capt. Angel L. Figueroa, Commanding Officer
        1st Precinct, at 16 Ericsson Place, New York – NY 10013

May 8, 2018

'WITHOUT PREJUDICE'

Sgt. Abraham Caraballo
First Precinct
New York Police Department (N.Y.P.D.)
16 Ericcson Place
New York, NY 10013

Dear Sgt. Caraballo:

**RE:      ALROY D. RICHARDS – Civilian Complaints Review Board File #OCD 2018-02618**

First, I make reference to our brief telephone discussion on Saturday April 28, 2018, regarding the caption, as well as your email on the same day (copy attached), followed by your emailed response dated Monday may 7, 2018 (copy also attached). Let me be clear to point out that matter is not with Officer Pastoriza, whom at the time, was acting as an agent of the state, and also an agent of your Department. I am in no way trying to discredit any police officer, nor to cast doubt on their credibility, integrity, or character. Please be advised, that I have 'worked along side law enforcement', at the highest levels, in my country of origin, for well over three(3) or so decades.  Hence, I do understand that it is critical to point out my objective, which is questioning the police's official stance, and policy (written, verifiable, mutually agreement, along with supporting evidence), relative to my particular matter, or complaint, the nexus being Friday March 9, 2018, and thereafter.

- What are your guiding principles?
- What is the **official policy position** (which must have verifiable proof)?
- **Were Managers and staff of the location** in which the material incident took place, ever **interviewed**, inclusive of the evening in question?
- **Was the accused/suspect ever interviewed**, even after he was pointed out, by yours truly (well, yes, he could have opted to exercise his Fifth Amendment Rights)?
- What did I report to the responding police team, comprising Officer Pastoriza?
- Where are the **notes on the secondary investigations**, being carried out, by your (or other) Department, based solely on my complaints (letters, telephone calls, visits), that caused your final pronouncement of **"Officer Pastoriza has been found to be acting within NYPD guidelines, and is cleared of your** (meaning my – as in the writer's) **complaint against him"**. Please be reminded that the complaint is not personally against Officer Pastoriza, nor any other police officer, of the NYPD.
- What evidence do I have to indicate, to the police (subsequently), that what I reported is the truth, and nothing but the truth"? This **include, but is not limited to Closed Circuit**

EXH. 36

Television (C.C.T.V.) images. Primarily, this would have shown action of the police officers, at the material location, and possibly the actions of other "actors":

- **Were the police officers wearing body cameras?** If so, why weren't this disclosed to me?
- Am I not **entitled to clear explanations, and information,** as per **Freedom of Information Law (F.O.I.L.)**?

Consequently, I am seeking further and better particulars, with respect to the following: time of **calls to** the **NYPD, NYPD response team, police's actions** (on arrival, whilst at location in question, and on departure), **notes** made, based on reports taken, **interviews** executed, summary, **supporting evidences,** and any other evidence deemed necessary, **such as C.C.T.V.,** culminating in the arrival of your conclusions, and **minutes** from any meetings, which, under normal circumstances, can be released to the complainant. These are critical questions, and materials.

The preceding matter is to be taken seriously, as it is serious to me. My mailing address(es) have not changed. **Now, what if the alleged suspect/accused now make a turn of events, and should say that it was I whom attacked him (to the point where he could even have been injured)? What would the police have done, thereafter? Kindly refer to the Letter of Termination, which I received from the said employer (Human Resources), submitted to the police, in many faucets in the matter. Isnt it self explanatory, and is already accusing me wrongfully of "misdeeds"?** Take a look at it.

It is well within my rights to be asking for answers in this important event, from the police in general. My concerns should again be formally documented, and the relevant response(s) is/are being anticipated. I am feeling discriminated against; but can only wonder if it is the correct thing to perceive, if this is true.

Regards.

Yours sincerely

**ALROY D. RICHARDS**
**Complainant**
**Att.**

Copy – Eshwarie Mahadeo, Director of Case Management
Civilian Complaints Review Board
100 Church Street, 10th Floor
New York, NY 10007

EXH. 37

May 7, 2018

**CARABALLO, ABRAHAM**
<ABRAHAM.CARABALLO@nypd.org>

9:51 PM (20 hours ago)



me

**This email is to inform you that PO Pastoriza was found to be acting within NYPD
guidelines and is cleared of your complaint against him.**

**If you have any questions you may reach me, Sgt Caraballo at 212-334-0616**

*Sergeant Abraham Caraballo*
*First Precinct*
*New York City Police Department*
*C:917-680-5215*
*Email Abraham.Caraballo@nypd.org*

*This transmission may contain confidential or privileged information, which is intended only
for use by the individual or entity to which the transmission is addressed. If you are not the
intended recipient, you are hereby notified that any disclosure, dissemination, copying, or
distribution of the transmission is strictly prohibited. If you receive this transmission in error,
please notify the sender and delete the transmission.*

*Please treat this and all communications from the New York City Police Department s LAW
ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY.*

EXH. 37



## CARABALLO, ABRAHAM
<ABRAHAM.CARABALLO@nypd.org>

Apr 28 (10 days ago)



me

This Sgt Caraballo of the first precinct contacting you regarding a CCRB you filed against PO Pastoriza, I'm contacting you in order interview you based on this complaint.  Please email me or contact me at the 1st Precinct at (212) 334-0611, Thank you.

*Sergeant Abraham Caraballo*
*First Precinct*
*New York City Police Department*
*C:917-680-5215*
*Email Abraham.Caraballo@nypd.org*

*This transmission may contain confidential or privileged information, which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying, or distribution of the transmission is strictly prohibited. If you receive this transmission in error, please notify the sender and delete the transmission.*

*Please treat this and all communications from the New York City Police Department s LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY.*

EXH. 38

179 Elm Street, Valley Stream
Long Island, NY 11580
Tele #347-779-3620
Email: alroyrichards7@gmail.com

April 19, 2018

**"WITHOUT PREJUDICE"**

The Director of Investigations
Chief Department
New York Police Department (NYPD)
New York, NY

Dear Sir/Madam:

RE:     **ALROY D. RICHARDS – COMPLAINANT
        COMPLAINT #2018-02618**

---

Reference is made to my initial contact with the NYPD's Civil Complaint's Review Board (C.C.R.B.), on April 4, 2018, where my matter was outlined to Woman Investigating Officer, Ms. Taylor. I awaited a response, and returned a call to that Office on 18th of April 2018, where I spoke to Woman Investigating Officer Bechardo. This is when Ms Bechardo informed me, that the file (complaint) was forwarded to your Offices, on 05th April 2018.

It is critical that I obtain closure in the matter, pursuing the advent of Restorative Justice. In particular (I am in no way suggesting that the police should use "unauthorized" or "unconventional means"), I wish for the police to view the Closed Circuit Television (C.C.T.V.) images, which I alluded to (well, two cameras, which would have captured the material event), and which was pointed out to the team of police officers (led by Officer Pastoriza), on the evening of Friday March 9, 2018. Believing that these matters are unheard of (action of suspect, whom supposedly lived in New York/United States a long time, has such position of responsibility, inter alia), I decided to pursue the matter, and is hoping that citizens can be guided accordingly, and that there are always easier and amicable resolutions to problems in society, leading to a more orderly society.

As such, I have attached the following, for your perusal: **Police Report #2018-0001-01679, letter to your Precinct #1** (at 16 Ericcson Place, New York, NY) **dated March 24, 2018**, and which I had delivered personally (to Woman Officer Francis), **letter of termination** (contents are important), from former employer (Security Resources), and **my response to them, dated March 19, 2018**.

EXH. 38

Looking forward to your resolution, and response.

Regards.

Yours sincerely

Alroy Richards

**Att.**



# CIVILIAN COMPLAINT REVIEW BOARD
### 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
### www.nyc.gov/ccrb



*EXH. 39*

BILL DE BLASIO
MAYOR

FREDERICK DAVIE
ACTING CHAIR

April 5, 2018

Mr. Alroy Richards
179 Elm Street
Valley Stream, NY 11580

RE: OCD 201802618

Dear Mr. Richards:

This letter is to inform you that the Civilian Complaint Review Board (CCRB) acknowledges receipt of your complaint.

The CCRB has jurisdiction to investigate complaints filed against officers of the New York City Police Department that allege excessive force, abuse of authority, discourtesy or use of offensive language, including slurs relating to race, ethnicity, religion, gender, sexual orientation and disability. We have determined that your complaint does not fall within the Board's jurisdiction, either because the allegations do not fall within our jurisdiction or because the subject of the allegations is a civilian employee of the Police Department.

The Office of the Chief of Department (OCD) of the New York City Police Department reviews and processes complaints made against both uniformed and civilian members of the Police Department which questions their general performance of duties. Therefore, we have referred your complaint to the Office of the Chief of Department Investigation Review Section for processing. Once received at the appropriate investigative bureau, an investigator will contact you and will handle all further action regarding your complaint.

If you have any questions, please contact the police department at 212-741-8401. Thank you for your time and attention to this matter.

Sincerely,

Eshwarie Mahadeo
Director of Case Management

*Received*

CCRB CTS - Confidential

EXH: 40

179 Elm Street, Valley Stream
Long Island, New York 11580
Tele #347-779-3620
Alroyrichards7@gmail.com

March 24, 2018

'**WITHOUT PREJUDICE**'

The Senior Officer in Charge
New York Police Department (New York City)
1st Precinct
16 Ericsson Place, New York
NY 10013

Dear Sir/Madam

RE:   **POLICE COMPLAINT REPORT #2018-0001-01679
COMPLAINANT- MR. ALROY D. RICHARDS
AGGRESSOR/ATTACKER – MR. JOSEPH KATANGA
REPORTED PHYSICAL ATTACK/PHYSICAL HARASSMENT**

Good day to you. I am writing as a follow up to **the above matter, which took place on Friday March 9, 2018, between (1656-1658) hours,** at **40 Exchange Place, Suite #1700 (17th Floor),New York, NY 10006**, being the offices of Security Resources. The matter was reported on the said evening, minutes thereafter. Subsequently, a team of police officers, led by **Officer Pastoriza**, arrived on the scene, where I gave my version of the happening. In addition, I pointed out the **suspect**, Mr. **Joseph Katanga**, to the police officers present, at that said office (on the 17th Floor), at 1819 hours. Further, I had also pointed to the two(2) police officers present, the **two(2) Closed Circuit Television (CCTV) cameras, in the material area, which would have captured the event**.

**Consequently, the police officers inquired from all the managers that were present, regarding the CCTV images. At that juncture, the managers stated, to the said police officers, that the images were accessible, but not from that office** – at material location. I note that in the police report provided to me, *the name of the suspect has not appeared.* I am most concerned, and is asking that the

*EXH. 40*

images be viewed, for clarity. According to reports, Mr. Katanga has not been arrested to date, neither issued with any documentation, to appear in any court matter. It is my hope, that I can be given the necessary **service, protection**, and **reassurances. Equal opportunity, non-discrimination, diversity**, and **inclusiveness**, regardless of where we live, creed, color, class, nationality, religious affinity, status, inter alia. The Constitution and requisite Acts and Laws, guarantee me these rights, and privilages, of inquiring, and staying safe, and be free from these knowingly, intentional impositions. I am fairly new to this jurisprudence, but found the outcome a little unusual, in the outset, until now.

I have attached a copy of letter of termination, issued to me, consequent to the said event. Now anyone, irrespective, would have been concerned about their integrity, creditability, character, based on those (again) deliberate, untrue, malicious and "attacking" dispensations.

Looking forward to your response, as per Freedom of Information Law (F.O.I.L.).

Thanking you for your prompt attention. Please sign and return an attached copy of this two(2) page letter, as an acknowledgement that this document was received by your office, or invariably, by one of your appointees.

Yours sincerely

ALROY D. RICHARDS
Complainant

**Att.**



# New York City Police Department
## Omniform System - Complaints

| Report Cmd:<br>001 | Jurisdiction:<br>N.Y. POLICE DEPT | Record Status:<br>Final, No Arrests | Complaint #:<br>2018-001-01679 | No Other<br>Legacy Blue<br>Versions | No Other<br>Complaint<br>Revisions |
|---|---|---|---|---|---|

| Occurrence Location: INSIDE OF 40 EXCHANGE PLACE | NYC Parks Dept. Property | Precinct: 001 |
|---|---|---|
| Name Of Premise: SECURITY RSOURCES | Did this offense occur on NYC Parks Dept. Property? NO | Sector: C |
| Premises Type: COMMERCIAL BUILDING | Command: | Beat: |
| Location Within Premise: | NYC Parks Dept. Property Name: | Post: |
| Visible By Patrol?: NO | | |

CERTIFIED TRUE COPY
NEW YORK CITY
POLICE DEPARTMENT

**Occurrence From: 2018-03-09 16:50 FRIDAY**

Occurrence thru:

Reported: 2018-03-09    18:30

Complaint Received: RADIO

---

| Classification: HARASSMENT | Case Status: CLOSED |
|---|---|
| Attempted/Completed: COMPLETED | Unit Referred To: |
| Most Serious Offense Is: VIOLATION | Clearance Code: PATROL |
| PD Code: 637  HARASSMENT,SUBD 1,CIVILIAN | Log/Case #: 0 |
| PL Section: 24026 | Clearance Arrest Id: |
| Keycode: 578  HARRASSMENT 2 | Clearance AO Cmd: |
| | File #: 51 |
| | Prints Requested? NO |

| Is This Related To Stop And Frisk Report NO | SQF Number:<br>0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed?<br>NO | Was The Victim's Personal Information Used To Commit A Crime?<br>NO |
|---|---|---|---|
| Gang Related?<br>NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected?<br>NO |
| DIR Required?<br>NO | Child in Common?<br>NO | Intimate Relationship?<br>NO | Officer Body Worn Camera:<br>NO |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | - - | | Location of Pickup: |
| | Crime Prevention Survey Requested?: | | |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted:<br>NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O C/V WAS CALLED INTO MEETING TO SIGN " ACTION SHEET" WHEN C/V REFUSED THE SUPERVISOR BECAME VERBALLY AGGRESSIVE, C/V BEGAN TO SPEAK TO HIS HR REP WHEN HIS SUPERVISOR GRABBED HIM AND BEGAN TO SHOVE/PUSH C/V INTO OFFICE LOBBY AREA CAUSING ANNOYANCE AND ALARM.

**No NYC TRANSIT Data for Complaint # 2018-001-01679**

3/19/2018

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

## VICTIM: # 1 of 1

| | Name: **RICHARDS,ALROY** | Complaint#: **2018-001-01679** |
|---|---|---|

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: MALE
Race: BLACK
Age: 46
Date Of Birth: 01/11/1972
Disabled? NO
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? NO
Escalating violence / abuse by suspect? NO
Were prior DIR's prepared for C/V? NO

Gang/Crew Affiliation: NO
Name:
Identifiers:

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 179 ELM STREET 11580 NEW YORK | | | 11580 | |

Phone #: HOME: Not Provided/Unavailable CELL: 347-729-3620 BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: ALROYRICHARDSYSY@GMAIL.COM

| Action against Victim: | Actions Of Victim Prior To Incident: N/A |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

## WANTED: # 1 of 1

| | Name: ▓▓▓ | Complaint#: 2018-001-01679 | Arrested: NO |
|---|---|---|---|

Gang/Crew Affiliation:
Name:
Identifiers:

| N.Y.C.H.A. Resident: | N.Y.C. Housing Employee: | On Duty: |
|---|---|---|
| Development: | N.Y.C. Transit Employee: | |

**Physical Force:USED**

**Weapons:**

Gun:

3/19/2018

| Weapon Used/Possessed: NONE | Make: | Recovered: |
|---|---|---|
| Non-Firearm Weapon: | Caliber: | Serial Number Defaced: |
| Other Weapon Description: | Color: | Serial Number: |
| | Type: | |
| | Other/Gun Specify: | |
| | Discharged: NO | |

| | |
|---|---|
| Used Transit System: | |
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2018-001-01679

| Reporting/Investigating M.O.S. Name:<br>POM PASTORIZA JONATHAN | Tax #:<br>957011 | Command:<br>001 PCT | Rep.Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving Name:<br>SGT CAWTHORNE DANIE | Tax #:<br>931589 | Command:<br>001 PCT | Rep.Agency:<br>NYPD |
| Complaint Report Entered By:<br>PAA WILLIAMS | Tax #:<br>340916 | Command:<br>001 PCT | Rep.Agency:<br>NYPD |
| Signoff Supervisor Name:<br>SGT MOESSNER | Tax #:<br>941233 | Command:<br>001 PCT | Rep.Agency:<br>NYPD |

**END OF COMPLAINT REPORT**
**# 2018-001-01679**

Print this Report

3/19/2018



Security Resources Inc.
NY Regional Office
NY Exchange Place – Suite 1700
New York, NY 10005
Tel: (212) 748-1173
Fax: (212) 748-1174

www.securityresources.net

SECURITY
RESOURCES
*Nationwide Security Guards*

EXH. 42

Mr. Alroy Richards
179 Elm Street
Valley Stream, NY 11580

Dear Alroy:

This letter is to serve as written notice of your termination of employment effective last Friday, March 9, 2018.

During your visit to our Branch Office on that date, you exhibited insubordinate behavior towards both Katanga Joseph, NY Branch Manager, and myself, HR Administrator, culminating in the need for police presence to escort you from our office.

You will be paid for all hours worked (less taxes and withholdings) through your last day following our normal payroll schedule.

Because of your behaver in the office on Friday March 9, 2018 we ask that you discard the uniform.

Sincerely,

Irma Mercado
HR Administrator

→ One (1) page

EXH. 43

## COLÓN & PEGUERO LLP
Attorneys at Law
160 Broadway, 14th Floor
New York, NY 10038
Tel (212) 269-2091 Fax (212) 269-7866
Admin@cplegalny.com

April 4, 2020

ALROY RICHARDS
179 ELM ST
VALLEY STREAM, NY 11580

Re.: CLAIMANT: ALROY RICHARDS
     CLAIM NUMBER: 2019PI031962

Dear Counsel:

Enclosed please find the original transcript of the 50-h hearing of your above referenced client held on 3/17/2020.

Kindly have your client execute the original transcript in the presence of a notary public, and forward the same and any items requested at the hearings to the following address:

**DIRECTOR OF TORT CLAIMS, BUREAU OF LAW & ADJUSTMENT
OFFICE OF NEW YORK CITY COMPTROLLER SCOTT M. STRINGER
ATTN.: ADAM S. KARP
1 CENTRE STREET, 12TH FLOOR NORTH, NEW YORK, NY 10007**

Any corrections to the transcript should be made in accordance with the provisions of CPLR 3116. **Please do not return the transcript to our office.**

Very truly yours,

*Montserrat Lejarazu*

Enclosure

EXH. 44 

179 Elm Street
Valley Stream, N.Y. 11580
Tele #347-779-3620
Email: alroyrichards7@gmail.com

March 9, 2020

**'WITHOUT PREJUDICE'**

The Store Manager
Stop and Shop (On Tilden Avenue)
1009 Flatbush Avenue
Brooklyn, N.Y. 11226

Dear Store Manager:

RE:   **ALROY RICHARDS – Incident Reported, for FRIDAY OCTOBER 4, 2019**
**Regarding An Adult Male Suspect, Whom Attempted To Physically Attack Writer**
**CLOSED CIRCUIT TELEVISION (C.C.T.V.) Images - POLICE REPORT #2019-070-006834**

Reference is made to the subject, which the writer had conveyed to your Store Managers, commencing Monday October 7, 2019. Subsequently, the writer made several visits to your Store, where I met with different Managers, on different shifts. These Managers were apprised of the incident, with full details as to date, time (6:29 pm), place of occurrence (front of Store, in foyer, but still within the Store), description of myself, as well as description of the suspect. Further, I had written correspondingly extensive details, with my signature, as part of the records, and had submitted said, to your Store. Information received from your managers, are that the police (N.Y.P.D.) would have to make the (formal) request to view the C.C.T.V., or even to visit your Store, with those intents.

The writer have visited the related N.Y.P.D. Precinct (#70), at Lawrence Avenue, where a Police Report #2019-070-006834 was subsequently generated, and given to me. A copy of this Police Report, was then submitted to your Store Manager's Office, by yours truly (Alroy Richards). Based on my research, and information, _it would have appeared that the N.Y.P.D. have not visited your location, to view the C.C.T.V. images_. *Kindly let me know, if this was done, along with any other comments, in this important development, relative to the C.C.T.V. images, inter alia*. My contact details have been provided above. It would have been good if formal correspondence (written reply) is done.

Thanking you in advance.

Yours sincerely

*[signature]*

**ALROY RICHARDS**

PATRICIA COPES
Notary Public, State of New York
No. 01CO6295089
Qualified in Kings County
Commission Expires January 13, ~~2018~~ 2022

*Patricia Copes*

EXH. 45

## CITY OF NEW YORK COMPTROLLER

**CITY OF NEW YORK**
**STATE OF NEW YORK**

**POLICE REPORT #2019-070-006834**
**File No.:** 2019 PI 031962

**APPENDIX**

**ALROY RICHARDS**

_____

                              **Claimant**

            -Against-

**CITY OF NEW YORK COMPTROLLER**

_____

                              **Respondents #1**

**NEW YORK POLICE DEPARTMENT aka N.Y.P.D.**

_____

                              **Respondents #2**

**INCIDENT in Details**

The subject refers, and the **Claimant, Alroy Richards**, hereby further provide additional details, with respect to the **Friday October 4, 2019** *attempted Physical Attack on his person*, by an unknown adult male, at **Stop and Shop, Tilden Avenue** (near Flatbush Avenue), Brooklyn, N.Y. 11226:

On Friday October 4, 2019, the Claimant attended on the said facility, named above, to purchase items. Claimant's mode of dressing were: dark blue pants, blue and white long sleeved shirt, multi colored necktie, army colored knapsack bag. Time of arrival of Claimant, at the material location, was closer to 6:10 pm, or so (spending close to twenty or so minutes, inside that facility).  At approximately 6:29 pm, or so, Claimant was exiting the material facility. *Upon reaching the foyer area (entry/exit, but still within the store), at the front of the store, an adult male, whom was waiting, in the exit closer to the road way (b ut still within the store), suddenly made large leaps, and positioned himself, in front the Claimant*. This <u>suspect</u> was about ten (10) or so feet away, from the Claimant, prior, relative to the Claimant's position, in less than a literal second. Description of the suspect, were as follows: **African American, *5 feet 8 inches*** or so in height, **140 pounds** or so, in weight, **unkempt hair, dark green winter jacket** (fully on, and front area closed), **light green pants**, with an <u>green colored</u> *knack sack bag*, fully fitted, to his back.

As the **Claimant tried to move away from the suspect, by moving to one side, in a two (2) feet step, the suspect, repositioned himself, effectively blocking the path of the Claimant,** by closing in, to (not by) less than a foot i.e. **suspect was now a foot or so, from Claimant's face**

EXH. 45

rather intentional actions. The N.Y.P.D. should take this seriously, but they haven't, leaving the Claimant living in more fear, anxiety, and undue stress. **At all times, specific references were made, by Claimant, to the availability of the Stop and shop Closed Circuit Television (C.C.T.V.) images**. Claimant has made more than four (4) visits to the store in question, subsequent to the incident, requesting that the Management procure the images; they have. **Stop and Shop's Management constantly reported to the Claimant, that the images are available, and that the N.Y.P.D. are aware of such, and the protocol, and need embark on formal procedures, for retrieval of the C.C.T.V. images, on the development**.

What if this suspect is actually dangerous, may be "wanted", or have executed actual attacks otherwise, which could have also been most serious. *N.Y.P.D. have many cameras in the area*. Claimant cant be seen taking photographs of such, for submission, due to the volatility in the area, and due to certain perceived activities, by unsavory, but dangerous characters. In addition, *other cameras, in the said vicinity, apart from those of Stop and Shop, are also available*. The N.Y.P.D. have *not* served, protected, nor reassured Claimant (constant, deliberate, and recurring), hence the Claims.

It is definitely due to previous complaints, made by the Claimant. Information given above is accurate, true and correct, to the best of Claimant's knowledge, is not frivolous, and which are "Without Prejudice".

**Alroy Richards**
**Claimant**

Date:                    December 1, 2019
County Signed:    Kings

Sworn to, and signed on December __2__ 2019, in the presence of:    Alroy Richards

Patricia Copes
**Notary Public**

PATRICIA COPES
Notary Public, State of New York
No. 01CO6295889
Qualified in Kings County
Commission Expires January 13, 2018  2022

EXH. 46



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET  ROOM 1200
NEW YORK, N.Y.  10007-2341

WWW.COMPTROLLER.NYC.GOV

015 - 151

Scott M. Stringer
**COMPTROLLER**

Date:       11/29/2019
Claim No:   2019PI031962
RE:         Acknowledgment of Claim
Your Claim/Policy#:

ALROY RICHARDS
179 ELM ST
VALLEY STREAM, NY 11580

Dear Claimant:

   We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

   We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence**.

   If you have any questions regarding your claim, you may contact us at 212-669-2478 for claims involving personal injury.

                    Sincerely,

                    Bureau of Law & Adjustment

EXH. 47

CITY OF NEW YORK
IN THE STATE OF NEW YORK

<u>NOTICE OF CLAIM</u>

<u>FILE NO.:</u> 2019 PI 031962

POLICE REPORT #2019-070-006834

**ALROY RICHARDS**

_____
                                        **Claimant**
        Vs.

**CITY OF NEW YORK** aka **OFFICE OF THE NEW YORK CITY COMPTROLLER**
_____
                                        **Respondent #1**
**NEW YORK POLICE DEPARTMENT** aka **N.Y.P.D.**
_____
                        **Respondent #2**

        **PLEASE TAKE NOTICE**, that **I, ALROY RICHARDS,** herein called **the COMPLAINANT, is** bringing forth this material complaint, against the **CITY OF NEW YORK**, herein addressed as **OFFICE OF THE NEW YORK CITY COMPTROLLER,** enjoined (now being apprised), herein called **RESPONDENT #1**, or NYC COMPTROLLER, and subsequently including the **NEW YORK POLICE DEPARTMENT** (nominal), also known as the **N.Y.P.D.,** as **RESPONDENTS #2.** This Complaint arose from an incident, in which the Claimant was almost _**PHYSICALLY ATTACKED**,_ by a civilian, on _**Friday October 4, 2019**._ Venue (within) is the _**Stop and Shop**,_ at Tilden Avenue and Flatbush Avenue, Brooklyn, N.Y. 11226. Matter was captured on _**Closed Circuit Television**_ (_**C.C.T.V.**)_ and are presumably available. Claimant reported matter, to the N.Y.P.D., and asked that, in the interest of his safety, that an investigation be launched, assisting Claimant to at least be able to possibly identify attacker, inter alia. _**N.Y.P.D., apart from producing the Police Report, have failed to assist, leaving Claimant at further risks**._ No other required actions were executed by the N.Y.P.D., which, in view of the Claimant, is a travesty of justice, given the situation, and that _**a series of complaints, made by Claimant, in unrelated incidences, involving the N.Y.P.D., have culminated in this disdain treatment of Claimant, by the N.Y.P.D. Claimant has never seen adult male suspect before**,_ neither has Claimant had any feud, or disagreements, with anyone (else).

I, **ALROY RICHARDS, Complainant** now further state:

- That my address is 179 Elm Street, Valley Stream, N.Y. 11580.



October 16, 2019


Mr. David Wall – Deputy Inspector
Divisional Commander
New York Police Department (N.Y.P.D.)
70th Precinct
154 Lawrence Street
Brooklyn, N.Y. 11201


Dear Deputy Inspector Wall:

**RE:      ALROY RICHARDS – Complainant (SUSPECT, and INTENDED PHYSICAL ATTACK)**
**N.Y.P.D. POLICE REPORT #2019-70-006834**
**REQUESTING CLOSED CIRCUIT TELEVISION (C.C.T.V.) IMAGES**

Reference is made to the subject, and subsequent receipt of your Police report, regarding this Friday October 4, 2019 matter. I visited the incumbent facility, in Flat bush, with the material report. The management is indicating, that unless the N.Y.P.D. make the request themselves, or present a document authorizing me to collect the available images, they would not be in a position to dispatch the result (C.C.T.V. images) to me.

Consequently, I am writing to make this request. In addition, I will also provide the Freedom of Information Law (F.O.I.L.) Unit (at 1 Police Plaza, New York, N.Y.) with a copy of this letter (dated 10/16/2019), in the event that the F.O.I.L. are the personnel with the fiduciary responsibility to do so. Either way, obtaining the images are crucial to my ensured safety.

Thanking you in advance.

Yours sincerely

**ALROY D. RICHARDS**


Copy – The Department Head
          N.Y.P.D. F.O.I.L. Unit
          1 Police Plaza
          New York, N.Y. 10007

EXH. 49



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 070 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, No Arrests | | Complaint #: 2019-070-006834 | No Other Legacy Blue Versions | No Other Complaint Revisions |

| Occurrence Location: INSIDE OF 1009 FLATBUSH AVENUE | NYC Parks Dept. Property | Precinct: 070 |
|---|---|---|
| Name Of Premise: STOP & SHOP | Did this offense occur on NYC Parks Dept. Property? NO | Sector: D |
| Premises Type: CHAIN STORE | Command: | Beat: 21 |
| Location Within Premise: OTHER ENTRANCE | NYC Parks Dept. Property Name: | Post: 15 |
| Visible By Patrol?: NO | | |

| Occurrence From: 2019-10-04 18:29 FRIDAY | |
|---|---|
| Occurrence thru: 2019-10-04   18:35 | Aided # |
| Reported: 2019-10-09   18:30 | Accident # |
| Complaint Received: WALK-IN | O.C.C.B. # |

| Classification: HARASSMENT | Case Status: CLOSED |
|---|---|
| Attempted/Completed: COMPLETED | Unit Referred To: |
| Most Serious Offense Is: VIOLATION | Clearance Code: PATROL |
| PD Code: 638  HARASSMENT,SUBD 3 | Log/Case #: 0 |
| PL Section: 24026 | Clearance Arrest Id: |
| Keycode: 578  HARASSMENT 2 | Clearance AO Cmd: |
| | File #: 51 |
| | Prints Requested? NO |

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | Child in Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: NO |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | . Bypassed? | Structure: | Partition Present: NO |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light |
| Entry Method: | Company Name/Phone: | Damage by: | Activated: NO |
| Entry Location: | - - | | Method of Conveyance: |
| | Crime Prevention Survey Requested? | | Location of Pickup: |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
CV STATES THAT AT TPO ABOVE UNKNOWN PERP WITH INTENT TO ANNOY AND HARASS DID APPROACH THE CV IN A THREATENING MANNER. NO WEAPON, NO INJURY WAS SUSTAINED TOCVG. NO DIR PREPARED

## No NYC TRANSIT Data for Complaint # 2019-070-006834

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 1 |
|---|---|---|---|

EXH. 49

## VICTIM: # 1 of 1

**Name:** RICHARDS,ALROY, DINSTON

**Complaint#:** 2019-070-006834

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: MALE
Race: BLACK
Age: 47
Date Of Birth: 01/11/1972
Disabled? NO
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? YES
Escalating violence / abuse by suspect? NO
Were prior DIR's prepared for C/V? NO

Gang/Crew Affiliation: NO
Name:
Identifiers:

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 179 ELM STREET | VALLEY STREAM | NEW YORK | 11580 | |

Phone #: HOME: 347-500-8254 CELL: 347-779-3620 BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: ALROYRICHARDS7@GMAIL.COM

Action against Victim:

Actions Of Victim Prior To Incident: SHOPPING

Victim Of Similar Incident: NO

If Yes, When And Where

## REPORTER: # 1 of 1

**Name:** RICHARDS,ALROY, DINSTON

**Complaint #:** 2019-070-006834

Nick/AKA/Maiden:
Sex/Type: MALE
Race: BLACK
Age: 047
Date Of Birth: 01/11/1972
Is this person not Proficient in English?: NO
If Yes, Indicate Language:

Gang/Crew Affiliation: NO
Name:
Identifiers:

Relationship To Victim:

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 179 ELM STREET | VALLEY STREAM | NEW YORK | 11580 | |

Phone #: HOME: 347-500-8254 CELL: 347-779-3620 BUSINESS: - - BEEPER: - - E-MAIL: ALROYRICHARDS7@GMAIL.COM

## WANTED: # 1 of 1

**Name:**

**Complaint#:** 2019-070-006834

**Arrested:** NO

Nick/AKA/Maiden:
Sex: UNKNOWN
Race: BLACK
Age:
Date Of Birth: UNKNOWN
U.S. Citizen:
Place Of Birth:
Is this person not Proficient in English?:
If Yes, Indicate Language:
Accent: NO

Height: 5FT8IN
Weight: 135
Eye Color:
Hair Color:
Hair Length:
Hair Style: UNKNOWN
Skin Tone: UNKN
Complexion: UNKNOWN

S.S. #: 0

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: STRANGER
Living together: NO
• Can be Identified: YES

Gang/Crew Affiliation: NO
Name:
Identifiers:

EXH. 49

LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM HOW LONG? RES. PCT

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident:   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

Physical Force: **THREATENED**

**Weapons:**

Gun:
Weapon Used/Possessed: NONE
Non-Firearm Weapon:   Make:   Recovered: NO
Other Weapon Description:   Caliber:   Serial Number Defaced:
Color:   Serial Number:
Type:
Other/Gun Specify:
Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| MODUS OPERANDI | WAITED FOR HIM |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR -OVERCOAT OR TOP COAT -GREEN |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**No IMEI Data for Complaint # 2019-070-006834**

| Reporting/Investigating M.O.S. Name: CAD DERAVENS FRANCIS | | | |
|---|---|---|---|
| | Tax #: 364241 | Command: 070 PCT | Rep.Agency: NYPD |
| Supervisor Approving Name: LT CUSACK WILLIAM | Tax #: 915539 | Command: 070 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: POF LECONTE | Tax #: 965260 | Command: 070 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT SIMPSON | Tax #: 952243 | Command: 070 PCT | Rep.Agency: NYPD |

**END OF COMPLAINT REPORT # 2019-070-006834**

Print this Report

Exh. 50

New York City Department of Finance
Refunds Unit
59 Maiden Lane 20th Floor
New York, NY 10038

0004080708

PAGE: 1 of 1

DATE: December 22, 2018
CHECK NUMBER: 0004080708
AMOUNT PAID: $60.00

SCHEDULE:SYSGEN
PLATE/VIOLATION:JEB5810  NYPAS

0145 13932 C45 2A 1A356 - 0004080708 NNNNNNNNNN 35650000150Z XA94C1 C
ALROY D RICHARDS
179 ELM ST
VALLEY STREAM NY 11580-4915

Dear Motorist:

**The NYC Department of Finance is pleased to present you with this refund check for an overpayment made on a parking violation(s), Red Light Violation(s), Bus Lane Violation(s) or tow fee charge(s) associated with the license plate or violation number shown above. Please endorse this check, and cash it or deposit it immediately. Please do not return this check to us for application to other tickets.**

**Please note that the Department of Finance accepts Parking Violation payments over the internet. For more information, to check the status of a violation or to make a payment, you can visit us at: WWW.NYC.GOV/FINANCE.**

**Jacques Jiha, PH.D**
**Commissoner, NYC Department of Finance**

PLEASE DETACH BEFORE DEPOSITING CHECK

Fr: Clerk of the Court (Civil)
U.S. District Court (Federal)
Southern District
#500 Pearl Street, Room #200
New York, N.Y. 10007

TO: Mr ALROY RICHARDS
179 Elm Street
Valley Stream, N.Y. 11580