UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                  :

ALROY RICHARDS,                                      :

                                Plaintiff,            :

                                                           :            20-CV-3348 (RA)
                              -v-                             :

                                                           :            <u>ORDER</u>
CITY OF NEW YORK,                       :

                                Defendant.     :

                                                           :
------------------------------------------------------------ :
                                                           X

RONNIE ABRAMS, United States District Judge:

       On June 8, 2020, then-defendants the City of New York Comptroller and the City of New York Law Department filed a motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6). On November 24, 2014, Plaintiff Alroy Richards filed an Amended Complaint naming the City of New York as the Defendant, and on December 16, 2020, Defendant filed a new motion to dismiss. Accordingly, the motion to dismiss filed on June 8, 2020 is denied as moot. The Clerk of Court is respectfully requested to close the motion at docket number twelve (12).

       Defendant's motion to dismiss filed on December 16, 2020 remains under consideration by the Court. Plaintiff shall file any opposition to this motion by January 6, 2021. Any reply shall be filed by January 13, 2021.

SO ORDERED.

Dated:     December 18, 2020
             New York, New York

                                                           _____
                                                           Ronnie Abrams
                                                          United States District Judge