UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/13/2021

ALROY RICHARDS,

                Plaintiff,

v.

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-3348 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 22, 2021, the Court scheduled a telephone conference in this case for October 14, 2021, at 9:00 a.m. Due to a scheduling conflict, that conference is hereby rescheduled for October 18, 2021, at 10:00 a.m. The conference line is (888) 363-4749 and the access code is 1015508. The parties are advised that this is a public access line—thus available to the public and press—but that no recordings are permitted. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    October 13, 2021
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge