```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY RICHARDS,

                Plaintiff,

      v.

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-3348 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On October 18, 2021, the Court held a telephonic status conference in this case. As agreed upon in that conference, Plaintiff may file an amended complaint no later than November 29, 2021. The City may a file a motion to dismiss that complaint no later than December 20, 2021. Plaintiff may file an opposition to the City's motion to dismiss no later than January 7, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    October 19, 2021
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge