RECEIVED
SDNY PRO SE OFFICE
2021 DEC 14  PM 3: 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY RICHARDS

_____

_____

Write the full name of each plaintiff.

**20** CV CV03348-RA
_____

(Include case number if one has been
assigned)

-against-

**AMENDED**
**COMPLAINT**   [▼]

1. CITY OF NEW YORK: ATTN: Corporation Counsel

2. SCOTT STRINGER, NYC Comptrller, or Successor

3. Police Officr, Mr. J. PASTORIZA, 1st Precinct,NYPD

4. Police Officr, Mr. D. SAROFF, 70th Precinct,NYPD

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

Do you want a jury trial?
☐ Yes   ☐ No

*If Court finds necessary.*

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

*Page 1*

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  Federal Question

☐  Diversity of Citizenship

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
14th AMENDMENT: Color of State, Due Process (breached), Administrative Process (breached),

Equal Protection Clause, Protected Class (Protected Status), Suffering Unlawful Deprivations, Property Interests.

Excessive Force.

See attached.

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| ALROY | D | RICHARDS |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 179 Elm Street |
|---|
| Street Address |

| Nassau, Valley Stream | NY | 11580 |
|---|---|---|
| County, City | State | Zip Code |

| 347-779-3620 | alroyrichards7@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

CITY OF NEW YORK  ATTN: Corporation Counsel

First Name                          Last Name

NYC Law Department – to Mr. Luc. C. Pierre-Louis, Counsel

Current Job Title (or other identifying information)

100 Church Street

Current Work Address (or other address where defendant may be served)

New York, New York                 NY                 10007

County, City                       State              Zip Code

Defendant 2:

SCOTT                    STRINGER

First Name                          Last Name

NYC Comptroller, or his Successor - to Mr. Luc. C. Pierre-Louis,Counsel

Current Job Title (or other identifying information)

c/o NYC Law Department – 100 Chuch Street

Current Work Address (or other address where defendant may be served)

New York, New York                 NY                 10007

County, City                       State              Zip Code

Defendant 3:

JONATHAN (ID 957011)   PASTORIZA

First Name                          Last Name

Police Officer, c/o 1st Precinct (NYPD)

Current Job Title (or other identifying information)

16 Ericsson Place (1st Precinct)

Current Work Address (or other address where defendant may be served)

New York, New York                 NY                 10013

County, City                       State              Zip Code

Defendant 4:   D. (ID 961246)                SAROFF
_____
First Name                    Last Name

Police Officer, c/o 70th Precinct (NYPD)
_____
Current Job Title (or other identifying information)

154 Lawrence Avenue (70th Precinct)
_____
Current Work Address (or other address where defendant may be served)

Kings, Brooklyn              NY              11230
_____
County, City                 State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   New York, NY, and Brooklyn, NY
_____

Date(s) of occurrence:   03/09/2018, 03/28/2018, 02/12/2018, 10/15/2018, 10/29/2018, 07/16/2019, 10/04/2019
_____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached. Plaintiff, under the provisions of service of documents, to Respondents-Defendants, including two (2) new - Police Officers (J. Pastoriza, D. Saroff) making provisions for fair notice of Claim, and grounds on which such rest. Plaintiff's Claims include Specific Performances, required of the Respondents, along with seeking restitution. Respondents did not use facts; had arrived at their own conclusory decisions. Plaintiff being member of Protected Class (Protected Status), from his written documents commencing say 04/2018, through to even 2021. Holding Respondents to account. Essentially, Respondents were made aware of Plaintiff's formal complaints, and respectful protests, even via their Supervisors/Managers, whom were contacted; did nothing. Complaints by Plaintiff are factual. Agents, to include named Police Officers, via their respective actions, or lack, have created breaches. Agencies, and agents, refused to respond to complaints, by Plaintiff. Loss of Property Interests involved, along the aintiff suffering deprivations, as a result. No Hearings were even convened, neither updates given to Plaintiff. Only frivolous meeting was that on 03/17/2021 (EXH. D). Respondents had knowledge, authority, and access to all information, respectuively, as applicable, even severally.

In Due Process Clause, Property Interests of Plaintiff, severely affected, by: lack of actions, or other actions, by agents, risks of erroneous deprivation of such interests, via procedures, or lack, thereof (probable values, and loss in values). Individual instances exist, as will be detailed, as well as patterns, rearding the Plaintiff, and complaints, to City of New York. The incidences, by all accounts, may or may not be isolated, but can be quantified (occuring, with Plaintiff, in sequence, over time, seemingly no fault of the (Plaintiff). Sequencing will be detailed, showing nature of each events, or series of events.

Timing of each of the actions, will be seen, by the Court, with sequencing details. Specific matters were: (i) failure of Police Officer J. Pastoriza, to take corrective, or specific actions, in the 03/09/2018 Physical Attack (Battery), on Plaintiff. Police's onw 03/18/2018 Report, on matter. Perpetrator known, and was pointed out, by Plaintiff, and whom can be easily located. (ii) 03/28/2018 and 02/12/2018 fraudulent, and negligent Traffic Tickets, to Plaintiff, actions which are impossible; more details. Alleged speeding and redlight breaches, which are non-existent. (iii) 10/15/2018 unlawful Traffic Stop, of the Plaintiff, in Brooklyn, by Police Officer D. Saroff. Plaintiff proved untrue, and malicious, with multiple written reports, drawings, phots, referred to CCTVs, etc. Exonorated in Traffic Court, on 11/01/2019. (iv) "Loss" of Plaintiff's Registration Plates, JEB 5810. Loss acknowldged by City of New York, 07/16/2019, 1 year later....see (v). Now, (v) Suspension of Plaintiff's Driver's License, 10/29/2019, without reasons, nor facts (Insurance sent in, "Loss" of Reg. Plates), despite evidences, to contrary, and Plaintiff's written documents, and other proof (documents). (vi) 10/04/2019 Attempted Physical Assault, on Plaintiff, under CCTV. Again, Plaintiff wrote extensively. No actions.

See additional sheets attached.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

N/A.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

(1) PUNITIVE DAMAGES  (2) COMPENSATORY DAMAGES  (3) MONETARY DAMAGES  (4) GENERAL DAMAGES. Wherefore, awards for $2,900,000.00 -or - two million nine hundred thousand dollars, jointly, or severally, as is/are applicable (5) Order for MEDIATION (6) DISCOVERY.See attached.
Plus, (a) Order for compensation for Loss of Plaintiff's Registration Plates (b) Order to Eliminate Fictitious/Fraudulent Traffic Tickets: 03/28/2018 and 02/12/2018.
(c) Order for Arrest of known perpetrator, in 03/09/2018 PHYSICAL ASSAULT (Battery) of Plaintiff  (d) Order Removing Records re negligent or knowing SUSPENSION of Plaintiff's DRIVER'S LICENSE, 10/29/2019. See attached.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/10/2021 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| ALROY | D. | RICHARDS |
| First Name | Middle Initial | Last Name |
| 179 Elm Street | | |
| Street Address | | |
| Nassau, Valley Stream | NY | 11580 |
| County, City | State | Zip Code |
| 347-779-3620 | | alroyrichards7@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**FEDERAL DISTRICT COURT, Southern District**
**NEW YORK STATE**

**ALROY RICHARDS vs. 1. CITY OF NEW YORK – <u>ATTN</u>: Corporation Counsel**
**2. Mr. SCOTT STRINGER, in his Official capacity as City**
**Of New York COMPTROLLER, or Successor - <u>ATTN</u>: Corp.**
**Counsel**
**3. Police Officer Mr. J. PASTORIZA, c/o 1st Precinct**
**New York, NY**
**4. Police Officer Mr. D. SAROFF, c/o 70th Precinct**
**Brooklyn, NY**

**Civil Action No.:       20CV03348RA – KNF**

---

### ADDITIONAL FACTS

I, Alroy Richards, herein called the Plaintiff, further deposes, and say:

- that two (2) new Respondents-Defendants have been added, in submission of the Amended Complaints, and accompanying documents. These new Respondents are: **Police Officers**, Messrs **J. Pastoriza**, and **D. Saroff**, whom are still serving, in the NYPD, at the **First (1st)** and **Seventieth (70th) Precincts**, respectively. These two (2) Police Officers, via their actions, or lack thereof (no appropriate, or corrective actions), have caused the Plaintiff to "suffer", immensely. Their specific actions will be further alluded to, in separate accounts, relating to **03/09/2018** (**Physical Attack/Battery**, on the Plaintiff – not by the Police Officer), and Illegal Traffic Stop, **evidence fabrication**, **issuing of Traffic Ticket to Plaintiff**, on **10/15/2018**.

- **Both Police Officers** referred to, have been **now served with all documents**, as per Amended Complaints: Complaints, Complaints attachments (these additional sheets), **Summons**, **Civil Cover Sheet**, **Exhibits List** sheet, with each Exhibit fully explained, and properly labelled, **1-70**, and **A – F, Chronology of Events** sheet, including **dates of documents, correspondence/letters**, from Plaintiff, to NYC agencies, or from NYC agencies, to Plaintiff.

- **Cause of Action: (a) 14th AMENDMENT – Color of State (to include evidence fabrication, Equal Protection Clause, Due Process (breaches), Administrative (breaches), Property Interests Deprivations, Excessive Force, Protected Class/Protected Status, Suffering Unlawful Deprivations, Title 18 s/s 242.** Agents of New York being **held to account, by the Plaintiff, for a series of adverse actions**, relating to **Specific Performance**, or lack, seeking **Restitution**, and for **Damages (Monetary Awards).** Also, under **Federal Rule of Civil Procedure 8 (a) (2).** City of New York/agents **had all the information** at hand, had **knowledge**, **responsibility**, and the **power**, to correct the adverse actions, but did not act appropriately. Actions, or lack, were knowingly, or unknowingly.

1

Continuing, on Cause of Action… (a) *03/09/2018 Physical Attack/Battery*, on Plaintiff, by a suspect, whom is easily identifiable, easily located, and whom was pointed out, to Police Officer Mr. J. Pastoriza. (b) *03/28/2018* and *02/12/2018* **fraudulent** or **highly erroneous** alleged speeding and redlight violations, which are impossible, and non-existent. Submitted in U.S.P.S. mail, to Plaintiff, **late January 2019**. (c) *10/15/2018* **Illicit Traffic Stop**, of Plaintiff, by Police Officer Mr. D. Saroff, in Brooklyn, NY. **Evidence fabrication**, by the said Officer, after Plaintiff's many written reports, hand drawn map, photographs, and challenges, even against the **arbitrary detention**, experienced in the matter, by Plaintiff. **Exonerated** in Traffic Court **11/01/2019**.

(d) "Loss" or revocation of Plaintiff's Registration Plates, JEB 5810, by City of New York (agents), after **07/16/2019** "questionable" **towing**, by City of New York authorities. Reg. Plates not returned to date, and despite many inquiries, and letters, acknowledgement of "loss", by NYC, only emerged 07/16/2020. (e) Arbitrary **suspension of Plaintiff's Driver's License**, on 10/29/2019. This, despite evidence, and proof (of insurance), otherwise, and Plaintiff's many writings. **Restored** 08/01/2020. (f) *Attempts at Physical Attack, by adult male suspect*, on *10/04/2019*, at Stop and Shop, in Brooklyn. Suspect was clearly awaiting Plaintiff, and singled out Plaintiff, in the crowd, causing panic, for both Plaintiff, and those around. Had no issues with anyone. Matter reported by Plaintiff, to the NYPD (70th Precinct), whom did nothing, to even try and see whom suspect is, or could have been, given availability of CCTV images, again, which police chose not to view.

### 03/09/2018 Physical Attack, on Plaintiff

1. Contained in **Exhibits 25**, **28**, **30-32**, and **33-42**.
2. Done by a Manager of Plaintiff's then employer, Security Resources (manager employed by same company). Manager identifiable, still works at that company, and was pointed out, by the Plaintiff, on spot, to Police Officer Mr. J. Pastoriza.
3. related **Police Report**, **2018-001-01679**, found at Exhibit 32, involving Police Officer Mr. J. Pastoriza.
4. Police Report stated that **suspect would have been/will be prosecuted**. Also, that CCTV images, which were available, and told so, to said Police Officer, by security company.
5. **Notice of Claim** *2019PI024392*, found at **Exhibit 30**, and dated 09/09/2019.
6. NYC Comptroller's *disallowance* on *10/21/2019*, of Notice of Claim – Exhibit 25.
7. Plaintiff's letters to 1 Police Plaza, High Command, Precinct Commander, "assigned oversight supervisor" for Police, *Exhibits 34-40*. Yet, no meaningful remedies, nor solutions, from City of New York (and by extension, the NYPD).
8. **Color of State Law** applicable, as NYD exceeding their authority (rightful power), under pretexts false narrative of "lawfully acting within duties". **18 USC s/s 241/242.**
9. *Due Process* and *Administrative Process* breaches, by the NYPD, and City of New York agents, whom were adequately, and timely informed, including, but not limited to, **NYC Comptroller's Office**, and **Civilian Complaints Review Board (#2018-2618 – Exhibit 34)**.
10. *Specific Performance* criteria seemingly not met, by NYPD, Police Officer J. Pastoriza, nor

and City of New York. Mass omissions in duties, tasks, and expected outcomes, based on NYPD's own Police Report. No redress for Plaintiff, and City of New York/agents failure to respond to, and were inadequately assessed, by agents, including Police Officer Mr. J. Pastoriza.

11. Plaintiff **suffered unlawful deprivations**, in the process, such as freedom of movement, guaranteed by 4th Amendment, to be free from seizure of my person (freedom from "restraint", never ensured by the NYPD). Proper proceedings did not appeared to have been Pursued, by the NYPD, including Officer J. Pastoriza.

### 03/28/2018, 02/12/2018 Alleged Traffic Breaches

12. Did not occur, on account of Plaintiff. **Fictitious**, or **fraudulent**.

13. These two (2) direct documents, submitted by Plaintiff, as **Exhibits 17,** and listed by Plaintiff at **Exhibit 16.**

14. Claims by NYC Department of Finance, of **speeding** (**03/28/2018**), and **redlight** violations (**02/12/2018**).

15. Respective violation numbers, given by City of New York, are **075487A**, and **2449-008A**, respectively.

16. Both Traffic Tickets, were **issued** to Plaintiff, in **late January 2019**, via **U.S.P.S. mail**. **Timings** are critical, as will be further evidenced.

17. Plaintiff having been in a **Protected Class**, and having **participated in investigations, prior** (**before January 2019**), inclusive of the 03/09/2018 Battery matter (Police Officer J. Pastoriza) 10/15/2018 Illegal Traffic Stop (Police Officer D. Saroff), and subsequent reports, by Plaintiff, to Internal Affairs Bureau, Precinct Commander, and 1 Police Plaza (NYPD Headquarters).

18. Reports made by the Plaintiff, "would be where no other rational person, could consider Plaintiff's circumstances, to differ from a comparator", and "similarity in treatment, in individual circumstances", is left to the Court, to decide, whether they are sufficient enough, to exclude agents making mistakes, or omissions, in actions".

### Illegal Traffic Stop, of Plaintiff, on 10/15/2018

19. Seen at **Exhibits 1-14**.

20. Police Officer D. Saroff, is personnel in this matter. Time of day was approx. **8:25 am**, or so.

21. Police Officer Saroff was **highly angry**, without reason, was extremely **verbally abusive**, without reason, was **reaching for his gun**, in his gun holster, **as he approached Plaintiff**, whom was seated in his brown Nissan motorcar, JEB 5810. He had to be calmed down, by his female Police (working) partner, whom also told his, to relinquish speaking with Plaintiff, and to let her speak with Plaintiff, herself. Plaintiff was filled with fear, and feared for his life, whilst Police Officer D. Saroff, was "in charge" of the scenario.

22. Plaintiff was **on his way to work**, and had simply **asked the Police Officers present**, "**what were the reasons for the Traffic Stop**"?

23. Actual documents, seen at **Exhibit 14**, including: detailed **hand drawn map**, by Plaintiff, of scene, **photographs** of the scene, five (5) page **Comprehensive (written) Report**, by

Plaintiff, to Precinct Commander of 70th Precinct, Brooklyn, NY, in addition to ***Traffic Ticket #ABB1666862***, citing untrue, and malicious allegations, of **failure to yield to right turn/turn at intersection**. Definitely not true, as evidences showed. Hence, NYPD's, Police Officer D. Saroff's, and City of New York's failure to contest factual reports, by the Plaintiff.

24. ***Exhibits 10-14***, are letters from Plaintiff, to **70th Precinct Commander**, Brooklyn, Internal Affairs Bureau (NYPD, Brooklyn), and "supervisory Police Officer", tasked to oversee matter.

25. **Notice of Claim**, **#2019PI027086**, dated ***10/08/2019 – Exhibit 7***.

26. **Disallowing of Claim**, by NYC Comptroller's Office, on dated ***10/15/2019***.

27. Plaintiff's correspondence, to the Traffic Court, Brooklyn. ***Exhibits 2-3, Exhibit 9***.

28. Traffic Court's correspondence to Plaintiff, regarding Court date(s). ***Exhibit 4***, and ***Exhibit 8***.

29. **Exoneration** *of Plaintiff*, on matter, in Traffic Court, on **11/01/2019**. *Exhibit 1*.

30. It was a clear day, with plenty sunshine. Police Officer Saroff, whom was driving the marked Police truck **#4351**. Material Police truck was facing Plaintiff's JEB 5810, in **opposite directions, at the 4 way intersection**. Plaintiff was at front of line, his side being on red. Police Officer Saroff, being around steering wheel, of 4351, was second in line, awaiting green (also), on his side – ***northerly***. 4351 facing Plaintiff's motorcar.

31. Plaintiff turned left, ***heading easterly***, ***towards Coney Island***. Police truck proceeded right, also heading easterly, still from opposite side of 4 way intersection. Upon Plaintiff turning left, unimpeded, 4351 was still behind another motor vehicle, on opposite (northerly side).

32. ***Color of Law*** applicable. Intentional **fabrication of evidence**, and ***Excessive Force***, or, ***Exceeding Lawful*** *or* ***Legal Authority***.

33. **Arbitrary detention**, of Plaintiff, by Police Officer D. Saroff. ***Had Plaintiff waiting in his (Plaintiff's) motorcar, for more than fifteen (15) minutes***. Took Plaintiff's Driver's License, and Registration Certificate, and proceeded to sit in marked Police truck, 4351, behind Plaintiff's JEB 5810, for **fifteen (15) minutes**. Loss of freedom of action, by Plaintiff, whom needed to not only proceed to work, but to be of free will (to do other things, and not be at that material spot.

34. Plaintiff being in ***Protected Status***, given previous reports to the NYPD, and C.C.R.B. Participated in investigations, prior.

35. As to whether incident is isolated, is left entirely up to this honorable Court.

36. City of New York, failed to have responded to the many reports, and follow up, made by Plaintiff, in the developments.

37. Deprivation of privilege, for Plaintiff, whom was being ***restricted in freedom of movement***, whom was terrified, from Police's (incumbent Defendant's) "gun actions".

38. Adverse actions, against Plaintiff, were ***Without Probable Causes***.

39. ***Due Process*** and ***Administrative Process*** breaches.

40. ***Equal Protection Clause*** failure, both from Police Officer Saroff, and the City of New York.

### Plaintiff's Formal Protests of Traffic Tickets, & Hearing Requests, by Him

41. Plaintiff had been respectfully and intellectually ***protesting*** these reported ***Traffic Tickets***, with City of New York, as seen above. **No Hearings held**, nor was Plaintiff informed of evidence against him. **Neither** was he **afforded any opportunities to examine** any such **evidences**, if any, **nor to cross examine** any City of new York personnel (agent) - witnesses.

42. *Exhibits 19-24*, <u>letters</u>, *copies* of <u>**Traffic Tickets**</u>, and ***photographs*** of ***<u>scenes</u>***, composed by Plaintiff, letters dated <u>**01/15/2019**</u> – <u>**02/27/2019**</u>. Traffic Ticket numbers were: 871061690-1, 871505993-1, 873165132-0, 145124690-0, 8688549900-8.

43. Plaintiff, in the submissions mentioned in ...42, again questioned, in writing, the <u>03/28/2018</u> and <u>02/12/2018</u>, for *impossible*, and *non-existent* <u>speeding</u>, and <u>redlight</u> *untrue* violations.

44. *Timings*, and *sequence*, plus *type of events*, are critical.

45. *City of New York*, had appointed *Attorneys-at-Law* **Linebarger, Goggan, Sampson**, to reportedly collect Traffic Tickets sums, from the Plaintiff. *Exhibit 43*, dated *04/04/2019*. This, despite **Plaintiff presenting evidences of fraud**, to the City of new York, **requesting Hearings**, and **disagreeing with the amounts owed**. No remedies.

46. Plaintiff submitted a *comparative data set*, of <u>*actual breaches, by other motorists*</u>, in exactly same quadrant that Plaintiff would have parked his car, in Brooklyn. Include multiple violators, derelict motor vehicles, serious breaches, yet, <u>**violators**</u> were **not towed**, **nor issued with Traffic Tickets**. A sample randomly taken, by Plaintiff, based on own observations. **<u>Photos</u>** of motor vehicles, as **<u>Exhibit B</u>**, and corresponding **detailed <u>Narratives</u>**, as **<u>Exhibit A</u>**, giving **place**, **time**, **location**, **type of vehicle**, **color** (**Registration Plates** redacted in document submissions, online, but are available.

47. *Plaintiff's response*, to said City of New York Attorneys-at-Law, at *Exhibit 26*, dated *10/14/2019,* and *10/25/2019*, at *Exhibit 66*. Plaintiff constantly stayed in touch with that City of New York Attorneys Offices, especially by phone. Assistant <u>Aviana DeLao</u> of Linebarger, Goggan, and Sampson, will attest to such.

48. Linebarger, Goggan, and Sampson, letters to Plaintiff, seen at *Exhibit 43*, *Exhibit 58*, and *Exhibit 66*, dated *04/04/2019*, *02/27/2020*, and *09/25/2019*, respectively.

49. *Due Process* and *Administrative Process* breaches.

50. *Equal Protection Clause* breach.

51. Plaintiff having been in *Protected Status*, from participation in previous investigations, and extensive written complaints, to the City of New York/agents.

52. *Color of Law*. Omissions, and no effective responses, or attempts at resolution, despite City of New York having retained Counsel, as mentioned.

### "Loss" of Plaintiff's Registration Plates, by City of New York

53. Appear more like "confiscation", or "revocation", without due reasons, despite all facts, otherwise. Date is <u>**07/16/2019**</u>. "Questionable". Note timings, and events sequencing. *Device #32114*, and *Boot #Q92452*. Plaintiff's motorcar being *JEB 5810*.

54. <u>*Exhibit 16*</u>, <u>*Exhibit 18*</u>, *Exhibits 19-20*, *Exhibits 53-54*, *Exhibits 59-64*, and *Exhibits 67-70*. Seen initially (directly), at Exhibits 16 and 18.

55. Plaintiff had been respectfully and intellectually protesting these reported Traffic Tickets, with City of New York, as seen above. No Hearings held, informing Plaintiff of evidence against Plaintiff.

56. Plaintiff's plethora of correspondence, seen in the *Exhibits*.

57. <u>**Restoration**</u>, and actual admission, by City of New York, surfaced in their <u>**07/15/2020 letter, restoring Reg. Plate**</u> authorization, as <u>**being surrendered**</u>, <u>**effective 08/16/2019**</u>, almost **one (1) year prior**. Finally.

58. *Color of State.* Agents exceeding their lawful authority.
59. As to whether incident is isolated, is left to the interpretation of this honorable Court, or a pattern, of *omissions*, *inactions*, or *"mistakes"*, where the Plaintiff is concerned.
60. *Due Process* and *Administrative Process*. Extensive inquiries, and correspondence, by Plaintiff.
61. *Deprivation of property* concept, from/and *Property Interests* matter.
62. **Deprivation of Privilege**. Needed Registration Plates, to drive motorcar, to *work*, *place of business*, *personal errands*, and *recreation*.
63. **No Probable Cause**, for loss of Plaintiff's Registration Plates.
64. **Protected Status** of Plaintiff. Apparent *timing*, *sequence*, *type of event*.
65. *Diminished economic* and *social status*, *missed opportunities*, at *additional gainful employment*, with use of motorcar, *adversely increases travel time*, for Plaintiff, as unable to use motorcar, as there are **no Registration Plates**.
66. Are patterns seen, regarding Plaintiff, sufficient enough, to exclude possibilities of mistakes, or omissions, from City of New York agents, Plaintiff having reported matters formally, and have done intense, and consistent follow ups?
67. *Equal Protection Clause*. City of New York/agents are the cause of this adverse action.

## Suspension of Plaintiff's Driver's License

68. **Suspension Order** #**1910290000**, **document** #**0094072015**; *Exhibit 64*. Dated **10/29/2019**.
69. *Timing*, of adverse actions, *sequence*, and *type of adverse action*.
70. Seen at *Exhibits 51-56*, *Exhibits 59-63*.
71. City of New York/agents are the cause of this adverse action.
72. Series of correspondence, *02/2020*, from Plaintiff, again, explaining the faults, and errors, of the City of New York.
73. included plaintiff's resubmission of **Registration Certificate** #**HD865476**, and **Proof of Insurance**, which was *previously remitted* to the City of New York, by Plaintiff. Upon car being towed, Insurance on said motorcar, JEB 5810. Insurance then terminated after satisfactory proof. Motorcar still without Registration Plates, so, had to terminate the Insurance, as City of New York agents "had no idea, where the Reg. Plates were taken, or whom removed them, from JEB 580, on City of New York premises (after towed there).
74. *Exhibits 51-55*, are precise initiating Restoration documents, from the DMV. **Final Restoration**, at Plaintiff's behest, was on **08/01/2020**, **effective 11/11/2019**. *Exhibit 51*.
75. *Color of State.* Agents exceeding their lawful authority.
76. As to whether incident is isolated, is left to the interpretation of this honorable Court, or a pattern, of *omissions*, *inactions*, or *"mistakes"*, where the Plaintiff is concerned.
77. *Due Process* and *Administrative Process*. Extensive inquiries, and correspondence, by Plaintiff.
78. *Deprivation of property* concept, from/and *Property interests* matter.
79. **Deprivation of Privilege**. Needed Driver's License, to drive motorcar, to *work*, *place of business*, *personal errands*, and *recreation*.
80. **No Probable Cause**, for suspension of Plaintiff's Driver's License.
81. **Protected Status** of Plaintiff. Apparent *timing*, *sequence*, *type of event*.

82. **Diminished economic** and **social status**, **missed opportunities**, at **additional gainful employment**, with use of motorcar, **adversely increases travel time**, for Plaintiff, as unable to use motorcar, as there are **no valid Driver's License**.

83. Are patterns seen, regarding Plaintiff, sufficient enough, to exclude possibilities of mistakes, or omissions, from City of New York agents, Plaintiff having reported matters formally, and have done intense, and consistent follow ups?

84. **Equal Protection Clause**. City of New York/agents are the cause of this adverse action.

85. Plaintiff employed as a **parking attendant driver**, at a Parking Garage, in Manhattan, from **06/05/2018 – 08/2018**, duties being **parking and retrieval of customer's cars**, in a large, 4 story parking area, underground. Worked **full time**, at minimum **five (5) days per week**, at **$15.00 an hour**. Missed other opportunities, as suspension occurred 10/29/2019, to 07/29/2020 – **nine (9) months**, **without valid reasons**.

### Attempted Physical Attack, on Plaintiff

86. On **10/04/2019**, by unknown **adult male suspect**, in Brooklyn, NY. **Exhibits 43-48**, **Exhibit 49**, and **Exhibits 65-66**. **Stop and Shop** facility.

87. **Police Report** #**2019-070-006834**, dated 10/04/2019.

88. Suspect targeted Plaintiff, out of the crowd, and was observed waiting on the Plaintiff, based on suspect's subsequent actions – Plaintiff singled out. Caused panic, and fear, for Plaintiff, as well as shoppers.

89. Plaintiff has never seen suspect before, neither did he have any issues, with anyone.

90. **Over** a period of **three (3) minutes**, suspect tried attacking Plaintiff, even gesticulating to hit Plaintiff, blocking Plaintiff path, confronting Plaintiff, came within few inches of Plaintiff, Facing Plaintiff, with his chest, with **threatening physical actions**, and **intimidation**.

91. After those three (3) minutes, suspect left the facility, and attended on the **70th Precinct**, Brooklyn, to report the matter.

92. NYPD never visited scene, nor came to look at **CCTV systems**. Stop and Shop procured the images, and asked that the NYPD visit, to retrieve the **saved images** (**video**). The Police never did. Plaintiff wrote to Precinct Commander – **Exhibit 48**, dated **10/16/2019**. Nothing.

93. Plaintiff wrote Stop and Shop, **03/09/2020**, **Exhibit 44**, and had asked them to continue to save the images, even though, on day in question, Plaintiff had expressed this to them, verbally. Images saved by Stop and Shop.

94. **Notice of Claim** #**2019-PI031962**, dated **11/26/2019**. **Exhibit 47**.

### ARGUMENTS continuing

City of New York (by agents, and agencies) have refused to investigate the Plaintiff's complaints, nor to respond to the complaints, at the respective times. All along, the Plaintiff had been participating in investigations, into matters, as early as 03/2018. **Protected Status**. A pattern of individual scenarios exist, but which were reported to City authorities, across relevant spectrum. Under **Color of Law**, City of New York, and Police Officers Messrs J. Pastoriza, and D. Saroff, and other agents, have not met **Specific Performance** tasks. Hence, Plaintiff's filings, to question issues such as **evidence fabrications**, and loss of liberty

(deprivation of property), without **Due Process**, or **Administrative Process**. Included is freedom from **"restraint"**, freedom from **illegal (or arbitrary) detentions**, and Plaintiff's **liberty to go where Plaintiff wishes to go**, and to **reasonably do, what Plaintiff wants to do**. However, impediments throughout, which were caused by, or not guaranteed, by the agents, including the two (2) Police Officers, so named.

Plaintiff's question, is whether there are individual isolated incidences, or **sufficient enough, to be referred to as a pattern** (question), even if some appear unrelated, but that, City of New York Officials were cognizant, of happenings, regarding the Plaintiff. Particularly in the case of **"loss" of Registration Plates** (more than a year, and still not "recovered"), and **suspension of Plaintiff's Driver's License**. **Suffered Unlawful Deprivation of Property**, and premise of **Property Interests**. Or, risks associated with **erroneous** deprivation of such interests. At all times, **did not use facts, not being taken into account**, as per Plaintiff's reports, in earlier stages (before Court), but that agents arbitrarily make their own decisions, without regard. Therefore, Respondents' lack of actions, tend to be so significant, and **sufficient overall** (for filing of matter), **that possibility is that mistakes, on part of the Respondents, could be excluded**. Especially with records provided by Plaintiff, the **timings** of adverse actions, and **sequence**. Construed that, "no rational person (not referring to the Court) could have regarded the circumstances of the Plaintiff, to differ, from those of a comparator".

**Deprivation of Privileges**, to be enjoyed by the Plaintiff, are evident, whether by omissions, or "otherwise", seen to be **Without Probable Causes**, or plausible reasons. Essentially, the Respondents are liable for the misconduct processes, against the Plaintiff (Court to draw inference), as almost **no remedial actions** were taken, or no meaningful, or effective ones. Excepting the 03/17/2020 "supposed" Hearing (not a 50-H, as under Municipal Laws, that Statute had passed, and no reasonable approaches were made, to Plaintiff, in those regards, even before). **Exhibit C.** Almost had nothing to do with the material developments, at hand. Corrections, by Plaintiff, to Transcripts, dated **04/08/2020**, as **Exhibit D. Restorative Justice** totally absent, from the Respondents. This has now caused the Plaintiff to request Discovery, where more information will emerge. **Equal Clause Protection** appeared to have been negated, by the Respondents. **Excessive Force**, and **Exceeding Legal Authority**, by Respondents, observed throughout the developments.

Through the Court, Plaintiff asking (separate from Reliefs) for the following, from the Respondents, and via required channels (authorities in charge):

- **arrest of suspect <u>Mr. Joseph Katanga</u>** (of Security Resources), re 03/09/2018 Battery, on Plaintiff.
- **restitution for "loss" of Registration Plates**, JEB 5810, and which caused Plaintiff to not to be able to drive his own motor vehicle, for an extra ordinarily long time.
- **Mediation being sought**, from Principals (City of New York).
- **Removal** of **03/28/2018** and **02/12/2018 fraudulent Traffic Tickets**, re Plaintiff. Untrue speeding, and redlight allegations, being **075487A**, and **2449-008A**, respectively. Further **removal** of Traffic Ticket **#ABB1666862, 10/15/2018**, from the records.

8

- **City of New York to reasonably reduce the alleged amount outstanding on Traffic Tickets (interests, etc.**), based on Plaintiff's formal protests, and valiant efforts, including staying in touch with appointed City of New York Counsels.
- **Assisting in removal of Driver's License suspension**, re Plaintiff.

**RELIEFS SOUGHT**:

1. **Punitive Damages**.
2. **Compensatory Damages**.
3. **Monetary Damages**.
4. **General Monetary Damages.**
5. **Mediation.**
6. **Discovery.**

**WHEREFORE**, is praying, and is seeking General Damages, jointly, or severally, relative to the Respondents-Defendants in the **amount of two million, nine hundred thousand dollars ($2,900,000.00)**.

**Alroy Richards, Plaintiff**
**Pro-Se**
Date: 12/10/2021

TO:   Federal District Court
        Southern District, New York
        500 Pearl Street, Rm #200
        New York, NY 10007
        CITY OF NEW YORK: **ATTN** – Corporation Counsel
        Mr. SCOTT STRINGER, in a capacity of NYC Comptroller, or Successor
        **ATTN** – Corporation Counsel
        Counsel Mr. Luc C. Pierre-Louis, for both
        100 Church Street
        New York, NY 10007
        Police Officer Mr. J. PASTORIZA
        c/o New York City Police Department (NYPD), 1st Precinct
        16 Ericsson Place
        New York, NY 10013
        Police Officer Mr. D. SAROFF
        c/o New York Police Department (NYPD), 70th Precinct
         154 Lawrence Avenue
        Brooklyn, NY 11230

✓ **FEDERAL DISTRICT COURT, Southern District**
**NEW YORK STATE**

**ALROY RICHARDS vs.** 1. CITY OF NEW YORK – <u>ATTN</u>: Corporation Counsel

         2. **Mr. SCOTT STRINGER, in his Official capacity as City**

         **Of New York COMPTROLLER, or his Successor -** <u>ATTN</u>: **Corp.**

         **Counsel**

         3. **Police Officer Mr. J. PASTORIZA, c/o 1st Precinct**

         **New York, NY**

         4. **Police Officer Mr. D. SAROFF, c/o 70th Precinct**

         **Brooklyn, NY**

**Civil Action No.:   20CV03348RA - KNF**

                                        <u>**AMENDED**</u>

<u>**EXHIBITS List – Fully Explained**</u>

1. <u>**Exoneration of the Plaintiff**</u>, in Court, **Department of Motor Vehicles (D.M.V.)**, on 01/11/2019, with respect to ***Traffic Ticket #ABB1666862***, for fictitious, concocted, malicious, prejudicial actions, by the N.Y.P.D., regarding ***"illicit"***, and targeted <u>**traffic stop**</u>, on <u>**10/15/2018**</u>, in Brooklyn - 1 page.

2. Plaintiff's 10/25/20198 letter to the D.M.V. Court, for the upcoming ***<u>11/01/2019</u>*** **Court**, on ABB1666862 - 1 page.

3. <u>**Affidavit**</u> of the Plaintiff, dated <u>10/17/2019</u>, submitted to the D.M.V. (Court), ***expressing fear***, and ***retaliation***, ***profiling***, by the police (N.Y.P.D.), of the Plaintiff, regarding the 10/15/2018 illegal traffic stop - 1 page.

4. <u>**D.M.V.'s**</u> (Court's) **print out**, regarding impending 01/11/2019 Court date, for the Plaintiff, moving Court date from 09/04/2020, relative to ***10/15/2018*** <u>matter</u> (ABB1666862) - 1 page.

5. <u>**Disallowing of Claim**</u> ***#2019PI027086***, by the City of New York Comptroller's Office, in relation to 10/15/2018 matter (ABB1666862), inter alia, this correspondence dated 10/15/2019 - 1 page.

6. Acknowledgement of ***receipt of Claim*** #2019PI027086, from the Plaintiff, on 10/08/2019, again based on 10/15/2018 matter (ABB1666862), inter alia.

7. <u>**Notice of Claim**</u>, from Plaintiff, on ***10/08/2019***, to City of New York Comptroller's Office, with many Exhibits, inclusive of Exhibit list page - 14 pages.

8. **Court's** 09/23/2019, **letter**, to the Plaintiff, regarding prior unannounced rescheduling of Court date, from 10/08/2019, to 09/04/2020, alluding to the 10/15/2018 illegal traffic stop (ABB1666862) - 1 page.

9. Two (2) <u>**Affidavits**</u>, by the Plaintiff, submitted to the Court (D.M.V.), dated <u>08/26/2019</u>, and 08/14/2019, regarding expressed ***fear***, ***profiling***, and ***retaliation***, as a result of the actions of

the police (N.Y.P.D.) - 3 pages, in total.

10.**Letter** dated **02/16/2019**, by the Plaintiff, addressed to the police's (**N.Y.P.D.'s**) **Patrol Borough of Brooklyn South** (P.B.B.S.) Investigations Unit, in relation to the 10/15/2018 illicit and "targeted" traffic stop, of the Plaintiff - 1 page.

11.**Letter** dated **11/19/2018**, by the Plaintiff, sent to the **Internal Affairs Bureau** (**I.A.B.**) of the N.Y.P.D., regarding ABB1666862 (10/15/2018 matter of illegal traffic stop) - 1 page.

12.**P.B.B.S. Investigative Unit** (N.Y.P.D.) letter, dated **11/13/2018**, sent to the Plaintiff, relative to the 10/15/2018 illegal traffic stop (ABB1666862) - 1 page.

13.**Email thread**, from Plaintiff, dated 10/23/2018, addressed to the police's (**N.Y.P.D.'s**) I.A.B., asking **that C.C.T.V. images of nearby establishments, be obtained**, and analyzed (several requests made prior, by the Plaintiff), alluding to the 10/15/2018 traffic stop - 2 pages.

14.**Comprehensive Report**, from **Plaintiff**, dated 10/18/2018, attaching a 5 page report, Detailed **hand drawn map**, and **8 photographs**, all by the Plaintiff, along with a **copy of ticket #ABB1666862**, to the D.M.V., and said contents also sent to the connecting 70th police Precinct (Lawrence Avenue, Brooklyn) *Commanding Officer*, *Deputy Inspector*, **Mr. James Palumbo**, referring to the 10/15/2018 matter (ABB1666862) - 16 pages.

15.**"Stop and Frisk"** *data*, compiled by the *NYS Legal Aide Society*, indicative of premeditated, biased, and ***prejudicial actions***, towards especially blacks, and Hispanics, by the N.Y.P.D. - 1 page.

16.Some **alleged traffic breaches**, allegedly by the **Plaintiff**, giving *dates*, *places*, *times*, *citation* number, ***police Precinct***, etc., including the 10/15/2018 illicit traffic stop (ABB1666862), and concocted, untrue, wicked, malicious, and fictitious traffic citations, on 03/28/2018 (speeding - 075487A), and 02/12/2018 (red light, 2449-008A) - 2 pages.

17.**Fictitious traffic violations**, said to be by Plaintiff, concocted by the police (N.Y.P.D.), and the City of New York, by extension, on **03/28/2018** (*speeding* - 075487A), and **02/12/2018** (*red light*, 2449-008A) - 2 pages.

18.Inequittable and "unequal" **booting of Plaintiff's motor car**, JEB 5810, on **07/16/2019**, by the City's Marshals, on 21st Street, between Cortelyou and Beverley Roads, Brooklyn, N.Y., reportedly based on constantly disputed, and disputable "traffic citations", Plaintiff having previously written many correspondences. **Violation Boot #Q92452**, and **Boot Device #32114** – 1 page document.

19.*Plaintiff's 02/27/2019* report, or ***protests***, regarding ticket #868549900-8, for alleged 02/15/2019 violation, being one (1) page report, copy of incumbent ticket, and 5 photographs - 7 pages.

20.**Plaintiff's** 02/24/2019 report, or ***protests***, regarding ticket #145124690-0, for alleged 02/08/2019 citation, report being 2 pages, and copy of incumbent ticket - 3 pages.

21.02/16/2019 report, or ***protests***, by **Plaintiff**, regarding ticket #873165132-0, for alleged 02/13/2019 reported citation, report being 2 pages. Plaintiff has attached two (2) parking tickets paid for, copy of ticket cited (alleged violation), and copy of Queens Civil Court document, for attending Court there, on an unrelated matter, being Justice (Judge) Order, in that Queens Civil Court matter - 5 pages.

22.02/14/2019 report, or ***protests***, by **Plaintiff**, regarding ticket #871505993-5, report being 2 pages, copy of Traffic Ticket, along with 3 photographs - 6 pages.

23.02/14/2019 report, by the **Plaintiff**, **protesting** the traffic ticket #871061690-1, copy of

2

incumbent ticket, and <u>4 photographs</u> - 7 pages.

24.**Protests letter**, with details, dated **01/15/2019**, from Plaintiff, with a small or brief Spread Sheet, *challenging traffic citations*, and fictitious, malicious, and dangerous traffic citation, relative to non-existent 03/28/2018 speeding ("lie"), inter alia - 2 pages.

25.**Disallowing of Claim #2019PI024392**, from City of New York Comptroller's Office, dated **10/21/2019**, regarding the 03/09/2018 **Physical Assault**, Menacing, and Harassment, of the Plaintiff, by an unrelated male civilian Manager, amongst other things. Nexus is police (N.Y.P.D.) ***Report #2018-001-01679***, Civilian Complaints Review Board (C.C.R.B.) **#2018-02618**, and N.Y.P.D. <u>Freedom of Information Law</u> (F.O.I.L.) *#2019-056-00497* - 1 page.

26.**Letter** by <u>Plaintiff</u> dated <u>10/14/2019</u>, to City of New York's assigned Attorneys-at-Law, <u>Daniel L. Schneider and Company</u>, referring to scheduled <u>11/13/2019</u> **50H Hearing**, on matter of 03/09/2018, inter alia - 2 pages.

27.City Attorneys-at-Law Daniel L. Schneider and Company, dated 10/03/2019, relative to scheduled 50H Hearing, for 11/13/2019, based on Claim #2019PI024392, being in part, N.Y.P.D. Police Report #2018-001-01679 - 2 pages.

28.**Letter** dated 09/16/2019, by *Plaintiff*, to City of New York Comptroller, relative to Claim **#2019PI024392** (Police Report #2018-001-01679), with 1 related appendix - 2 pages.

29.*City of New York* Comptroller's Office's **09/12/2019** *letter*, to the Plaintiff, acknowledging receipt of Plaintiff's Claim <u>#2019PI024392</u>, which is alluding, in part, to the 03/09/2018 Physical Assault, Menacing, and Harassment, of the Plaintiff (Police Report #2018-001-01679) - 1 page.

30.**Notice of Claim**, by the Plaintiff, dated **09/09/2019**, to the City of New York Comptroller's Office, on 09/09/2019, plus *Affidavit In Support*, and Exhibit page, listing ten (10) Exhibits, for Claim #2019PI024392 (03/09/2018 incident, against the Plaintiff) - 14 pages.

31.**Letter** dated <u>09/06/2019</u> to the City of New York Comptroller's Office, referring to Police Report #2018-001-01679 - 2 pages.

32.**N.Y.P.D. Police Report** #**2018-001-01679**, slightly revised, by the police (N.Y.P.D.), now dated ***01/15/2019***, subsequent to concerns, by the Plaintiff, in series of written correspondence, and meetings, in addition to phone calls, pointing to Police report #2018-001-01679, and the **03/09/2018** *Physical Assault*, Menacing and Harassment, of the Plaintiff - 3 pages.

33.**N.Y.P.D.'s** <u>F.O.I.L.</u> request #*2019-056-0097*, dated 01/15/2019, consequent to insistence, and follow up, by the Plaintiff, relative to N.Y.P.D.'s Police Report #2018-001-01679; 03/09/2018 incident, against the Plaintiff - 1 page.

34.**Letter** dated <u>11/19/2018</u>, by the *Plaintiff*, to the N.Y.P.D.'s I.A.B., regarding Police Report #2018-001-01679, and **C.C.R.B.** *#2018-02618*, copy already being received by the police Departments, now being received, by the City of New York Comptroller's Office, on 10/01/2019 - 1 page.

35.*Plaintiff's* 06/11/2018 letter to **Mr. Terrence Monahan**, *N.Y.P.D.s Chief of Department*, with signature receipt, at 1 Police Plaza, and having also been received by **Captain Angel L. Figueroa**, *Divisional Commander* of the police's 1st Precinct. "Stamps" of acknowledgement, dated 06/11/2018, and 07/11/2018, in relation to 03/09/2018 incident, against the Plaintiff (Police Report #2018-001-01679) - 3 pages.

36.*Plaintiff's* 05/08/2018 Letter, to 1st Precinct's **Sgt. Abraham Caraballo**, re C.C.R.B.'s #2018-02618, and Police Report #2018-001-01679 - 2 pages.

37.**Email thread**, dated *05/07/2018*, between Sgt. Abraham Caraballo, and the Plaintiff, based on said 03/09/2018 incident; Report #2018-001-01679 - 2 pages.

38.**Letter** dated 04/19/2018, from the Plaintiff, to N.Y.P.D.'s Mr. Terrence Monahan, Chief of Department, 1 Police Plaza, re #2018-02618, and thus 2018-001-01679 - 2 pages.

39.**C.C.R.B.'s** 04/05/2018 letter, to the Plaintiff, signalling *end of their investigations*, into Plaintiff's reports, surrounding #2018-02618, and the 03/09/2018 matter - 1 page.

40.*Plaintiff's* 03/24/2018 *letter*, addressed to the *Commanding Officer*, of the *1st Precinct*, at 16 Ericsson Place, Manhattan, regarding the 03/09/2018 initiating matter, as per reports, and investigations - 2 pages.

41.Initial N.Y.P.D. Police Report #2018-001-01679, three (3) pages, with "heavy" redaction, by the police, with respect to the 03/09/2018, Physical Assault, Menacing, and Harassment, of the Plaintiff, by a civilian Manager, of Plaintiff's (former) Employer, on 03/09/2018 - 3 pages.

42.**Termination Letter**, issued to Plaintiff, by Security Resources, connecting Employer (then), blaming Plaintiff, in no uncertain terms, and condemning Plaintiff, regarding the 03/09/2018 Physical Assault, Menacing and Harassment, of the Plaintiff, by one of their male Managers, Mr. Joseph Katanga - 1 page.

43.**Letter** dated 04/04/2020, by **City of New York's Attorneys-at-Law**, Daniel L. Schneider and Company, relative to Transcripts from a 03/17/2020 50H Hearing, for Plaintiff's Notice of Claim, **2019PI031962**. Matter relates to a **10/04/2019** situation, where an *"unknown male", confronted, and attempted to attack the Plaintiff, at Stop and Shop, East Flatbush*, Brooklyn, caught on C.C.T.V. Plaintiff reported the matter, and *Police Report* **#2019-070-006834** was later issued to the Plaintiff. Despite Plaintiff's reports, visits, and telephone calls, on the scenario, the N.Y.P.D. have failed to act, to date - 1 page.

44.**Letter** dated **03/09/2020**, by the Plaintiff, to Stop and Shop, inquiring about the *status of The C.C.T.V. images*, and whether the police attended on the location, to view the images, or to download the images - 1 page.

45.*Plaintiff's* Claim **#2019PI031962**, dated *12/03/2019*, with 1 Appendix, relative to attempted Physical Attack, on the Plaintiff, on 10/04/2019, or N.Y.P.D. Report #2019-070-006834 - 2 pages.

46.*NYC Comptroller's Letter* to the Plaintiff, dated 11/29/2019, acknowledging *receipt of Claim* #2019PI031962, from the Plaintiff - 1 page.

47.Notice of Claim #2019PI031962, front cover, with receipt stamp, by the City of New York Comptroller's Office, matter being received on 11/26/2019, regarding the 10/04/2019 matter, of deliberate "targeting" of Plaintiff, by unknown adult male suspect - 1 page.

48.**Letter** from *Plaintiff*, dated **10/16/2019**, addressed to *N.Y.P.D.'s 70th Precinct Commanding Officer*, Deputy Inspector *Mr. David Wall*, with "acknowledgement" of receipt of the letter, regarding Police Report #2019-070-006834.

49.*N.Y.P.D.'s Police Report* **#2019-070-006834**, with respect to the 10/04/2019 attempted attack, on the Plaintiff, in Brooklyn, at Stop and Shop.

50.*NYC Department of Finance's* (copy) *"Check Refund"*, to the Plaintiff, in the amount of $60.00, dated 12/22/2018, for "unknown over payment", by the Plaintiff, in referring to payments on alleged outstanding traffic tickets, partially made by the Plaintiff, prior. No further specifications, on matter, was made by the City, despite Plaintiff's follow up, and inquiries - 1 page.

51.**D.M.V.'s** (NYS) ***Restoration Notice***, regarding **Plaintiff's** ***Driver's License privileges***, being restored, on **08/01/2020**, reportedly **effective 11/11/2019** (one year earlier). Notation seen, on document, of Insurance Cancellation, by Plaintiff, on 08/14/2019 – 1 page.

52. D.M.V.'s (NYS) **Provisional Temporary Driver's License** (driving) **Privilege Restoration**, on ***07/29/2020***, **effective 10/11/2019** i.e. alleged suspension was to begin on 10/11/2019 – 1 page.

53.**Department of Finance's** (NYC) or NYC's Sheriff Office's ***07/15/2020*** initiating **document**, regarding Plaintiff's Driver's License Restoration (driving privileges), ***effective 08/16/2019***, which is one (1) year prior. Document to be take to the DMV – 1 page.

54.**Emails threads** between the D.M.V. (NYS), between 07/29/2020 - 07/30/2020, about several things, such as: fact that **Plaintiff's Driver's License suspension, should possibly be rescinded**, in a few days, based on inquiries, writings, and insistence, from the Plaintiff, appointment with D.M.V., for visit to that Office, initiated by the Plaintiff, and Plaintiff's **initial queries**, to the D.M.V., in writing, regarding **vehicle being impounded**, on 07/17/2019, plus, **non-return of Plaintiff's Registration Plates**, thereafter – 5 pages.

55.**Email** from **Plaintiff**, on **07/15/2020**, to ***Parking Enforcement*** (**D.o.F.**, NYC), still inquiring about the developments, and referring to Plaintiff's email on 06/19/2020, which remain unanswered, by Parking Enforcement – 1 page.

56.**Email** from **Plaintiff**, on 06/19/2020, to ***Parking Enforcement*** (**D.o.F.**, NYC), inquiring about the developments, and referring to Plaintiff's previous inquiries, and follow up, which remain unanswered, by Parking Enforcement (City of New York) – 1 page.

57.Plaintiff's 05/21/2020 email to City of New York's assigned Attorneys-at-Law, ***Linebarger, Goggan, Blair, and Sampson***, briefly explaining developments, and need for any **potential** collections claims, for (some) **unpaid outstanding violations**, relative to the Plaintiff, to cease. Plaintiff also pointed out case **#20CV03348-RA**. Matter having been filed, in Federal District Court, on 04/29/2020, due in part, to these police excesses, other abuses, and untruths, plus discriminations, and those overall, from City of New York – 1 page.

58. City of New York's assigned Attorneys-at-Law, Linebarger, Goggan, Blair, and Sampson ***letter to Plaintiff***, dated 02/27/2020, regarding ***alleged unpaid, outstanding traffic violations***.

59. **D.M.V.'s** (NYS) ***Notice, or Instructions***, or perception, dated **02/17/2020**, to the Plaintiff, giving supposed details, as to how the Plaintiff, can recover his Registration Plates, also restoring driving privileges. Based on Plaintiff's February 2020 letters, etc – 1 page.

60. **D.M.V.'s** (NYS) ***Notice, or Instructions***, or perception, dated **02/17/2020**, to the Plaintiff, giving supposed details, as to how the Plaintiff, can recover his Registration Plates, also restoring driving privileges. Based on Plaintiff's February 2020 letters, etc – 1 page.

61.Copy of **original Registration Certificate #HD865476**, for *Plaintiff's* material *motorcar*. Plaintiff, acting on instructions, **submitted** original, **to the D.M.V.** with ***February 11, 2020*** letter -1 page.

62. Plaintiff's **02/11/2020** *letter to* the **D.M.V.** (NYS), as follow up, again, making the necessary inquiries, in the developments, and reiterating the salient points, and concerns. Original Registration Certificate #HD865476, for Plaintiff's material motorcar, submitted, by the Plaintiff, to the D.M.V., acting on instructions – 1 page.

63. *Plaintiff's* **02/06/2020** *letter to* the **D.M.V.** (NYS), as follow up, again, making the necessary inquiries, in the developments, and reiterating the salient points, and concerns - 2 pages.

64. **Suspension Order**, dated **10/29/2019**, *from* the *D.M.V.* (NYS), to the Plaintiff, of the *Plaintiff's* **Driver's License** – 1 page.

65. *City of New York's assigned Attorneys-at-Law*, **Linebarger, Goggan, Blair, and Sampson** *letter* to Plaintiff, dated **09/11/2019**, regarding alleged unpaid, outstanding traffic violations.

66. *Plaintiff's* **09/25/2019** *letter* to City of New York's assigned Attorneys-at-Law, Linebarger, Goggan, Blair, and Sampson, addressing matter of **Outstanding Traffic Tickets**, explaining the *disparities*, and *malicious approaches*, against the Plaintiff, and that Plaintiff, by all accounts, have been trying to pursue, and resolve matter, by contacting all the necessary City of New York agencies: D.o.F., N.Y.P.D., Brooklyn Navy Yard, NYC Comptroller's Office, etc. **A Spread Sheet of supposed violations**, which was sent to the Plaintiff, by City's said Attorneys, also attached, by the Plaintiff – 2 + 1 pages.

67. **DMV's** (NYS) *05/21/2021 letter* to Plaintiff, re written **Refund request**, by Plaintiff, on 07/17/2021 towing of his motor vehicle JEB 5810, on 07/17/2019, and subsequent Registration Plates *"surrender"*, or *loss*, of said, by City of New York, effective 08/16/2019, or so – 1 page.

68. **Plaintiff's** *05/31/2021* precise **letter**, well detailed, to the D.M.V. (NYS), regarding his ongoing request, for a Refund, based on 07/17/2021 towing of his motor vehicle JEB 5810, on 07/17/2019, and subsequent Registration Plates *"surrender"*, or *loss*, of said, by City of New York, effective 08/16/2019, or so – 2 pages.

69. **Plaintiff's** duly completed, and signed **Refund request** form, dated *06/23/2021*, to the D.M.V. (NYS), in relation to 07/17/2021 towing of his motor vehicle JEB 5810, on 07/17/2019, and subsequent Registration Plates *"surrender"*, or *loss*, of said, by City of New York, effective 08/16/2019, or so – 1 page.

70. **D.M.V.'s** *State Comptroller's* **$64.00** **Refund check**, to Plaintiff, dated *07/16/2021*, based on towing of his motor vehicle JEB 5810, on 07/17/2019, and subsequent Registration Plates *"surrender"*, or *loss*, of said, by City of New York, effective 08/16/2019, or so – 1 page.

- City of New York's (Department of Finance's) 07/15/2020 corrective, authorized letter (document), to Plaintiff, resolving issue of towing of motor vehicle 07/16/2019, and said correction, by all means, being effective 08/16/2021 – **EXH. 53**. City of New York having lost Plaintiff's Registration Plates JEB 5810, still not returned to Plaintiff, to date.

A. *Traffic Violations*, by *other Motorists*, *in violation*, as reported by Plaintiff, a comparative analyses. Sample of: dates, times, locations, Registration Plates (redacted, but available). Seemingly, NO TICKETS issued to these violators, neither were any towing of any unauthorized, or derelict motor vehicles, which were in violation – 10 pages.

B. Related **photographs**, of **each motor vehicle**, as specifically mentioned, at EXH. A. – 44 pages.

C. *Transcripts*, regarding *50-H Hearing*, held on 03/16/2020, by City of New York's Attorneys-at-Law, assigned to case – Linebarger, Goggan, Blair, and Sampson. Nature of event, in view of Plaintiff, had no bearing on the merits of matters, as reported by the Plaintiff – 59 pages.

D. *Corrections*, by Plaintiff, to Minutes of supposed Transcripts, re 03/16/2020, above – 14 pages.

E. Examples of **Police "Excesses"** in other states (United States) – 2 pages.

F̲. Examples of **Police "Excesses"**, *City of New York* (*N.Y.P.D.*), which include single, as well as multiple "victims" – 6 pages.

Prepared by:   Alroy Richards
Date:               Dec. 10., 2021

FEDERAL DISTRICT COURT, Southern District

NEW YORK STATE

ALROY RICHARDS vs. 1. CITY OF NEW YORK – <u>ATTN</u>: Corporation Counsel
                2. Mr. SCOTT STRINGER, in his Official capacity as City
                   Of New York COMPTROLLER, or Successor - <u>ATTN</u>: Corp.
                   Counsel
                3. Police Officer Mr. J. PASTORIZA, c/o 1st Precinct
                   New York, NY
                4. Police Officer Mr. D. SAROFF, c/o 70th Precinct
                   Brooklyn, NY

Civil Action No.:     20CV03348RA – KNF

<u>CORRESPONDENCE/DOCUMENT</u> By PLAINTIFF, and CITY OF NEW YORK, or agents

<u>N.Y.P.D.</u>:

*Plaintiff sent*: 02/16/2019 – EXH. 10, 11/19/2018 - EXH. 11, 10/23/2018 – EXH. 13, 10/18/2018 – EXH. 14, 11/19/2018 – EXH. 34, 06/11/2018 – EXH. 35, 04/19/2018 – EXH. 38, 03/24/2018 – EXH. 40, 10/16/2019 – EXH. 48.
*Their responses*: 11/13/2018 – EXH. 12, 01/15/2019 – EXH. 33, 05/07/2018 – EXH. 37, 04/28/2018 – EXH. 37.
<u>*N.Y.P.D. Police Reports*</u>: 03/09/2018 – EXH. 32, 03/19/2018 – EXH. 41 (revised), 10/04/2019 – EXH. 49.

N.Y.C. Comptroller:

*Plaintiff sent*: 10/18/2019 – EXH. 7, 10/14/2019 – EXH. 26 (via their Attorneys, assigned to case), 09/16/2019 – EXH. 28 (list of some calls made to N.Y.P.D. – *dates*, *times, whom spoken to*), 09/09/2019 – EXH. 30, 09/06/2019 – EXH. 31, 12/01/2019 – EXH. 45, 05/21/2019 – EXH. 57 (via their Attorneys, assigned to case), 10/25/2019 – EXH. 66 - (via their Attorneys, assigned to case).
*Their responses*: 09/11/2019 – EXH. 65 (via their Attorneys, assigned to case), 10/15/2019 – EXH. 5, 10/09/2019 – EXH. 6, 10/21/2019 – EXH. 25, 10/03/2019 – EXH. 27, 09/12/2019 – EXH. 29, 04/04/2019 – EXH. 43 (via their Attorneys, assigned to case), 11/29/2019 – EXH. 46, 02/27/2020 – EXH. 58 (via their Attorneys, assigned to case).

*Dept. of Finance*, *NYC*:

*Plaintiff sent*: 02/27/2019 – EXH. 19, 02/24/2019 – EXH. 21, 02/16/2019 – EXH. 21, 02/14/2019 – EXH. 22, 02/14/2019 – EXH. 23, 01/19/2019 – EXH. 24, 07/15/2020 – EXH. 55, 06/19/2020 – EXH. 56.
*Their responses*: 12/22/2018 – EXH. 50, 07/15/2020 – EXH. 53.

Also, letters to Plaintiff, re untrue (proven) ***Speeding*** and ***Red Light*** violations, for 03/28/2018, and 02/12/2018 – EXH. 17. Received in U.S.P.S. mail, about January 2019, or so. **Note**: Plaintiff did not own, drive, neither driven otherwise, nor Registered any personal motor vehicles, at those times stated (month, year). **Bought JEB 5810, on 09/22/2018**.

### C.C.R.B.

*Plaintiff sent*: 05/08/2018 - EXH. 36. *Their response*, at 04/05/2018 - EXH 39.

By:     Alroy Richards
        Plaintiff
Date:   Dec. 10, 2021

**FEDERAL DISTRICT COURT, Southern District**
**NEW YORK STATE**

**ALROY RICHARDS vs. 1.** CITY OF NEW YORK – <u>ATTN</u>: Corporation Counsel

**2. Mr. SCOTT STRINGER, in his Official capacity as City**
**Of New York COMPTROLLER, or his Successor - <u>ATTN</u>: Corp.**
**Counsel**

**3. Police Officer Mr. J. PASTORIZA, c/o 1st Precinct**
**New York, NY**

**4. Police Officer Mr. D. SAROFF, c/o 70th Precinct**
**Brooklyn, NY**

**Civil Action No.:   20CV03348RA - KNF**

<u>AMENDED</u>

<u>EXHIBITS List</u> – <u>Fully Explained</u>

1. <u>**Exoneration of the Plaintiff**</u>, in Court, **Department of Motor Vehicles (D.M.V.),** on 01/11/2019, with respect to ***Traffic Ticket #ABB1666862***, for fictitious, concocted, malicious, prejudicial actions, by the N.Y.P.D., regarding ***"illicit"***, and targeted **traffic stop**, on **10/15/2018**, in Brooklyn - 1 page.

2. Plaintiff's 10/25/20198 letter to the D.M.V. Court, for the upcoming ***11/01/2019*** **Court**, on ABB1666862 - 1 page.

3. **Affidavit** of the Plaintiff, dated <u>10/17/2019</u>, submitted to the D.M.V. (Court), ***expressing fear***, and ***retaliation***, ***profiling***, by the police (N.Y.P.D.), of the Plaintiff, regarding the 10/15/2018 illegal traffic stop - 1 page.

4. **D.M.V.'s** (Court's) **print out**, regarding impending 01/11/2019 Court date, for the Plaintiff, moving Court date from 09/04/2020, relative to ***10/15/2018*** <u>matter</u> (ABB1666862) - 1 page.

5. <u>**Disallowing of Claim**</u> ***#2019PI027086***, by the City of New York Comptroller's Office, in relation to 10/15/2018 matter (ABB1666862), inter alia, this correspondence dated 10/15/2019 - 1 page.

6. Acknowledgement of ***receipt of Claim*** #2019PI027086, from the Plaintiff, on 10/08/2019, again based on 10/15/2018 matter (ABB1666862), inter alia.

7. <u>**Notice of Claim**</u>, from Plaintiff, on ***10/08/2019***, to City of New York Comptroller's Office, with many Exhibits, inclusive of Exhibit list page - 14 pages.

8. **Court's** 09/23/2019, **letter**, to the Plaintiff, regarding prior unannounced rescheduling of Court date, from 10/08/2019, to 09/04/2020, alluding to the 10/15/2018 illegal traffic stop (ABB1666862) - 1 page.

9. Two (2) <u>**Affidavits**</u>, by the Plaintiff, submitted to the Court (D.M.V.), dated <u>08/26/2019</u>, and 08/14/2019, regarding expressed ***fear***, ***profiling***, and ***retaliation***, as a result of the actions of

1

the police (N.Y.P.D.) - 3 pages, in total.

10. *Letter* dated **02/16/2019**, by the Plaintiff, addressed to the police's (**N.Y.P.D.'s**) **Patrol Borough of Brooklyn South** (P.B.B.S.) Investigations Unit, in relation to the 10/15/2018 illicit and "targeted" traffic stop, of the Plaintiff - 1 page.

11. **Letter** dated **11/19/2018**, by the Plaintiff, sent to the ***Internal Affairs Bureau*** (***I.A.B.***) of the N.Y.P.D., regarding ABB1666862 (10/15/2018 matter of illegal traffic stop) - 1 page.

12. *P.B.B.S. Investigative Unit* (N.Y.P.D.) letter, dated **11/13/2018**, sent to the Plaintiff, relative to the 10/15/2018 illegal traffic stop (ABB1666862) - 1 page.

13. **Email thread**, from Plaintiff, dated 10/23/2018, addressed to the police's (***N.Y.P.D.'s***) I.A.B., asking **that C.C.T.V. images of nearby establishments, be obtained**, and analyzed (several requests made prior, by the Plaintiff), alluding to the 10/15/2018 traffic stop - 2 pages.

14. **Comprehensive Report**, from **Plaintiff**, dated 10/18/2018, attaching a 5 page report, Detailed **hand drawn map**, and **8 photographs**, all by the Plaintiff, along with a **copy of ticket #ABB1666862**, to the D.M.V., and said contents also sent to the connecting 70th police Precinct (Lawrence Avenue, Brooklyn) *Commanding Officer*, *Deputy Inspector*, **Mr. James Palumbo**, referring to the 10/15/2018 matter (ABB1666862) - 16 pages.

15. **"Stop and Frisk"** *data*, compiled by the *NYS Legal Aide Society*, indicative of premeditated, biased, and ***prejudicial actions***, towards especially blacks, and Hispanics, by the N.Y.P.D. - 1 page.

16. Some **alleged traffic breaches**, allegedly by the ***Plaintiff***, giving ***dates***, ***places***, ***times***, ***citation*** number, ***police Precinct***, etc., including the 10/15/2018 illicit traffic stop (ABB1666862), and concocted, untrue, wicked, malicious, and fictitious traffic citations, on 03/28/2018 (speeding - 075487A), and 02/12/2018 (red light, 2449-008A) - 2 pages.

17. **Fictitious traffic violations**, said to be by Plaintiff, concocted by the police (N.Y.P.D.), and the City of New York, by extension, on **03/28/2018** (*speeding* - 075487A), and **02/12/2018** (*red light*, 2449-008A) - 2 pages.

18. Inequittable and "unequal" **booting of Plaintiff's motor car**, JEB 5810, on **07/16/2019**, by the City's Marshals, on 21st Street, between Cortelyou and Beverley Roads, Brooklyn, N.Y., reportedly based on constantly disputed, and disputable "traffic citations", Plaintiff having previously written many correspondences. ***Violation Boot #Q92452***, and *Boot Device* **#32114** – 1 page document.

19. ***Plaintiff's 02/27/2019*** report, or ***protests***, regarding ticket #868549900-8, for alleged 02/15/2019 violation, being one (1) page report, copy of incumbent ticket, and 5 photographs - 7 pages.

20. ***Plaintiff's*** 02/24/2019 report, or ***protests***, regarding ticket #145124690-0, for alleged 02/08/2019 citation, report being 2 pages, and copy of incumbent ticket - 3 pages.

21. 02/16/2019 report, or ***protests***, by ***Plaintiff***, regarding ticket #873165132-0, for alleged 02/13/2019 reported citation, report being 2 pages. Plaintiff has attached two (2) parking tickets paid for, copy of ticket cited (alleged violation), and copy of Queens Civil Court document, for attending Court there, on an unrelated matter, being Justice (Judge) Order, in that Queens Civil Court matter - 5 pages.

22. 02/14/2019 report, or ***protests***, by ***Plaintiff***, regarding ticket #871505993-5, report being 2 pages, copy of Traffic Ticket, along with 3 photographs - 6 pages.

23. 02/14/2019 report, by the ***Plaintiff***, ***protesting*** the traffic ticket #871061690-1, copy of

incumbent ticket, and 4 photographs - 7 pages.

24.**Protests letter**, with details, dated **01/15/2019**, from Plaintiff, with a small or brief Spread Sheet, *challenging traffic citations*, and fictitious, malicious, and dangerous traffic citation, relative to non-existent 03/28/2018 speeding ("lie"), inter alia - 2 pages.

25.**Disallowing of Claim #2019PI024392**, from City of New York Comptroller's Office, dated **10/21/2019**, regarding the 03/09/2018 **Physical Assault**, Menacing, and Harassment, of the Plaintiff, by an unrelated male civilian Manager, amongst other things. Nexus is police (N.Y.P.D.) *Report #2018-001-01679*, Civilian Complaints Review Board (C.C.R.B.) **#2018-02618**, and N.Y.P.D. Freedom of Information Law (F.O.I.L.) *#2019-056-00497* - 1 page.

26.**Letter** by Plaintiff dated 10/14/2019, to City of New York's assigned Attorneys-at-Law, Daniel L. Schneider and Company, referring to scheduled 11/13/2019 **50H Hearing**, on matter of 03/09/2018, inter alia - 2 pages.

27.City Attorneys-at-Law Daniel L. Schneider and Company, dated 10/03/2019, relative to scheduled 50H Hearing, for 11/13/2019, based on Claim #2019PI024392, being in part, N.Y.P.D. Police Report #2018-001-01679 - 2 pages.

28.**Letter** dated 09/16/2019, by *Plaintiff*, to City of New York Comptroller, relative to Claim **#2019PI024392** (Police Report #2018-001-01679), with 1 related appendix - 2 pages.

29.*City of New York* Comptroller's Office's **09/12/2019** *letter*, to the Plaintiff, acknowledging receipt of Plaintiff's Claim #2019PI024392, which is alluding, in part, to the 03/09/2018 Physical Assault, Menacing, and Harassment, of the Plaintiff (Police Report #2018-001-01679) - 1 page.

30.**Notice of Claim**, by the Plaintiff, dated **09/09/2019**, to the City of New York Comptroller's Office, on 09/09/2019, plus *Affidavit In Support*, and Exhibit page, listing ten (10) Exhibits, for Claim #2019PI024392 (03/09/2018 incident, against the Plaintiff) - 14 pages.

31.**Letter** dated 09/06/2019 to the City of New York Comptroller's Office, referring to Police Report #2018-001-01679 - 2 pages.

32.**N.Y.P.D. Police Report** #**2018-001-01679**, slightly revised, by the police (N.Y.P.D.), now dated **01/15/2019**, subsequent to concerns, by the Plaintiff, in series of written correspondence, and meetings, in addition to phone calls, pointing to Police report #2018-001-01679, and the **03/09/2018** *Physical Assault*, Menacing and Harassment, of the Plaintiff - 3 pages.

33.**N.Y.P.D.'s** F.O.I.L. request #*2019-056-0097*, dated 01/15/2019, consequent to insistence, and follow up, by the Plaintiff, relative to N.Y.P.D.'s Police Report #2018-001-01679; 03/09/2018 incident, against the Plaintiff - 1 page.

34.**Letter** dated 11/19/2018, by the *Plaintiff*, to the N.Y.P.D.'s I.A.B., regarding Police Report #2018-001-01679, and **C.C.R.B.** *#2018-02618*, copy already being received by the police Departments, now being received, by the City of New York Comptroller's Office, on 10/01/2019 - 1 page.

35.*Plaintiff's* 06/11/2018 letter to **Mr. Terrence Monahan**, *N.Y.P.D.s Chief of Department*, with signature receipt, at 1 Police Plaza, and having also been received by **Captain Angel L. Figueroa**, *Divisional Commander* of the police's 1st Precinct. "Stamps" of acknowledgement, dated 06/11/2018, and 07/11/2018, in relation to 03/09/2018 incident, against the Plaintiff (Police Report #2018-001-01679) - 3 pages.

36.*Plaintiff's* 05/08/2018 Letter, to 1st Precinct's **Sgt. Abraham Caraballo**, re C.C.R.B.'s #2018-02618, and Police Report #2018-001-01679 - 2 pages.

37.**Email thread**, dated *05/07/2018*, between Sgt. Abraham Caraballo, and the Plaintiff, based on said 03/09/2018 incident; Report #2018-001-01679 - 2 pages.

38.**Letter** dated 04/19/2018, from the Plaintiff, to N.Y.P.D.'s Mr. Terrence Monahan, Chief of Department, 1 Police Plaza, re #2018-02618, and thus 2018-001-01679 - 2 pages.

39.**C.C.R.B.'s** 04/05/2018 letter, to the Plaintiff, signalling *end of their investigations*, into Plaintiff's reports, surrounding #2018-02618, and the 03/09/2018 matter - 1 page.

40.*Plaintiff's* 03/24/2018 *letter*, addressed to the *Commanding Officer*, of the *1st Precinct*, at 16 Ericsson Place, Manhattan, regarding the 03/09/2018 initiating matter, as per reports, and investigations - 2 pages.

41.Initial N.Y.P.D. Police Report #2018-001-01679, three (3) pages, with "heavy" redaction, by the police, with respect to the 03/09/2018, Physical Assault, Menacing, and Harassment, of the Plaintiff, by a civilian Manager, of Plaintiff's (former) Employer, on 03/09/2018 - 3 pages.

42.**Termination Letter**, issued to Plaintiff, by Security Resources, connecting Employer (then), blaming Plaintiff, in no uncertain terms, and condemning Plaintiff, regarding the 03/09/2018 Physical Assault, Menacing and Harassment, of the Plaintiff, by one of their male Managers, Mr. Joseph Katanga - 1 page.

43.**Letter** dated 04/04/2020, by **City of New York's Attorneys-at-Law**, Daniel L. Schneider and Company, relative to Transcripts from a 03/17/2020 50H Hearing, for Plaintiff's Notice of Claim, **2019PI031962**. Matter relates to a **10/04/2019** situation, where an *"unknown male", confronted, and attempted to attack the Plaintiff, at Stop and Shop, East Flatbush*, Brooklyn, caught on C.C.T.V. Plaintiff reported the matter, and *Police Report* **#2019-070-006834** was later issued to the Plaintiff. Despite Plaintiff's reports, visits, and telephone calls, on the scenario, the N.Y.P.D. have failed to act, to date - 1 page.

44.**Letter** dated **03/09/2020**, by the Plaintiff, to Stop and Shop, inquiring about the *status of The C.C.T.V. images*, and whether the police attended on the location, to view the images, or to download the images - 1 page.

45.*Plaintiff's* Claim **#2019PI031962**, dated *12/03/2019*, with 1 Appendix, relative to attempted Physical Attack, on the Plaintiff, on 10/04/2019, or N.Y.P.D. Report #2019-070-006834 - 2 pages.

46.*NYC Comptroller's Letter* to the Plaintiff, dated 11/29/2019, acknowledging *receipt of Claim* #2019PI031962, from the Plaintiff - 1 page.

47.Notice of Claim #2019PI031962, front cover, with receipt stamp, by the City of New York Comptroller's Office, matter being received on 11/26/2019, regarding the 10/04/2019 matter, of deliberate "targeting" of Plaintiff, by unknown adult male suspect - 1 page.

48.**Letter** from *Plaintiff*, dated **10/16/2019**, addressed to *N.Y.P.D.'s 70th Precinct Commanding Officer*, Deputy Inspector *Mr. David Wall*, with "acknowledgement" of receipt of the letter, regarding Police Report #2019-070-006834.

49.*N.Y.P.D.'s Police Report* **#2019-070-006834**, with respect to the 10/04/2019 attempted attack, on the Plaintiff, in Brooklyn, at Stop and Shop.

50.*NYC Department of Finance's* (copy) *"Check Refund"*, to the Plaintiff, in the amount of $60.00, dated 12/22/2018, for "unknown over payment", by the Plaintiff, in referring to payments on alleged outstanding traffic tickets, partially made by the Plaintiff, prior. No further specifications, on matter, was made by the City, despite Plaintiff's follow up, and inquiries - 1 page.

51.**D.M.V.'s** (NYS) ***Restoration Notice***, regarding **Plaintiff's** ***Driver's License privileges***, being restored, on **08/01/2020**, reportedly **effective 11/11/2019** (one year earlier). Notation seen, on document, of Insurance Cancellation, by Plaintiff, on 08/14/2019 – 1 page.

52. D.M.V.'s (NYS) **Provisional Temporary Driver's License** (driving) **Privilege Restoration**, on ***07/29/2020***, **effective 10/11/2019** i.e. alleged suspension was to begin on 10/11/2019 – 1 page.

53.**Department of Finance's** (NYC) or NYC's Sheriff Office's ***07/15/2020*** initiating **document**, regarding Plaintiff's Driver's License Restoration (driving privileges), ***effective 08/16/2019***, which is one (1) year prior. Document to be take to the DMV – 1 page.

54.**Emails threads** between the D.M.V. (NYS), between 07/29/2020 - 07/30/2020, about several things, such as: fact that **Plaintiff's Driver's License suspension, should possibly be rescinded**, in a few days, based on inquiries, writings, and insistence, from the Plaintiff, appointment with D.M.V., for visit to that Office, initiated by the Plaintiff, and Plaintiff's **initial queries**, to the D.M.V., in writing, regarding **vehicle being impounded**, on 07/17/2019, plus, **non-return of Plaintiff's Registration Plates**, thereafter – 5 pages.

55.**Email from Plaintiff**, on **07/15/2020**, to ***Parking Enforcement*** (**D.o.F.**, NYC), still inquiring about the developments, and referring to Plaintiff's email on 06/19/2020, which remain unanswered, by Parking Enforcement – 1 page.

56.**Email from Plaintiff**, on 06/19/2020, to ***Parking Enforcement*** (**D.o.F.**, NYC), inquiring about the developments, and referring to Plaintiff's previous inquiries, and follow up, which remain unanswered, by Parking Enforcement (City of New York) – 1 page.

57.Plaintiff's 05/21/2020 email to City of New York's assigned Attorneys-at-Law, ***Linebarger, Goggan, Blair, and Sampson***, briefly explaining developments, and need for any **potential** collections claims, for (some) **unpaid outstanding violations**, relative to the Plaintiff, to cease. Plaintiff also pointed out case **#20CV03348-RA**. Matter having been filed, in Federal District Court, on 04/29/2020, due in part, to these police excesses, other abuses, and untruths, plus discriminations, and those overall, from City of New York – 1 page.

58. City of New York's assigned Attorneys-at-Law, Linebarger, Goggan, Blair, and Sampson ***letter to Plaintiff***, dated 02/27/2020, regarding ***alleged unpaid, outstanding traffic violations***.

59. **D.M.V.'s** (NYS) ***Notice, or Instructions***, or perception, dated **02/17/2020**, to the Plaintiff, giving supposed details, as to how the Plaintiff, can recover his Registration Plates, also restoring driving privileges. Based on Plaintiff's February 2020 letters, etc – 1 page.

60. **D.M.V.'s** (NYS) ***Notice, or Instructions***, or perception, dated **02/17/2020**, to the Plaintiff, giving supposed details, as to how the Plaintiff, can recover his Registration Plates, also restoring driving privileges. Based on Plaintiff's February 2020 letters – 1 page.

61.Copy of **original Registration Certificate #HD865476**, for ***Plaintiff's*** material ***motorcar***. Plaintiff, acting on instructions, **submitted** original, **to the D.M.V.** with ***February 11, 2020*** letter -1 page.

62. Plaintiff's **02/11/2020** ***letter to*** the **D.M.V.** (NYS), as follow up, again, making the necessary inquiries, in the developments, and reiterating the salient points, and concerns. Original Registration Certificate #HD865476, for Plaintiff's material motorcar, submitted, by the Plaintiff, to the D.M.V., acting on instructions – 1 page.

63. ***Plaintiff's*** **02/06/2020** ***letter to*** the ***D.M.V.*** (NYS), as follow up, again, making the underlined necessary inquiries, in the developments, and reiterating the salient points, and concerns - 2 pages.

5

64. **Suspension Order**, dated **10/29/2019**, *from* the *D.M.V.* (NYS), to the Plaintiff, of the *Plaintiff's* **Driver's License** – 1 page.

65. *City of New York's assigned Attorneys-at-Law*, **Lineberger, Goggan, Blair, and Sampson** *letter* to Plaintiff, dated **09/11/2019**, regarding alleged unpaid, outstanding traffic violations.

66. *Plaintiff's* **09/25/2019** *letter* to City of New York's assigned Attorneys-at-Law, Lineberger, Goggan, Blair, and Sampson, addressing matter of **Outstanding Traffic Tickets**, explaining the *disparities*, and *malicious approaches*, against the Plaintiff, and that Plaintiff, by all accounts, have been trying to pursue, and resolve matter, by contacting all the necessary City of New York agencies: D.o.F., N.Y.P.D., Brooklyn Navy Yard, NYC Comptroller's Office, etc. **A Spread Sheet of supposed violations**, which was sent to the Plaintiff, by City's said Attorneys, also attached, by the Plaintiff – 2 + 1 pages.

67. **DMV's** (NYS) *05/21/2021 letter* to Plaintiff, re written **Refund request**, by Plaintiff, on 07/17/2021 towing of his motor vehicle JEB 5810, on 07/17/2019, and subsequent Registration Plates *"surrender"*, or *loss*, of said, by City of New York, effective 08/16/2019, or so – 1 page.

68. **Plaintiff's** *05/31/2021* precise **letter**, well detailed, to the D.M.V. (NYS), regarding his ongoing request, for a Refund, based on 07/17/2021 towing of his motor vehicle JEB 5810, on 07/17/2019, and subsequent Registration Plates *"surrender"*, or *loss*, of said, by City of New York, effective 08/16/2019, or so – 2 pages.

69. **Plaintiff's** duly completed, and signed **Refund request** form, dated *06/23/2021*, to the D.M.V. (NYS), in relation to 07/17/2021 towing of his motor vehicle JEB 5810, on 07/17/2019, and subsequent Registration Plates *"surrender"*, or *loss*, of said, by City of New York, effective 08/16/2019, or so – 1 page.

70. **D.M.V.'s** *State Comptroller's* **$64.00 Refund check**, to Plaintiff, dated *07/16/2021*, based on towing of his motor vehicle JEB 5810, on 07/17/2019, and subsequent Registration Plates *"surrender"*, or *loss*, of said, by City of New York, effective 08/16/2019, or so – 1 page.

- City of New York's (Department of Finance's) 07/15/2020 corrective, authorized letter (document), to Plaintiff, resolving issue of towing of motor vehicle 07/16/2019, and said correction, by all means, being effective 08/16/2021 – **EXH. 53**. City of New York having lost Plaintiff's Registration Plates JEB 5810, still not returned to Plaintiff, to date.

A. *Traffic Violations*, by *other Motorists*, *in violation*, as reported by Plaintiff, a comparative analyses. Sample of: dates, times, locations, Registration Plates (redacted, but available). Seemingly, NO TICKETS issued to these violators, neither were any towing of any unauthorized, or derelict motor vehicles, which were in violation – 10 pages.

B. Related **photographs**, of **each motor vehicle**, as specifically mentioned, at EXH. A. – 44 pages.

C. *Transcripts*, regarding *50-H Hearing*, held on 03/16/2020, by City of New York's Attorneys-at-Law, assigned to case – Lineberger, Goggan, Blair, and Sampson. Nature of event, in view of Plaintiff, had no bearing on the merits of matters, as reported by the Plaintiff – 59 pages.

D. *Corrections*, by Plaintiff, to Minutes of supposed Transcripts, re 03/16/2020, above – 14 pages.

E. Examples of **Police "Excesses"** in other states (United States) – 2 pages.

F. Examples of **Police "Excesses"**, *City of New York* (*N.Y.P.D.*), which include single, as well as multiple "victims" – 6 pages.

Prepared by:   Alroy Richards
Date:              Dec. 10., 2021

**NEW YORK STATE Department of Motor Vehicles**

EXH. 1

MOTORIST COPY

## TRAFFIC VIOLATIONS DIVISION
### BROOKLYN SOUTH

DATE:  11/01/2019                                      TIME:  01:10 PM

NAME:  RICHARDS, ALROY, DINSTON

THE FOLLOWING TICKETS WERE DISMISSED

ABB1666862 FLD YLD ROW-LFT TURN

RETAIN FOR YOUR RECORDS

RECPT NUM:  12LPJDISMS1911010010
OPERATOR:  BSALPJ
 TERMINAL:  VBSBS09                    PAGE  1 OF 1

AA-145 (1/19)hp

EXH. 2

▬▬▬▬▬▬
**Valley Stream, N.Y. 11580**
▬▬▬▬▬▬
Email: ▬▬▬▬▬▬▬▬▬▬

October 25, 2019

'WITHOUT PREJUDICE'

**HIGH PRIORITY**

Department of Motor Vehicles
Traffic Court (Ticket Dispute)
2875 West 8th Street, Coney Island
Brooklyn, N.Y. 11224

Dear Honorable Justice or the Clerk of the Courts:

**RE:    ALROY RICHARDS – TRAFFIC TICKET #ABB1666862**
**DISPUTE AS TO FACTS and BLATANT MISLEADING INFO, By The POLICE**
**Court Date For FRIDAY NOVEMBER 1, 2019 @1:15 PM**

─────────────────────────────────────────────────────

Good day to you. The incumbent have made many visits to the Department of Motor Vehicles (material location), regarding the matter, in addition to many "explanations" about his safety, as a result, and duly completed Affidavits.

Please be advised, that *I WILL BE PRESENT*, in person, in Court, for the said Court date. As indicated in my previous Affidavits, it is imperative that the Police Officer(s) in question, turn up for the proceeding. The writer is imploring the police Officer(s), based concerns for his safety, inter alia, as well as the negative impact, and aspersions casted on him, subsequently.

In Good Faith, the police (N.Y.P.D.) has the burden of disproving what the complainant has reported, instead of having the matter be "drawn into oblivion", further compounding his security issues.

Most grateful. I pray that my requests will be acceded to, and that I may move on with the many other faucets, of my life. Please sign and return a copy of this letter to me, as an acknowledgement of receipt.

Yours sincerely

*(signature)*

**ALROY D. RICHARDS**
Complainant

Att.

NEW YORK STATE | **Motor Vehicles**

COPY

Office of Administrative Adjudication/
Traffic Violations Bureau

EXH. 3

Name: RICHARDS, Alroy

RE: Ticket No. ABB1666862

I am the motorist described in the above ticket. I am charged with committing a traffic infraction, and I have pleaded "not guilty" to that charge.

My address is: ▮▮▮▮▮▮▮▮▮▮

Valley Stream, N.Y. 11580

My date of birth is: ▮▮▮▮

I request that the Administrative Law Judge read and consider my statement, and make it part of the record before reaching a decision in my case. I waive my right to appear in person, to question witnesses, and/or to object to any evidence presented at the hearing. I understand that this Statement constitutes my appearance in this matter.

I understand that, in my absence, the Administrative Law Judge and the Department of Motor Vehicles may take any authorized legal action against me as if I were present at the hearing. Such actions include, but are not limited to, imposing fines, surcharges, and fees, and suspending or revoking my driver license or driving privilege, and/or registrations. I reserve the right to appeal any decision against me.

**You MUST explain why you believe you are "not guilty". You MUST enclose a copy of your driver license or government issued photo ID.** *(Attach additional sheets, if necessary, and copies of any evidence.)* COMPLAINANT hereby suggesting that, by all means, Officer Saroff need to be present at the impending 11/01/2019 COURT DATE. Whether by SUBPOENA, or by contacting his superiors. Complainant's safety is critical. Please see cop, Police Report #2019-070-006834 attached, re unknown suspect and attempted attack. Police under F.O.I.L. refuse to further investigate or to procure C.C.T.V. I went to Police Plaza and the F.B.I. yesterday. Copy report attached. Complainant stopped driving, out of fear and safety. Few traffic tickets "thrown out" as complainant was either not in that place nor had motorcar theft, or comparatively high disparity existed — MAP, PHOTOS, STATEMENT.

**CERTIFICATION:** I certify, under penalty of perjury, that all information I have provided in this Statement and all supporting documents are true. I understand that making a false statement in connection with this Statement may subject me to criminal prosecution under the NYS Penal Law.

SIGNED ▶ _____
Motorist Signature

10 / 17 / 2019
Date

AA-53 (8/16)

COPY

DEPARTMENT OF MOTOR VEHICLES
TRAFFIC VIOLATIONS DIVISION
BKLYN S TVB

EXH. 4

DATE 10/07/19                                           TIME 1:37 PM

NAME: ALROY DINSTON RICHARDS
DOB/SEX: ▉▉▉▉▉▉▉

YOU HAVE BEEN SCHEDULED TO APPEAR FOR THE FOLLOWING TICKET(S):

TICKET INFO     STATUS   ON DATE    AT TIME      AT LOCATION

ABB1666862                11/01/19   1:00 PM      BKLYN S TVB
10/15/18                                          2875 West 8th Street
FLD YLD ROW-LFT TURN                              Brooklyn, NY 11224

OPER   ADJLAD
TERM# BS42    N            PAGE   1 OF  1

ALROY DINSTON RICHARDS
179 ELM ST
VALLEY STREAM NY 11580

EXH. 5



**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

Scott M. Stringer
**COMPTROLLER**

015 - 155

Date: 10/15/2019
RE: Disallowance-Over 90 Days

ALROY RICHARDS
Claim number: 2019PI027086
Your Claim/Policy#:

ALROY RICHARDS

VALLEY STREAM, NY 11580

Dear Claimant:

We regret to inform you that your claim has been disallowed. Your claim was not filed within 90 days from the date of occurrence as required by the General Municipal Law Section 50-e. Claims must be filed with either the New York City Office of The Comptroller, the New York City Law Department, the New York City Board of Education or the New York City Health and Hospitals Corporation, depending on the substance of the claim.

If you have been scheduled for a Comptroller's hearing (50-h, General Municipal Law), please deem the hearing canceled.

Very truly yours,

CHARLES CASTALDO

Bureau of Law & Adjustment

PERSONAL INJURY
(212) 669-4445

**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET   ROOM 1200**
**NEW YORK, N.Y. 10007-2341**

WWW.COMPTROLLER.NYC.GOV

EXH: 6

015 - 151

Scott M. Stringer
**COMPTROLLER**

Date:              10/09/2019
Claim No:      2019PI027086
RE:               Acknowledgment of Claim
Your Claim/Policy#:

ALROY RICHARDS

VALLEY STREAM, NY 11580

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-2478 for claims involving personal injury.

Sincerely,

Bureau of Law & Adjustment

JEXH. I

CITY OF N.Y. LAW DEPT.
OFFICE OF CORP. COUNSEL
COMMUNICATIONS UNIT

**CITY OF NEW YORK**
**IN THE STATE OF NEW YORK**
**COMPLAINT**

NOTICE OF CLAIM

2019 OCT -8 P 4: 29

FILE NO.: 2019 PI 029086

**TRAFFIC TICKET #ABB1666862-2018**
**I.A.B. #2018 - 41661**

**ALROY RICHARDS**

_____
                                    **Complainant**
               Vs.

**CITY OF NEW YORK aka OFFICE OF THE NEW YORK CITY COMPTROLLER**
_____
                                    **Respondent #1**

**NEW YORK POLICE DEPARTMENT aka N.Y.P.D.**
_____
                                    **Respondent #2**

        **PLEASE TAKE NOTICE,** that **I, ALROY RICHARDS,** herein called **the CLAIMANT, which will more commonly called the COMPLAINANT,** is bringing forth this material complaint, against the **CITY OF NEW YORK,** herein addressed as **OFFICE OF THE NEW YORK CITY COMPTROLLER, enjoined** (now being apprised), herein called **RESPONDENT #1,** or NYC COMPTROLLER, and subsequently including the **NEW YORK POLICE DEPARTMENT** (nominal), also known as the **N.Y.P.D.,** as **RESPONDENTS #2.** This Complaint arose from an incident, in which the Complainant was stopped on **_MONDAY OCTOBER 15, 2018_**, at approximately **7:52 am.** This was general near the vicinity of **Foster Avenue** and **Coney Island Avenue,** Brooklyn, N.Y. 11230, as Complainant was driving his brown **_2015 Nissan Altima_**, registered **JEB 5810,** from Foster Avenue (approaching from general Flatbush Avenue), making **left turn,** unto Coney Island Avenue, and subsequently heading easterly, towards say Sheepshead Bay. Complainant was stopped by a male and female police team, whom were in a **_marked police truck_ #4351,** to be called **_truck B_,** and seemingly being driven by **Officer SAROFF,** of the **_70th_ Precinct,** Brooklyn. Kindly note, that the Complainant had already made another set of reports, about **_police conduct_,** relating to Police Report #2018 – 001 - 01679, C.C.R.B. #2018 – 02618, and F.O.I.L. #2019 – 056-00497, about an unrelated matter, and had predicted that he would have been targeted, by the police, and most likely feared for his life. Please see firstly, **_Complainant's_** detailed five(5) page **October 18, 2018 letter attached**, as Exhibit, regarding the material issue, of October 15, 2018, inter alia.

EXH. 7

I, **ALROY RICHARDS**, **Complainant** now further state:

- That my address is 179 Elm Street, Valley Stream, N.Y. 11580. Complainant arrived in the United States in October 2016 – first time here.
- Concerns surround whether Complainant should be proceeding to **United States Constitution** (**U.S.C.**), *sub-section 1983*, in addition to the **Federal Tort Claim Act** (**F.T.C.A.**), with respect to Law Enforcement, and this, the N.Y.P.D.. Further, whether custom, practice, belief, or policy exist, in relation to the development being referred to.
- That Complainant work in the general Coney Island Avenue area, and was on my way to work that morning (October 15, 2018), driving Nissan Altima JEB 5810, dressed in long sleeved shirt, cotton pants, and neck tie, and that Complainant was the only occupant in said vehicle.
- That the Complainant was driving normally, and at normal speed, and was not under the influence of any form of psychotropic substances, neither did Complainant committed, was about to, nor was in process of committing any infractions.
- Complainant, for his own safety, and in reservation of further potential evidences, will not specifically comment, as to whether Complainant is being *tracked*, *targeted*, *maligned*, *punished*, *being illicitly surveilled*, *life is being disrupted*, personnel *endeavoring on entrapment* (for what? Complainant is not aware), efforts are being made *for Complainant to lose all jobs* held, etc. Surveillance could include *hidden cameras* (legal?), *tracking devices* on vehicle and other equipment, *listening devices*, *interception of communications* (cellphone, computers, emails), being *tracked by human resources*. Could this be so? May be in a forum of say *Qualified Privilege*.
- Complainant's *Nissan Altima JEB 5810 was* at the front of the line, **stationary**, at the stoplight, by Coney Island Avenue, and Foster Avenue, with Complainant intending on turning left.
- That copies of the following, are also attached, for your perusal: Traffic ticket #ABB1666862 – 2018, Complainant's *map* or *drawing*, of events, showing *roadway*, *vehicles* in question, and their *procession*, or *direction*, Complainant's October 18, 2018 detailed five(5) page report on matter, *N.Y.P.D. Patrol Borough Brooklyn South investigations letter* dated *November 13, 2018*, from Lt. A Whitlock *October 23, 2018 email* Complainant to (about **"being "framed"**), that the N.Y.P.D., should consult businesses in and around, with *Closed Circuit Television* (**C.C.T.V.**) *cameras*, to view the events, being referred to. In latter, *Complainant drew business places, in the vicinity, listed over twelve (12) cameras, and asked that, in interests of justice, and fairness, to all, that the N.Y.P.D. seek out, view, and procure these images*. Further correspondence include Complainant's **November 19, 2019 letter**, and his **February 16, 2019 letter** – both to the police, on the matter at hand.



- Opposite to this intersection, on the other side of Foster Avenue, were a few motor vehicles. These were all *__stationary__*. A *truck* (dont recall make, nor model), was in a **stationary position at the front, of vehicles**, *along Foster Avenue, facing Complainant's Nissan Altima* JEB 5810, as if it was proceeding left (opposite direction, to where Complainant intended to go), towards say Cortelyou road, or Church Street general locations. Let us call this **truck A**. This is NOT the police truck. Complainant at the time, could not see the other vehicles behind truck A. Height of truck A, is close to 7 feet 2 inches, or so.

- Complainant later found out, after turning left, unto Coney Island Avenue, that the police motor #4351 (truck A) was behind truck B – to be expounded on further.

- There were motor vehicles, traversing to and from, or east-west, and west-east, per se, along Coney Island Avenue, etc, as they had the green light, or "right of way", so to speak.

- Now, importantly, a **_PEDESTRIAN CROSSING_** exist, stretching across Coney Island Avenue, from the fringes of Foster Avenue. On the side of trucks A and police truck 4351 (truck B), the *__pedestrian crossing is to the right, across Coney Island Avenue, from both ends of Foster Avenue__* (see map/drawing, by Complainant). Specifically, the pedestrian crossing is about 2-3 feet, or so, from the outer right fringes, of truck A.

- **Traffic Lights at intersection now changed.**

- **Truck A's driver** (well, truck A – will personify**) turned left, unto Coney Island Avenue, heading westerly**, towards say Cortelyou Road, or Church Avenue, general direction, but lingered just a bit, in the intersection.

- **Complainant positioned his Nissan Altima JEB 5810, in the centre roadway, on the left side, intending to turn left, or easterly, in direction of say Sheepshead Bay**. Traffic on truck A and truck B (police marked truck, 4351) were almost now stationary.

- As Complainant was about to "inch further" watching the pedestrian traffic, the pedestrians then suddenly "rushed" unto the pedestrian crossing, especially from side where truck A and truck B were positioned. Complainant then stopped his motor vehicle at the intersection, of course, to allow the pedestrians to cross. NO DOUBT. COMPLAINANT WOULD NOT HAVE DONE OTHERWISE.

- *__No other vehicles, inclusive of police truck (B), 4351, were proceeding right, unto Coney island Avenue, from opposing end of Foster Avenue i.e. facing side that Complainant's__* Nissan motorcar JEB 5810 was on.

- **Complainant glanced and saw where truck B, now identified as a marked police truck 4351, was positioned behind truck A.** *Indications are that truck B (police truck 4351) was heading straight, across Foster Avenue, from north, to south. It eventually attempted to do so.*

$EXH. 7$

- *However, the marked police truck (A), 4351, then seemed to have veered a little, to its right, but was still being blocked by truck A*.
- The pedestrian traffic now cleared, and the Complainant was now able to proceed – clearly, without any obstructions. After all, Complainant was proceeding to work, and would be 'blocking the intersection", causing problems.
- Surprisingly, Complainant then realized that Officer *Saroff was waiving his hand violently, at the Complainant*, whilst still seated behind police truck 4351, or truck A. It *seemed threatening*, so Complainant proceeded on his business (the left turn).
- *NO LOUD HAILER*, by the police, *NO FLASHING POLICE LIGHTS*, *NO POLICE SIRENS*.
- Unlike the police truck 4351 (truck A), Complainant's Nissan motorcar JEB 5810 front windows are not tinted. No traffic or pedestrians impeded Complainant's turn, after wave of pedestrians crossed, so, Complainant headed easterly, along Coney Island Avenue.
- In an effort of stressing safety, Complainant amicably pointed to the pedestrian crossing, to the police team. There exist no other way for the police truck to have proceeded, unless, to collide into Complainant's vehicle. Hence, Complainant had to clear the area. *C.C.T.V. images will suffice*.
- As Complainant proceeded cautiously, and within relative speed, along Coney Island Avenue, he realized that he was being hastily, hurriedly, and angrily pursued, by truck B or marked police truck 4351.

This is the part, which Complainant is overly concerned about. **NOTE**:

- Traffic were darting to right, and left of complainant, along the one way, on east bound lane. There were about three(3) to four(4) lanes, and Complainant was positioned in left closest to outer road way, nearer opposing traffic.
- *Marked police truck #4351, then pulled up relatively close, behind Complainant's Nissan motorcar JEB 5810, with police siren now on*. There exist a yellow safety area to left of Complainant's vehicle, therefore, in interest of safety, *Complainant pulled his motor car, into that marked safety zone, for obvious safety reasons, for himself, and other motorists, heading in the said direction. The police team, via Officer Saroff, then stated over the police loud hailer, that Complainant should pull to the right, into oncoming traffic*. Complainant "motioned" to the police team that he is unable to do so, for obvious reasons.
- This police team, had to "use marked police truck 4351, as a shield, to oncoming vehicles", approaching from behind, stopping them in the process, "in order to facilitate Complainant to pull to his right", as is being directed. Complainant then stopped a short distance ahead of the said police team. The police team stopped truck B behind Complainant's Nissan Altima, and both police Officers proceeded to walk towards

EXH. 7

Complainant's parked vehicle. Officer Saroff approached from left side of Complainant's car, while the female police Officer, approached from the passenger side.

- **Complainant fully extended the necessary courtesies to the police Officers, and *Complainant proceeded to respectfully, and professionally inquire as to the reasons, for the police stopping the Complainant*.**

- ***Officer Saroff became quite boisterous, and had an angry tone, in his voice***. May be, in words of the Complainant, repugnancy could be the word. **Surprisingly, both police Officers, for no reason, were holding unto their pistols; their pistols being in their pistol holdsters. *Complainant's hands were 'clear", and 'in the open position", prior to, and at that present moment. Complainant was being cordial, and did not "pose a threat", to the material police team*. Neither was Complainant "acting in any suspicious way".**

- Complainant then asked the police team, and specifically Office Saroff – ***what is the reason for the stop, and whether Complainant had done anything wrong***. Officer **Saroff immediately became irate, threatening, and rather loud, without cause. Complainant then asked Officer Saroff to be more respectful, and to remain calm**. Apparently this did not "sit well" with Officer Saroff, whom continued on his tirade, towards the Complainant, further frightening the Complainant. Recall now, the approaching police Officers had their hands on their pistols. The female police officer though, remained composed, and calm, and showed respect.

- ***Were the police Officers wearing body cameras?*** This too would have been of great assistance, in the resolution. Upon request by the police Officers, the Complainant then handed Officer Saroff his (Complainant's) ***Driver's License***, ***Motor Vehicle Registration***, and ***Motor Vehicle Insurance***. Officer Saroff then said that he ***"will be issuing a traffic ticket"***, to the Complainant, this, as the Complainant still continued to question the purpose of the police team's mission (towards Complainant).

- The police team then retreated to their vehicle (behind), leaving Complainant seated in his Nissan Altima JEB 5810. No other explanations, or excuses were offered, by the police, then. Thereafter, the **police later returned to the Complainant fifteen(15) to twenty(20) minutes later** ("questionable" – what were the "checks", and "suspicions" about?), each police Officer approaching from same side of Complainant's Nissan Altima, as before, and Officer Saroff handed the Complainant his documents.

- ***Complainant again asked what was the stop for, and why did the police took so long (15-20 minutes), to process the Complainant's documents. Officer Saroff again became boisterous, and began to step back, without reason. Complainant further felt afraid, and tried calming down Officer Saroff. It was the female police Officer that motioned to Officer Saroff, to calm down, much to Complainant's relief – and may be saving***

*Complainant's life*; just may be. Complainant's hands were still visible, Complainant meant no harm, and that the Complainant was still seated in his Nissan Altima.

- **Any other rationale human being, in a similar position, facing the same circumstances, would have been possibly asking the police questions**.
- Complainant's actions are not unusual, and wasn't meant to be construed as "challenging the police" (may be Officer Saroff may have felt that way, unfortunately). The female police Officer appeared far more "apologetic", than Officer Saroff. Good going.
- Please be advised, that the Complainant has no wish whatsoever to tarnish, malign or sully Officer Saroff's reputation, career, credibility, nor integrity, neither that of any other N.Y.P.D. Officer; never Complainant's purpose. General concern is with the N.Y.P.D. and whether the actions (of N.Y.P.D.) were reasonable, or Constitutional.

Therefore, the Complainant not only felt *dehumanized*, *insulted*, 'targeted", and *faced chagrin*, as the police had the *authority*, and *power*, but knew that he had to take the matter much further. Hence, he wrote to the police, including copying the *70th Precinct Commanding Officer, Deputy Inspector, Mr. James Palumbo*, whom must have referred matter to the police's *Patrol Borough Brooklyn South* (P.B.B.S.), for investigations. Is it that the mantra to: *serve*, *protect*, and *reassure*, are just fallacies? Are they only Proprietary Rights, to only some persons, may be (just may be) based on creed, religion, nationality, where you were born, gender, sexual orientation, race, color, education, or, may be for simply finally "having a voice"? Just now, Complainant is only embarking on hypotheses. Assumptions; simply. The N.Y.P.D. is not proving, or has not proven the Complainant wrong. **Profiling may be? Why? Is this legal? Verifiable, truthful? No disdain, nor dislike involved? No ridiculing?**

Police personnel that were either arbitrarily contacted by the Complainant, through calls, to investigative unit(s), or whom contacted the Complainant, included:

| | | |
|---|---|---|
| 10/23/2018 | - | *Lt. Whitlock* |
| 10/24/2018 | - | I.A.B.'s *Officer Shantel Moore* |
| | | *Lt. Anderson* |

Please note the sequence of events. Now, not only is the Complainant new to this jurisdiction, but Complainant was, and is presently representing himself. As Pro-Se, it is reasonable to conclude, and to see, that the Pro-Se Complainant had been in *Distress*, suffering, and not recovering from not only the 10/15/2018 incident (*suffering long term*), but the N.Y.P.D.'s actions, or inactions. "Complications" resulted, over a rather distinct and solvable matter. Complainant had no remorse expressed to him, excepting, in Good Faith, by Lt. Anderson. No reasonableness were extended, nor exercised, in the material situation so mentioned.

EXH. 7

### *Other Points*

1. The Complainant has subsequently received "quite a number" of traffic tickets, since especially, this 10/15/2018 encounter, with the police. Is this co-related to the many "network of agencies", at the disposal of the police? Ticket were even 'erroneously issued", to Complainant, with registration JEB 5810 (Complainant's), from as far back as March 2018. However, the Complainant acquired this 2015 Nissan Altima, September 22, 2018. No other motor vehicles were being driven in Complainant's name. Result? The matter was dismissed, based on careful scrutiny, by the Complainant. In other instances, some ticketing indicated that the Complainant's vehicle was being directly targeted. At times, vehicles parked in front of, beside, and behind Complainant's 2015 Nissan Altima JEB 5810, are not ticketed; yet, Complainant's is ticketed. This led to Complainant's protests, after submission of photographs, etc, for blatant violations, by other motorists, culminating in a few tickets being dismissed. Complainant continue to fight traffic tickets, and, in an effort to "combat" this "attack", has stopped driven, for a while, to "make observations".

2. Does this malice, and prejudice, if any, tend to extend to educational institutions that the Complainant has enrolled in, in the U.S., places of residences, and places of work? A Mere questions, of course.

3. Portions of the Complainant's 10/18/2018 letter will now be redacted, by the Complainant, in the interest of his safety. See highlighted section. "Without Prejudice", the Complainant heard of a reported witness being shot to death, by unknown assailants, allegedly making escape, in a silver sedan motor car, after that witness (now deceased) part took in a recent trial. Complainant's protection is key.

4. ***Complainant is now constantly living in fear***. Is the Complainant under 24 hour surveillance? If so, why? Is he being followed every where, to include places of worship, residence, work, and other places? Whom, if any, are the persons "following" the Complainant? Is this safe? IS someone trying, in al respect, to "set up", or discredit the Complainant?

5. When applicable, and if such information is retrieved, the Complainant will show one such "intended attack", on the Complainant, by an unknown adult male, whom, for three(3) or so minutes, "confronted", close marked, purposefully, and deliberately tried to restrict Complainant's movements, in a rather limited spaced area. This was in public space (well, an area used by the public). Appeared random, but is it? If that video is shown, it will reveal a 'telling tale', that Complainant was "chosen". Complainant remained calm, composed, and didn't tried to escalate, nor "react" to this intimidation.

6. Was the 03/09/2018 verbal and physical attack on the Complainant, by a Manager employed to same company that Complainant worked for, one such plan? Why hasn't

EXH. 7

that aggressor being arrested, or profiled, despite the reports, and availability of C.C.T.V. images? Does the police share any "relations" with this suspect (03/09/2018 matter, in New York, N.Y.)?

7. Complainant is wondering whether there will be any further "retaliations" that he may face, considering fear for his safety. Complainant's livelihood, career, social life, and future, is being severely impacted. *Is this what happens to a __Whistleblower__?*

8. is it that the Complainant may have somehow reserved some sort of 'evidences" emerging from the 10/15/2018 traffic stop? Checks will be made.

9. Complainant had set a **Hearing, in the Traffic Court** (D.M.V.), for today, **Tuesday October 1, 2019** for **1:00 pm**. This was done from October 2018 – almost one(1) year ago. ***Confirmation number*** is **20181022 – 00544818**. Much to Complainant's dismay, a letter from the Department of Motor Vehicle (Hearings), dated 09/23/2019, was sent out to the Complainant, changing the date to 09/04/2020 (next year). Given (all) the developments, Complainant's fears, and matters external to "these" issues, Complainant disagreed, and instead, went to the D.M.V. A new date is early November 2019, was set, and Complainant told the Court, to inform the police Officer(s), as again, their rights are not meant to arbitrarily, and wantonly exceed that of the Complainant. Complainant had no knowledge of the earlier change in court date, until late last week (Post Office mail).

*__Complainant had not agreed not to pursue matter, nor did he indicate a need, NOT TO FURTHER COMPLAIN__*. No resolutions were attempted, or worked out, in any event, by subsequent processes. This more than **compounded suffering, and Emotional Distresses, for Complainant; Complainant also not privy to C.C.T.V. images, nor offered to be shown the C.C.T.V. images, effecting closure**.

The contents of the various correspondences, outlined that the N.Y.P.D. could have done much more, in pursuit of this issue. In the view of the Complainant, they N.Y.P.D. failed to have served, protected and reassured the Complainant. It is a travesty of justice, in its blatant form. Hence, the following additional points (and **RELIEF BEING SOUGHT**), regarding MISSTEPS, by the N.Y.P.D. (***CAUSATIVE ACTIONS, and or EFFECTS***), in the development:

- Complainant had a right to be informed of documents relating to the outcome of every step of the investigations. This included (but is not limited to): *__whether N.Y.P.D. Officers on the crime scene, were wearing body cameras__*, *__whether interviews were done internally__*, *__how did investigations came to indicate that the N.Y.P.D. was absolved of any 'wrongdoing" in the issue__*,  what about *__minutes, or notes from hearing, or meeting(s)__*?

EXH. 7

- The N.Y.P.D. *intentionally and recklessly acted, causing Emotional Distress, to Complainant*.
- The N.Y.P.D. *caused Emotional Distress to Complainant, through "reckless acts"*, in the matter.
- *Conduct* of the N.Y.P.D. is seen to be *"extreme", and outrageous*, *relative to the Complainant*, in the issue. It *went beyond all reasonable or possible bounds, of decency*.
- That the resulting situation is *one that any reasonable, rationale human being would have to put up with, nor tolerate*.
- The N.Y.P.D. *knew that the Complainant would have been probably succeptible to Emotional Distress*, from their actions, or lack of actions, in the matter.
- *Was this an isolated incident, or is the Complainant being profiled, whether prior to the incident, reported on 03/09/2018, or subsequently afterwards, plus this 10/15/2018 matter*?
- That the *N.Y.P.D. had the authority, and power (still do), had access to all resources, and information, but failed to have acted in the best interests of the frightened*, "threatened", and emotionally shaken Complainant.
- The *resulting suffering by the Complainant is not short-lived, is intense (severe)*, and continues to this day.
- *Reaction, follow up* (as directed – by N.Y.P.D.) *of, or by the Complainant, isn't unusual, in such circumstances*.
- *Isnt it that the N.Y.P.D. "owe a duty of care", to all citizens, irrespective?*
- In relation to the Complainant, *is this "reaction" to the Complainant, by the N.Y.P.D., distinct to, or differ, from any other general police responsibility that the N.Y.P.D. has with the general public, at large?*
- *Has the N.Y.P.D.'s actions, or inactions, minimized my fears, and the ("unnecessary) risk that I faced, or potentially continue to face?*
- Actions of the N.Y.P.D., in the issue, appear *pre-disposed*, *calculating*, *arbitrary*, *egregious*, and *callous*.
- *N.Y.P.D. failed to have viewed the critical C.C.T.V. images,* as in any normal situation of crimes, situations, and other developments, reported to the N.Y.P.D. What if the Complainant was "making public mischief" (using an engaging statement, to show degree of wanton abnormality, in how the N.Y.P.D. handled the matter)?
- A travesty of justice, for the Complainant, as Pro-Se, in this apparent operation by *pre-text*, by the N.Y.P.D.
- Complainant is not averse to a **50-H HEARING.**



- **Welfare of, and other aspects of Complainant's life, are being significantly impeded, consequent to/from these material precipitating actions** (matter at hand) against, or towards him.

Consequently, and in pursuit of the matter, Complainant felt that the N.Y.P.D. erred, and the Complainant is seeking DAMAGES, as a result. This position by the Complainant, is not unreasonable. Therefore, Complainant has no issue with a **50-H**, by the relevant arbitrators. Complainant, in his "very limited knowledge", is of the view that ***serious Intentional and Negligent Emotional Distress*** resulted, for him, relative to the N.Y.P.D. Complainant is also of the view, that ***Title 7 of the 1964 Civil Rights Act***, is or was breached. By the N.Y.P.D., where the Complainant is concerned. Also, breach of ***Administrative Processes***, and breach of ***Due Processes***. The Complainant would probably, as this juncture, introduce the ***Age in Discrimination Act of 1975***; not as yet. It is mostly Title 7 Act. Complainant now seek Damages for:

| | | |
|---|---|---|
| **EMOTIONAL DISTRESS** | - | $700,000.00 |
| **BREACH OF TITLE 7, 1964 CIVIL RIGHTS** | - | $400,000.00 |
| (including, but not limited to, Breach of Due | | |
| Processes, & of Administrative Processes) | | |
| **MALICIOUS PROSECUTION** | - | $800,000.00 |
| **NEGLIGENCE** | - | $350,000.00 |
| **RETALIATIONS** | - | $200,000.00 |
| **LIBEL** | - | $300,000.00 |

$2,750,000.00

Or, seeking an award of **two(2) million seven hundred and fifty thousand dollars** **($2,750,000.00)** plus interests, and with any other relief, that the arbitration deem necessary, proper, and just, to the Complainant.

Attached hereto, are **Appendices**, as ***EXHIBITS***, but which may not be limited to these matters only - case files, and Laws (Principles/Statutes) to be further perused.

Complainant is looking forward to the processes, and do pray that his dignity, humanity, decency, and Rights, will be restored, and upheld.

EXH. 7

**WHEREFORE**, the deponent prays that the arbitration process will review the Complainant's facts, and requests presented, for the matter to be upheld in favor of the Complainant, and the requisite awards be made. Once the damages can be attempted, or shown to be improving, then the healing process will commence. Complainant does not wish to distort, mislead, or misinterpret any matter; nor to be disingenuous, and that the claims in narratives, are not frivolous, culminating in the award being claimed. Let us all endeavor in adhering to the concepts of **_non-discrimination_**, **_equal opportunity_**, **_diversity_**, and **_inclusiveness_**, inter alia. There are other matters that could have been mentioned. However, and if necessary, may be concept of Qualified Privilege would have been best employed, in order to execute same.

Dated: 8ᵗʰ day of October 2019

County of: Kings

**ALROY RICHARDS**
**Complainant**

Sworn to, before me, this 8ᵗʰ day of October 2019.

**Notary Public**

CAMILE TAYLOR
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TA6137717
Qualified in Nassau County
Commission Expires January 8, 2022

EXH. 7

Complainant:     **ALROY RICHARDS**

Respondents:     **CITY OF NEW YORK, as OFFICE OF NEW YORK CITY COMPTROLLER**
                 and **NEW YORK CITY POLICE DEPARTMENT (N.Y.P.D.)**

File No.:        2019 PI 027086

Emerging From:   N.Y.P.D. TRAFFIC TICKET #ABB1666862, and I.A.B.'s #2018-41661

### EXHIBITS

**EXHIBIT A** – Complainant's letter, dated 10/18/2018, containing five(5) pages.

**EXHIBIT B** – Complainant's map/drawing of location, containing one(1) page.
regarding the 10/15/2018 matter, comprising one(1) page.

**EXHIBIT C** – Complainant's eight(8) photographs, of scene, done on 10/15/2018, totaling eight(8) pages.

**EXHIBIT D** – copy of Traffic Ticket #ABB1666862, containing two(2) pages.

**EXHIBIT E** – Complainant's email on 10/23/2018, consisting of two(2) pages, to I.A.B.'s email: iab@nypd.org.

**EXHIBIT F** – Patrol Borough Brooklyn South's letter to Complainant, dated 11/13/2018, containing one(1) page.

**EXHIBIT G** – Complainant's letter dated 11/19/2018, to N.Y.P.D.'s I.A.B., comprising one(1) page.

**EXHIBIT H** – Complainant's letter dated 02/16/2019, to the P.B..B.S., comprising one(1) page.

EXH. 7

## VERIFICATION

**I, ALROY RICHARDS,** also known as the Complainant, being duly sworn, deposes, and says:

That I have read the foregoing Complaint, in presenting my matter, and that I know of the contents therein. The said are true, to my knowledge, free from folly, or frivolities, except as herein stated, to be alleged, on information, as to the matters, I believe them to be true. Also, to the best of my knowledge, and information, and belief, formed after an inquiry, reasonable under the circumstances, the presentation of these papers, or the contents therein, are not frivolous, as defined under sub-section C, of section 130-1.1, of the Rules of the Chief Administrator (22 NYCRR).

Dated: __8th__ day of October 2019

County of: Kings

**ALROY RICHARDS**
**Complainant**

Sworn to, before me, this __8th__ day of October 2019.

**Notary Public**

CAMILE TAYLOR
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TA6137717
Qualified in Nassau County
Commission Expires January 8, 2022

TO:     City of New York Comptroller's Office
        1 Centre Street, Room #1225
        New York, N.Y. 10007

        General Legal Counsel
        New York City Law Department
        100 Church Street
        New York, N.Y. 10007

EXH. 7

### CITY OF NEW YORK - OFFICE OF NEW YORK CITY COMPTROLLER

NEW YORK CITY

STATE OF NEW YORK

FILE NO.: 2019 PI 027086

TRAFFIC TICKET #ABB1666862
I.A.B. #2018-41661

ALROY RICHARDS

_____

**Complainant**

Vs.

CITY OF NEW YORK aka OFFICE OF THE NEW YORK CITY COMPTROLLER

_____

**Respondent #1**

NEW YORK POLICE DEPARTMENT aka N.Y.P.D.

_____

**Respondent #2**

Sign Name:

Print Name:        **ALROY  RICHARDS**

Address:           ▆▆▆▆▆▆▆

Valley Stream, N.Y. 11580

Telephone:         ▆▆▆▆▆▆▆

Service of a copy, the within is herein admitted.

Dated:             8th day of October 2019.

Attorney For:



**Department of
Motor Vehicles**

EXH. 8

6 EMPIRE STATE PLAZA, ALBANY, NY 12228

NOTICE OF SCHEDULED HEARING                    09/23/19

RICHARDS ALROY DINSTON                         POSTAL ID: 291596328

VALLEY STREAM  NY  11580-4915

THIS NOTICE REPLACES ANY PREVIOUSLY SCHEDULED DATES FOR THE TICKETS LISTED BELOW.

YOUR NOT GUILTY PLEA IS ON FILE.  YOUR HEARING WILL BE HELD AT:

    BROOKLYN SOUTH TRAFFIC VIOLATION BUREAU          DATE OF HEARING: 09/04/20
    2875 WEST 8TH STREET                             TIME OF HEARING:  1:00 PM
    BROOKLYN, NY 11224

IF YOU DO NOT WISH TO APPEAR IN PERSON FOR YOUR HEARING, YOU HAVE THE OPTION OF SUBMITTING
A WRITTEN STATEMENT INSTEAD.  WE HAVE ENCLOSED FORM AA-53.2 (STATEMENT IN PLACE OF PERSONAL
APPEARANCE).  IF YOU PREFER THIS OPTION, COMPLETE THE FORM AND MAIL IT TO THE ADDRESS WHERE
YOUR HEARING WILL BE HELD AT LEAST 2 WEEKS PRIOR TO THE SCHEDULED DATE.

    TICKET #      VIOLATION DESCRIPTION   VIOL DATE      REASON
    ABB1666862    FLD YLD ROW-LFT TURN    10/15/18       ADMINISTRATIVE

IF YOU CHOOSE TO APPEAR AT THE HEARING INSTEAD OF SUBMITTING A STATEMENT IN PLACE OF PERSONAL
APPEARANCE, UPON ARRIVAL CHECK THE DOCKET SCREEN OR BULLETIN BOARD FOR YOUR NAME AND THE ROOM
NUMBER OF THE HEARING.

IMPORTANT - BRING THIS NOTICE, YOUR IDENTIFICATION, AND IF AVAILABLE A COPY OF YOUR TRAFFIC
            TICKET(S) TO THE HEARING.

IF YOU DO NOT SUBMIT A STATEMENT IN PLACE OF PERSONAL APPEARANCE OR COME TO THIS HEARING, YOUR
DRIVER'S LICENSE OR PRIVILEGE TO DRIVE IN NEW YORK STATE WILL BE SUSPENDED.  IF SUSPENDED,
UNDER THE NEW YORK STATE VEHICLE AND TRAFFIC LAW YOU WILL HAVE TO PAY A  $70 SUSPENSION
TERMINATION FEE IN ADDITION TO ALL OTHER FINES AND PENALTIES BEFORE YOUR LICENSE OR DRIVING
PRIVILEGES WILL BE RESTORED, REGARDLESS OF WHETHER OR NOT YOU ARE FOUND GUILTY OF THE CHARGE.

IF YOU WISH TO CHANGE YOUR PLEA, YOU MAY BE ELIGIBLE TO PLEAD GUILTY AND PAY THE FINE AND
SURCHARGE FOR THE TICKET(S) ABOVE WITH A CREDIT CARD ONLINE AT:
                    DMV.NY.GOV/EPLEAD.HTM

PLEASE NOTE THAT SOME VIOLATIONS MAY REQUIRE THAT YOU APPEAR AT A TVB OFFICE, EVEN IF YOU
WISH TO PLEAD GUILTY.

N.Y.S. Dept. of Motor Vehicles
Brooklyn TVB
2875 W. 8th Street
Coney Island, NY 11224

Traffic Violations Bureau

EXH. 9

Name: RICHARDS, Alroy

RE: Ticket No. ABB1666862

on 10/15/2018

I am the motorist described in the above ticket. I am charged with committing a traffic infraction, and I have pleaded "not guilty" to that charge.

My address is: ▓▓▓▓▓▓▓▓▓▓▓
Valley Stream, N.Y. 11580

My date of birth is: ▓▓▓▓▓▓▓

I request that the Administrative Law Judge read and consider my statement, and make it part of the record before reaching a decision in my case. I waive my right to appear in person, to question witnesses, and/or to object to any evidence presented at the hearing. I understand that this Statement constitutes my appearance in this matter.

I understand that, in my absence, the Administrative Law Judge and the Department of Motor Vehicles may take any authorized legal action against me as if I were present at the hearing. Such actions include, but are not limited to, imposing fines, surcharges, and fees, and suspending or revoking my driver license or driving privilege, and/or registrations. I reserve the right to appeal any decision against me.

**You MUST explain why you believe you are "not guilty". You MUST enclose a copy of your driver license or government issued photo ID.** *(Attach additional sheets, if necessary, and copies of any evidence.)* Good day Hon. Justic

I am the incumbent motorist and I am seeking the
Court's indulgence, in accepting my "NOT GUILTY" plea
and to accept into evidence, the following documents:
→ my 10/18/2018 5 page letter to the DMV copied to the Police.
→ nine (9) photographs at, and near material scene at time.
→ a one (1) page drawing/diagram of vehicles and roadways.
→ copy of material Traffic Ticket # ABB1666862.
→ My follow up letters dated 11/19/2018 and 02/16/2019 respectively.
→ Letter head signed Police letter to me, dated 11/13/2018.
→ Copy of my Driver's license # ▓▓▓▓▓▓▓▓

**CERTIFICATION:** I certify, under penalty of perjury, that all information I have provided in this Statement and all supporting documents are true. I understand that making a false statement in connection with this Statement may subject me to criminal prosecution under the NYS Penal Law.

SIGNED ▓▓▓▓▓▓▓                                    08 / 14 / 2019
Motorist Signature                                           Date

AA-83 (8/16)  Information given is true and corrective, without bias, and without perjure. I pray I will be exonerated.

**STATE | Motor Vehicles**

Office of Administrative Adjudication/
Traffic Violations Bureau

*Page 1*

EXH. 9

Name: RICHARDS, Alroy

RE: Ticket No. ABB1666862

I am the motorist described in the above ticket. I am charged with committing a traffic infraction, and I have pleaded "not guilty" to that charge.

My address is: ▇▇▇▇▇▇▇▇▇▇

Valley Stream, N.Y. 11580

My date of birth is: ▇▇▇▇▇▇▇

N.Y.S. Dept. of Motor Vehicles
Brooklyn TVB
2875 W. 8th Street
Coney Island, NY 11224

I request that the Administrative Law Judge read and consider my statement, and make it part of the record before reaching a decision in my case. I waive my right to appear in person, to question witnesses, and/or to object to any evidence presented at the hearing. I understand that this Statement constitutes my appearance in this matter.

I understand that, in my absence, the Administrative Law Judge and the Department of Motor Vehicles may take any authorized legal action against me as if I were present at the hearing. Such actions include, but are not limited to, imposing fines, surcharges, and fees, and suspending or revoking my driver license or driving privilege, and/or registrations. I reserve the right to appeal any decision against me. *AFFIDAVIT #2* "Without Prejudice"

**You MUST explain why you believe you are "not guilty". You MUST enclose a copy of your driver license or government issued photo ID.** *(Attach additional sheets, if necessary, and copies of any evidence.)* I hereby state that I am being illicitly monitored (surveillance)"harassed" and targeted by the police (N.Y. P.D.). The 10/15/2018 encounter is clear, based on "precise tracking devices" having been trailed every day by the police. They also pass disparaging remarks to personnel at my residencies eateries and placed worked/working. In this case report#2018-4166, an indication. In a 03/09/2018 matter I was physically attacked by a Manager of my employer under C.C.T.V. Police never arrested suspect. Critical info left off Police Report #2018-001-01679, re 1st Police Precinct (16 Ericcson Place New York N.Y. 10013. I made complaint to Civilian Complaints Review

**CERTIFICATION:** I certify, under penalty of perjury, that all information I have provided in this Statement and all supporting documents are true. I understand that making a false statement in connection with this Statement may subject me to criminal prosecution under the NYS Penal Law.

SIGNED ▶ ~~~~~~~
Motorist Signature

Date 08/26/2019

Board (C.C.R.B.) #2018-R2618. Wrote eight(8) letters to include N.Y.P.D. Chief of Department. Illicit PROFILING, by N.Y.P.D., whether Union representatives, or top tier, etc. adr

**STATE | Motor Vehicles**

PERSONAL APPEARANCE

Office of Administrative Adjudication/
Traffic Violations Bureau

*CONTINUING*   "*Without Prejudice*"   *Page 2*

Name: RICHARDS, Alroy     RE: Ticket No. ABB 1666 862

EXH. 9

I am the motorist described in the above ticket. I am charged with committing a traffic infraction, and I have pleaded "not guilty" to that charge.

My address is: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Valley Stream, N.Y. 11580

My date of birth is: ▓▓▓▓▓▓▓▓

I request that the Administrative Law Judge read and consider my statement, and make it part of the record before reaching a decision in my case. I waive my right to appear in person, to question witnesses, and/or to object to any evidence presented at the hearing. I understand that this Statement constitutes my appearance in this matter.

I understand that, in my absence, the Administrative Law Judge and the Department of Motor Vehicles may take any authorized legal action against me as if I were present at the hearing. Such actions include, but are not limited to, imposing fines, surcharges, and fees, and suspending or revoking my driver license or driving privilege, and/or registrations. I reserve the right to appeal any decision against me.

**You MUST explain why you believe you are "not guilty". You MUST enclose a copy of your driver license or government issued photo ID.** *(Attach additional sheets, if necessary, and copies of any evidence.)*

Continuing...
Investigating Officer was Sgt. Abraham Caraballo of
1st Precinct plus Lieutenants and Sgts from say
Internal Affairs Bureau. No pun, no aspersions
surveillance equipment set up inside my Office building,
My residence, my cell and house phones "tapped" my
communications being intercepted and monitored All
these done with disdain and malice to try and isolate
me. Employers are also being told to "fire me" from job.
re police having been using marked unmarked vehicles,
spy equipment" and human resources, negatively towards me.

**CERTIFICATION:** I certify, under penalty of perjury, that all information I have provided in this Statement and all supporting documents are true. I understand that making a false statement in connection with this Statement may subject me to criminal prosecution under the NYS Penal Law.

SIGNED ▶ _____     08/26/2019
                  Motorist Signature                                    Date

53 (8/16)

*to me, with date and signature stamp*

*EXH. 10*



Valley Stream, N.Y. 11580

February 16, 2019

Lt. Anderson
Patrol Boroughs Brooklyn South
Investigations Unit
Edwards Hall, 2nd Floor
Floyd Bennett Field
Brooklyn, N.Y. 11234

Dear Lt. Anderson:

**RE:    ALROY D. RICHARDS, Complainant in Case #2018 – 41661**
**My LETTER DATED NOVEMBER 19, 2018**

---

Reference is made to the subject, as well as our brief telephone conversation during the course of this week (initiated by yours truly), along with our telephone discussion before, in your seeking clarity, on the issue reported.

I hereby acknowledge receipt of your letter to me, dated November 13, 2018, relative to the reports that I made. The contents of your letter were duly noted. This is something that I should have acknowledged prior (i.e. receipt of your letter). My initial November 19, 2018 one(1) page letter is now being resent to you (attached).

Also attached, is an extra copy of said (this) 01/19/2018 letter I wrote to you (your entity). Consequently, I am asking that a stamp and date or signature and date be affixed to this letter of mine, and this material copy be sent to me, to the address so detailed. Enclosed also, is a self stamped envelope, addressed to me – as recipient.

Thanking you for your efforts at resolution of the issue.

Yours sincerely

ALROY D. RICHARDS

Att.

*Mr. Richards,*
*I have received your acknowledgment*
*Thank you,*

*COPY – for*
*RETURN to Me*
*(DATE, STAMP)*

November 19, 2018

**"WITHOUT PREJUDICE"**

The Internal Affairs Bureau
New York Police Department
1 Police Plaza
New York, NY 10038

EXH. 11

**ATTENTION: LT. WHITLOCK**

Lt. Whitlock:

RE: **ALROY D. RICHARDS – CIVILIAN COMPLAINANT, Case #2018-41661**
**TRAFFIC TICKET #ABB1666862 (and My 10/18/2018 Letter, With Attachments)**

Reference is made to my telephone call with you, on October 24, 2018, with respect to the complaint against Officer Saroff, as well as that with Officer Shantell, also by phone, on October 23, 2018, on the said issue. I should be free from harassment, and (illicit) profiling, especially based on certain preformed concepts. Important though, are: **non-discrimination**, ("illegal") no **profiling, diversity, equality, inclusiveness, equity**, and a society that does not promote bias, and prejudice. All of us (I believe), are grateful for residing in this great state, and great country; no "gods" live on earth, well as far as I am aware – unless someone can show me otherwise.

Based on the need for an effective and unbiased investigation, I am merely doing a follow up, predicated on the Freedom of Information Law (F.O.I.L.). I am reasonably expecting that the outcomes will be outlined to me, as I remain adamant, that I was not treated fairly (and continue to be treated this way, by persons whom display malice, prejudice, and stereotypical behavior). Let us hope that the requisite documentation (to include *C.C.T.V. images*), will be disclosed to me, in due course. Reasonableness (with references), is key.

It is still my view, that, that there will be no disdain, nor predispositions towards the complainant (I am not referring to you, neither any other person, in particular). The expectations are that concepts of the "American dream" (equity, equality, interalia) will be upheld. I now leave this matter, in capable hands, and hope that this wont be treated with disregard. Kindly stamp and return an attached copy of this (material) letter, as an indication that I am again registering my complaint, to the New York Police Department (N.Y.P.D.).

Regards.

Yours sincerely

*[signature]*

**ALROY D. RICHARDS**

*Mr. Richards,*
*I have received this acknowledgment*
*as well.*

*[signature]*



POLICE DEPARTMENT

Patrol Borough Brooklyn South Investigations Unit
Edwards Hall, 2nd Floor
Floyd Bennett Field
Brooklyn, NY 11234

EXH. 12

November 13, 2018

Mr. Alroy Richards

█████████████

Valley Stream, NY 11580

Mr. Richards,

My office we has completed the investigation into allegation(s) you made stemming from an incident (summons) that occurred on October 15, 2018. At this time, we have not found any evidence of misconduct on behalf of the officer(s) involved; however, the concerns you and I discussed when we spoke were shared with the officer who issued you the summons. While he did offer a different version of events, he was understanding of your perception of the incident and seemed open to bettering future interactions with community members.

Please be reminded that you do have the right to dispute this summons. You are urged to keep your scheduled hearing date so you may present your case before a Traffic Violations Bureau magistrate.

Sincerely,

Lieutenant Anderson
NYC Police Department

IAB Log # 18-41661

COURTESY  •  PROFESSIONALISM  •  RESPECT

EXH. 12



**POLICE DEPARTMENT**

NEW YORK, N.Y. 10038
.... Investigations Unit
..... ard. Ball ....d. 00..
....yd Bennett Field
.......... NY 11234

Mr. Alroy Ricards

Valley Stream, NY 11580





U.S. POSTAGE

$ 000.47

FIRST CLASS

LICE EMERGENCY ONLY

DIAL 911

1158084915 C010

EXH. 13

**alroyrichards7**

I telephoned your office today, at 1357 hours, where I got email, and fax information, from a LT. WHITLOCK. Please note though, that I didn't get to explain mat

Tue, Oct 23, 2018, 2:11 PM

I telephoned your office today, at 1357 hours, where I got email, and fax information, from a LT. WHITLOCK. Please note though, that I didn't get to explain mat

**alroyrichards7** <​███████████████>                    Tue, Oct 23, 2018, 2:11 PM


iab

I telephoned your office today, at 1357 hours, where I got email, and fax information, from a LT. WHITLOCK. Please note though, that I didn't get to explain matters to him, as I was calling from work. Kindly see the attached, which are self explanatory - 5 page letter, traffic ticket, one hand drawn map, along with eight(8) photographs, of the scene.

Thanking you for promptly procuring the requisite CCTV images, when this is eventually done. I have no doubt that civilians can be "framed", and is making this small step.

My contact information is on the letter.

Att.


Sent from my MetroPCS 4G LTE Android Device

Reply   Forward

EXH. 13

[ABCMDCNTR <IABCMDCNTR@nypd.org>                  Tue, Oct 23, 2018, 2:34 PM


me

There is no attachment on the prior email.

EXH. 14

███████████
Long Island, NY 11580

Email: █████████

October 18, 2018

**'WITHOUT PREJUDICE'**

The Director of Investigations
(Alleged) Traffic Violations Plea
Department of Motor Vehicles (DMV)       N.Y.S. Dept. of Motor Vehicle.
P.O. Box 2950-ESP                        Brooklyn TVB
Albany, NY 12220-0950                    2875 W. 8th Street
                                         Coney Island, NY 11224

Dear Sir/Madam:

RE:    **ALROY D. RICHARDS – New York State (NYS) DRIVER'S LICENCE ██████████**
       **2015 NISSAN ALTIMA, REGISTRATION – J███████**
       **FRAUDULENT, CONCOCTED (REPORTED) TRAFFIC VIOLATIONS – TICKET #ABB1666862**
       **MONDAY OCTOBER 12, 2018, Intersection of CONEY ISLAND and FOSTER AVENUES**
       **BROOKLYN, NY**

---

Good day to you. I write to you, to inform you of the seemingly malicious manner (towards me), at caption, and ***hereby categorically deny any such allegations***. In writing this letter, I am also copying the Commanding Officer of ***Police Precinct #070***, reportedly being at 154 Lawrence Avenue, Brooklyn, NY 11230. A copy of this ticket issued to me, by Police Officer SAROFF, is hereby attached for your attention. Let me also say that the behavior of the police were most disgraceful, threatening, and intimidating, appeared to have had some elements of prejudice in the physical approach, as well as handling of the matter. I had no idea that the police could actually frame persons. Now I have had my experience. It is my first time in this great City, great state, and great country, and I arrived (migrated here) in October 2016, from Kingston, Jamaica, West Indies. Vindictive would have been too "soft" a word, to describe the action, of particularly ***Officer Saroff, whom was with a (police) female colleague***, of similar Caucasian descent. If (especially) Officer Saroff should be seen as an epitome of the New York City Police Department (NYPD), then I can imagine this is potentially not the first time a civilian will be making a complaint against his abhorrent demeanor, but it will not augur well for police-citizen relationship. The checks will reveal that the police truck was blue and white in colour, and marked (NYPD) – with numbers ***4351***. I will call this ***truck B***, for ease of reference.

On ***Monday October 15, 2018***, at ***7:52 am***, I was driving my brown Nissan Altima sedan motorcar, along ***Foster Avenue***, Brooklyn, NY, heading in a general westerly direction, towards Coney Island Avenue, due westerly. I was approaching from the direction of Flatbush Avenue (which is located to the East). Now, all was well with my driving, and was in the process of

EXH. 14

observing all safety precautions. Coney Island and Foster Avenues intersect, almost at perpendicular angles, cutting across each other. Coney Island Avenue runs north-south, and Foster Avenue runs east-west. Please note the time I mentioned. I proceeded to stop at the stoplight, on Foster Avenue, and *I put on my indicator, for turning left, unto Coney Island Avenue* (intending to go south). *My vehicle was exactly at the front of that line.* In the opposite direction, on Foster Avenue (across Coney Island Avenue), a motor vehicle was stationary at the front of the stoplight, and *a TRUCK (to be called A), which was in line (another vehicle being exactly behind it, and which turned out later to be the marked police truck) at the front of the line, and was stationary, almost stationary i.e. barely moving.* Its (material truck, not that of the police) height is about 7 feet 2 inches, or so. Truck A's left indicator was put (still stationary), (its driver) intending to proceed left, unto Coney Island Avenue (i.e. intending to head northerly). Recall now, that another motor vehicle was directly ahead of it, travelling in the same direction. My Nissan Altima was. Stationary.

The other motor vehicle, was apparently behind this truck being referred to (facing oncoming vehicles from my side), and this later turned out to be truck B – the marked police truck. First motor vehicle proceeded straight ahead , or so (unto Coney island Avenue). While truck A remained in the area, the driver wishing to go left, from his side. Vehicles were previously traversing to and fro, along Coney Island Avenue, as they had the green light. A pedestrian crossing is located across Coney Island Avenue, along the general line of sight of Foster Avenue (the latter stretching across Coney Island Avenue). There were massive amounts of pedestrians on both sides of Coney Island/Foster Avenues. On my side, the pedestrian crossing was to the left of my motorcar, and was 3-4 or so feet away, from the outer left fringes, of my motorcar. Contrastingly, the pedestrian crossing on the other side i.e. on the side of the trucks A, and B, was to their right, just 2-3 feet away from the truck A's right outer fringes.

The lights for general north-south traffic was changed to red, and green lights were given for west-east i.e. general either way for traffic stopped on Foster Avenue. Please recall, my motorcar is at the front, on the easterly side of Foster Avenue (facing westerly side of Foster Avenue). *Truck A (or truck's driver) then proceeded to centre at the intersection*, waiting to go left, or northerly, *along Coney Island Avenue, but was not that much farther from its original position. I wasn't able to identify truck B (the police truck),as it was being obscured by truck A.* Simultaneously, *I also positioned my motorcar, at the centre of the intersection, intending to turn left, or southerly, along Coney Island Avenue – traffic on side of trucks A and B, still stationary*. However, *I waited, as pedestrians began to immediately scurry across, from the westerly side, in opposite direction, to position of my motorcar*, much to my surprise (manner in which they rushed, luckily, I always approached with caution, and always respect pedestrians – they are important too, and have no "hardcover", as protection. No other motor vehicles were proceeding right, from west, unto Coney Island Avenue (in direction I intended on heading).

Hence, I waited. As I did, truck B remained behind truck A.. *The marked police vehicle(truck B) veered slightly right.I was unable to definitively decipher the rason for that move, as the pedestrian crossing was to their right, and heavy pedestrian traffic, were in the process of*

21

EXH. 14

*crossing*. *They (the police) did not put on any indicator to turn right*, *did not have on flashing lights*, and *did not have on police sirens*. Any **CCTV images** in that area will reveal that, and all other details. I will allude to actual positioning of all (private) CCTV cameras seen, in that area, later in this presentation. *Apparently, and from evidence written on the ticket, by the incumbent Police Officer, the police truck (truck B) was heading easterly, i.e. straight across Coney Island Avenue, and continuing unto Foster Avenue*. Wow! Interesting, as my motorcar was still positioned at an angle, of say 45 degrees, facing south Coney Island Avenue, as pedestrians closer to the westerly side (ironically where the police truck is located), continue to cross, using the designated crossing. Again, this police truck was unable to proceed, as it was still being blocked, by the material truck (truck A) immediately infront that police truck (truck B). What were the police 's intentions? "Run" the pedestrians off the crossing, or may be were planning to may be "mow them down"? Just a little rhetoric. I am still thinking though – what the real intentions of the police were.

Then, I saw *Officer Saroff (seated in the police truck) apparently waving his hand, at me, may be out of ego, in quite a threatening and disrespectful manner*. May be only he could provide a plausible explanation. Surprisingly, I realised that his "anger" was being directed at me. Shocking. Prejudice? Or simply a matter culminating into what was to come (what I would have faced). Was he intending on punishing me? Why? He (Officer Saroff) didn't expect me to hit the pedestrians off the pedestrian crossing! I am almost sure, and would want to speak in the affirmative. *As their side of traffic was stationary, and no pedestrians had proceeded to cross, from either directions, and that my motor car was in the process of turning left, to try and clear the intersection. This is inevitable* I am most perturbed about the decision by the police. *In an effort to point out safety to the police, I simply, amicably, and respectfully pointed to the ensuing pedestrian traffic*, as my motor car was now a few feet away, from the edge of the pedestrian crossing, as I waited to fully turn (but pedestrians were still crossing). Subsequently, the pedestrians cleared that area, and I proceeded southerly, unto Coney Island Avenue. As I did, I then heard the material police team put on sirens (no flashing lights). *I looked through my rear view, and realised that the police truck was now aggressively "in pursuit" of my motorcar*; I saw the expression on the face of the incumbent driver, Officer Saroff, through my rear view mirrors. My motorcar was in the extreme left lane. *No loud hailer were on*.

Traffic were darting to my right and left, but moreso, to my right. There exist a marked (yellow) safety "diagonal" area/grid, to my right. Hence, I stopped there, by indicating, and pulling over. *The police, were now behind my motorcar, but then pulled immediately to my right, and asked me to pull over to the right, instead. Again, I informed the police team, that it was not practical and feasible to do so* .This police team then facilitated my pulling over to the right, where I then stopped, observing all safety precautions, and proceeded to retrieve my documents. Both Police Officers disembarked from their police truck; Officer Saroff came to the driver's side of my motorcar (left), while the female Police Officer came to the right hand side of my motorcar. I extended the necessary courtesies, to the police team, and respectfully and professionally asked the reason why I was being stopped. Officer Saroff commenced in a rather aggressive and loud manner (not just about his tone), but seemed to be "immediately" exuding

3|

...

EXH. 14

or displaying"power", and both Police Officers appeared to be holding unto their pistols, which were both holstered. Unsure about what takes place in New York, or elsewhere, but I wasn't "resisting" the approach of the police, was not acting suspicious, and was complying with all requests, inclusive of those for documents. I was on my way to work, was in work clothing, my hands were distinctly visible. No passengers were in my motorcar. Importantly, I remained calm, and begin to ask questions (such as wearing of body cameras); the team said "no, they were no wearing any. Officer Saroff, on my questioning, then commented that I *"failed to have yielded to traffic"*.

Oh, I see. So, a minority person (of African descent), may be whom shouldn't be driving a motorcar, and whom appeared to have an (immigrant) accent, and was being too eloquent, suddenly "become a threat", to the police. Or, whenever I see the police, I should act suspicious, or "yield", to rather "god-like" behavior. The few (situations) that I have seen, or heard being reported, doesn't even convince me, just now, that there will be any justice, in this material matter. As a resident of this great state, and great country, I asked the police to explain to me, where I went wrong. *Officer Saroff became extremely irate, to the extent that I had to ask him to please calm down, be objective, and remain professional*. I was most shocked. As a consequence, the police team, after they were handed my documents (Driver's License, Motor Vehicle Registration, and Motor Vehicle Insurance), proceeded to their motor truck, without explanations to me, even when I sought explanations to the process, as Officer Saroff, told me that "he will be issuing a ticket to me". *I remained seated in my Nissan motorcar, for close to fifteen(15) minutes*, as the police team still did not return to me. Ironically, I didn't see it as punishment, and thought that they were doing their due diligence. Would my race, or lack of an immigrant accent, have made it better for me?

Thereafter, the police team returned to my motorcar, each Police Officer approaching on the same side they did before, only that they were not holding unto their guns, in their respective holsters. My documents were returned to me, by Officer Saroff. I again reiterated that this is the first time that I am being stopped by the police, or being issued a traffic ticket, here in the United States. So, I asked the police team to give me a brief explanation, as to the process. *Again, Officer Saroff began to become aggressive, and I became afraid, as he stepped back*, from my window, not stopping to offer the appropriate information. Interestingly, it was the female Police Officer, whom had to respectfully interject, "motioned to Officer Saroff" to calm down, and gently, professionally, and respectfully embarked on explaining a simple process to me. This had to do with whether or not I agreed with the traffic ticket, the appeal process, and thereafter (nothing to do with my personal views, and other facts, now being expounded by me). It made so much difference. Amazing. Now, if I were to consequently form an opinion of the police, in general, after she spoke, then I would say, that not all have "evil" intentions, full of introverted egos, or whom may be harbouring malice, disdain, and prejudice.

I am respectfully *requesting that the CCTV images be sought*, from private individuals, in this area- and I will list all of them. There were no presumed public (City installed) cameras in that area; my opinion. Now the CTV data, are as follows (places relative to intersection):

4/

1) **GYRO HUT** (east Coney Island Avenue)- has one(1) camera focusing into the intersection. One(1) camera also focusing south, unto Coney Island Avenue.
2) **PAK PHARMACY** (west Coney Island Avenue) - beside Gyro Hut, has one(1) camera focusing south, unto Coney Island Avenue.
3) **BARBER SHOP** (beside Pak Pharmacy) – has two(2) cameras, one(1) of which focused in general direction of intersection.
4) **PUNJAB GROCERY** (more south west, along Coney Island Avenue) - has one(1) cameras focusing into intersection, and one(1) other, where police stopped me.
5) **PHONE DOKTOR** (south Coney Island Avenue) - has two(2) cameras on external area of their building.
6) **FRY CHICKEN PIZZA** - has one(1) camera focusing more easterly, towards Foster Avenue, plus another, in that general vicinity.

Subsequently, *__I am appealing this outright malicious and self serving, egocentric, biased act, being meted out against me__*. Where are the principles of __equal opportunity__, __diversity__, __inclusiveness__, __non-discrimination__. The founding fathers had this in mind, despite. I hope that my highlights will show that hatred may still be in existence, and that particular personnel may be targeted. ███████████████████████████████████████████████████████████. It looks so easy, that persons in position of authority, and responsibility, can easy "set up" persons, simply if they feel that they do not like them, or that the victim's demeanour was not **subjugating**, even when the aggressor's is **condescending**, **untrue** (no merit), and rather spiteful. Is this possible? However, affording personnel __natural justice__, __eliminating bias__, and __avoidance of__ __stereotyping__, are crucial in obtaining genuine, meaningful, and effective results.

I pray that you will see the merit in my presentation, and that the truth will be uncovered, preventing *"framing" of civilians*, as I believe that the latter do (potentially) exist. *__Attached__* for your perusal, is a *__detailed__* (hand drawn) *__map__* of area, and happening. I have also attached a *__copy__* of the requisite *__ticket__*.is *__attached__*. *__Eight(8)photographs__* *__of__* the *__scene__*, are also attached. It is not expected that I will be "targeted", thereafter – retaliation.

Regards.

Yours sincerely

*(signature)*

**ALROY D. RICHARDS**
**Driver/Complainant**

**Att.**

Copy – Deputy Inspector Mr. James Palumbo
Commanding Officer, **Police Precinct #070**
154 Lawrence Avenue, Brooklyn, NY 11230







EXH. 14

POLICE
TRUCK
(CB)





EXH. 14



EXH: 14





EXH. 14



EXH 14

EXH. 14

ABB1666862   TRAFFIC TICKET

MOTORIST COPY-TRAFFIC VIOLATIONS BUREAU

YOU MUST ANSWER THIS TICKET WITHIN 15 DAYS OF
THE DATE OF OFFENSE. TO ANSWER ON-LINE AT
WWW.DMV.NY.GOV/EPLEAD.HTM OR BY MAIL, FOLLOW
THE INSTRUCTIONS ON THE OTHER SIDE.
FAILURE TO ANSWER WILL RESULT IN THE SUSPENSION OF
YOUR LICENSE AND A DEFAULT JUDGMENT AGAINST YOU.

EXH. 14

EXH. 15

# Legal Aid: Stop-and-frisk spiked 22% in 2019

Your new apartment has everything — great location... view and a door too small for your couch...

8/31/2020

EXH. 16

## IKAHIC Matters

| TICKET # | DATE | VIOLATION | RESULT | COMMENTS IN RESPONSES |
|---|---|---|---|---|
| Frank #0F5487A @ 3:01pm FJ.sec $50.00 | 03/29/2018 Linden Blvd & Rockaway Avenue | Speeding (11mph above) Lane #2 | May have been [written/drawn] | Noted as KFS 0F1WB. No photos attached. I protested by written correspondence + Traffic Violation Bureau (Finance Dept). Never owned vehicle nor drove. |
| Frank #2444-008A @ 10:35pm + sec $50.00 | 02/12/2018 Eastern Pkwy at Bedford Ave | Red light Phase K (signal) Lane #1 | May have been [LPOR drawn] | Noted as KQ (location code) 213037 (New Jersey) assigned at purchase. |
| 992 452, and Device # 32114 | 07/16/2019 East 51st Street Brooklyn | Nyc Marshalls actions in the restriction of movement on the vehicle. | Vehicle booked then removed by tow truck the next day | "Disabled" vehicles or vehicles parked either overnight + into "no parking" "zones + fire in residence and on main thoroughfare are not ticketed, "unbooked" nor tow truck used to remove these vehicles. |
| 1451246A0-0 70th Precinct $115.00 @5:56pm | 02/08/2019 Ocean Ave Brooklyn | Double parked | Found guilty (in absentia) | My 02/24/2019 letter to Dept of Finance (Copy ticket attached). |
| 873165132-0 $35.00 @11:47am 10th (Court Queens) | 02/13/2019 Whitst @ 6pm | Expired parking ticket | Found guilty (in absentia) | My 03/16/2019 letter to Dept of Finance Cosby (Asst Court Order + copy receipts for parking meter). |
| SEP549900-8 $115.00 @6:58am 70th Precinct | 02/22/2019 Ocean Ave Brooklyn | 3 feet from a fire hydrant | Found guilty (in absentia) | My 02/27/2019 letter to Dept of Finance Cosby (ticket attached, plus photograph of the scene. |
| 871505002-5 $25.00 @10:57am 2nd Precinct | 01/21/2019 21st Street Church Street (HOLIDAY) | No Parking Receipt Record | Found guilty (in absentia) | My 02/14/2019 letter to Dept of Finance Cosby ticket attached, plus post photographs of that scene. |

03/30/2020
EXH-16

## TRAFFIC MATTERS

| TICKET # | DATE | VIOLATIONS | RESULT | COMMENTS/MY RESPONSES |
|---|---|---|---|---|
| #1061690-1 15-00 @ 7:20am 0th Precinct | 01/25/2019 Flatbush Ave & Beverley Rd, Brooklyn | No Standing | Found guilty (in absentia) | My 02/14/2019 letter to Dept. of Finance (copy by ticket, plus photographs of scene, attached). |
| James #'s: 75487A, 44A-0D8A → | 03/28/2018 → 02/12/2018 → | → Speeding → Red light | Uncertain | My 01/19/2019 letter detailing the dispute of certain tickets- didn't own car nor had those registration plates, neither was I driving. |
| #4726398-0 10-00 @ 12:30pm 5th Precinct | 10/21/2018 1901 Beverley Rd, Brooklyn | → Parking Receipt Missing | Found guilty (in absentia) | Hearing request by me on 11/04/2018. |
| #4726398-2 | 10/21/2018 | → Missing Registration Sticker | Withdrawn? (in absentia) | → Had original in hand showing a police went to get cleaner for windscreen (attach.) |
| #4726398-4 10th Precinct | 10/21/2018 | → Missing Inspection Sticker | Found guilty (in absentia) | |
| #8547165-5 15-00 @ 1:43am | 11/01/2018 E. 19th Street Flatbush | → No Inspection Sticker | Found guilty (in absentia) | → I requested a hearing on 11/04/2018 = Two(2) tickets, same day, for same thing. |
| #8387344-6 15-00 @ 8:13pm 0th Precinct | 11/01/2018 2523E.6th St Brooklyn | → No Inspection Sticker | Found guilty (in absentia) | Requested a Hearing on 11/04/2018 = Two(2) tickets, same day, for same thing. |
| #5480882-0 15-00 @ 8:06 4 Precinct | 08/11/2019 Albemarle Brooklyn | → No Standing | Vehicle impounded, taken to Brooklyn Navy yard storage | Paid over $250.00 in order to retrieve the motor car. |



**F I N A N C E**

**NEW ● YORK**

The City of New York
Department of Finance

*EXH. 17*

**Speed Violation
Monitoring Program**

## Speeding Fact Sheet

Legislation has been enacted to allow the city of New York to issue Notices of Liability for speeding violations based on images taken by an automated camera. The speed cameras are installed to deter motorists from committing speeding violations. The enforcement of these violations has been given to the Department of Transportation.

The enclosed images were taken automatically by such camera. The Speed Camera monitors the speed of a vehicle traveling on the roadway. When a vehicle is traveling in excess of 10 MPH over the posted speed limit the camera automatically takes two (2) photographs less than one second apart. The images show the speed limit, violator speed, date, time and location of the violation. (Refer to sample Data Field explanations, below). A flash unit allows the camera to operate at night as well as in the daylight.

When a speed offense is photographed, the registrant is mailed a Notice Of Liability along with one or more images showing the violation. The registrant is liable for a fine, currently $50.00, but will not receive points on his or her driver's license.

Under the law, the registrant can be held liable even if he or she was not the driver if the car was photographed speeding.

The enclosed Notice of Liability describes the procedures for paying the fine or pleading not guilty and requesting a hearing. Please read all the information carefully.

**SAMPLE OF FIXED SPEED DATA BAR**

| Date of Violation | Time of Violation | Posted Speed Limit | Violator Speed | Vehicle Direction | Photo Frame Seq. (A/B) | Roadway Lane |
|---|---|---|---|---|---|---|
| Date | Time | Limit | Speed | Dir. | Frame | Lane |
| 3/28/2018 | 15:01:42.8 | 030 | 041 | | 075487A | 2 |
| KFS02P-WB LINDEN BLVD @ ROCKAWAY AVE | | | | | | |

⬆            ⬆

| Site ID  /  Camera Location |
|---|



**FINANCE**

**NEW • YORK**
The City of New York
Department of Finance

**Red Light Violation
Monitoring Program**

*EXH. 17*

---

# Red Light Fact Sheet

Legislation has been enacted to allow the city of New York to issue Notices of Liability for Red Light violations based on images taken by an automated camera. The Red Light cameras are installed to deter motorists from committing Red Light violations. The enforcement of these violations has been given to the Department of Transportation.

The enclosed images were taken automatically by such a camera. The Red Light Camera is connected to a traffic light and is only active when the light is red, not when the light is green or yellow.

Vehicles crossing the stop line or entering the crosswalk after the light turns red are detected automatically. The camera takes two photographs, approximately one second apart. The images show the date and exact time of the violation as well as the number of seconds since the light had turned red. (Refer to Data Field explanations below).  A flash unit allows the camera to operate at night as well as in daylight.

When a Red Light offense is photographed, the registrant is mailed a Notice of Liability along with one or more images showing the violation. The registrant is Liable for a fine, currently of $50.00, but will not receive points on his or her driver's license.

Under the law, the registrant can be held liable even if he or she was not the driver when the car was photographed going through the Red Light.

The enclosed Notice of Liability describes the procedures for paying the fine or pleading not guilty and requesting a hearing. Please read all of the information carefully.

**Sample**           **Explanation of Red Light Photo Data Field**

| Date of Violation | Time of Violation | Signal Phase | Time Since Signal Turned to Red (in seconds) | Lane Number | Serial Frame Number |
|---|---|---|---|---|---|
| DATE | TIME | PHASE | R TIME | LANE | FRAME |
| 2/12/2018 | 22:35:07.9 | R | 000.3 | 1 | 2449-008A |
| KQ-EASTERN PKWY (W/B) @ BEDFORD AVE | | | | | |

⬆                    ⬆

| Location Code / Location Name |
|---|



# DO NOT MOVE THIS VEHICLE

MOVING THIS VEHICLE WILL RESULT IN SERIOUS DAMAGE TO THE VEHICLE.

WARNING: ANY DAMAGE OR VANDALISM TO THE BOOTING DEVICE WILL BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW.

| 1) DATE | 2) TIME | 3) LICENSE PLATE NUMBER | | STATE | 4) COLOR/MAKE |
| --- | --- | --- | --- | --- | --- |

| 5) LOCATION | | 6) DEVICE # | 7) OFFICER | COMMENTS: |
| --- | --- | --- | --- | --- |

## BOOTED BY THE CITY OF NEW YORK

**FOR BOOT REMOVAL AND FINE PAYMENT**
CALL TOLL-FREE 24 HOURS A DAY

# 1-844-338-6303

**WHEN YOU CALL, YOU WILL NEED THIS NUMBER →**

**BOOT VIOLATION#**
Q 92452

**This vehicle may be subject to an IMMEDIATE TOW**

THIS VEHICLE HAS BEEN BOOTED BASED ON AN EXECUTION FOR MORE THAN $350 IN UNPAID JUDGMENT DEBT PURSUANT TO CPLR, SECTION 5230. THE CITY OF NEW YORK ASSUMES NO LIABILITY FOR THE LOSS OR DAMAGE OF THIS VEHICLE OR ITS CONTENTS WHILE BOOTED, TOWED, OR AT AN IMPOUND YARD. DAMAGE TO THE BOOTING EQUIPMENT WILL RESULT IN ADDITIONAL CHARGES.

**REMARKS**

EXH. 18

Call 1-844-338-6303 to use Credit or Debit Card for immediate release!

Or to pay with cash in person, go to

| Manhattan Business Center | Queens Business Center | Staten Island Business Center | Brooklyn Business Center |
| --- | --- | --- | --- |
| 66 John St, 2nd Floor | 144-06 94th Ave | 350 St Marks Pl, 1st Floor | 210 Joralemon St, 1st Floor |
| New York, NY 10038 | Jamaica, NY 11435 | Staten Island, NY 10301 | Brooklyn, NY 11201 |

**Bronx Business Center**
3030 Third Avenue, 2nd Floor
Bronx, NY 10455

Hours for all locations: M - F 8:30 AM - 4:30 PM

If your vehicle was subsequently towed:

1. Call 1-844-338-6303 for important information.
2. If the vehicle was towed, an additional $135 tow fee plus a minimum $10/day storage fee will be assessed.

**BOOT RETURN LOCATIONS**

For a list of locations where you can return the boot, please refer to the back of this notice.

EXH. 19

'WITHOUT PREJUDICE'

February 27, 2019

NYC Department of Finance
Hearing By Mail Unit
P.O. Box 29021
Brooklyn, N.Y. 11202-9021

Dear Administrative Judge:

**RE:    ALROY RICHARDS, TICKET #868549900-8, Issued on FEBRUARY 15, 2019**
**ALONG OCEAN AVENUE, BROOKLYN, N.Y. 11226**

Good day to you. My name is ALROY RICHARDS, owner, and operator of the material Nissan
Altima (sedan) motorcar. I had parked my motorcar overnight, along Ocean Avenue, in the
vicinity of #708, facing the general easterly direction (i.e. towards Beverley Road), on February
15, 2019. Now, I do not intend on wasting precious time of your institution, but, as outlined
prior, it seems I am being targeted, using "technology", and possible manpower
communications coordination, to ensure that my motorcar is tracked, and ticketed. Kindly see
prior complaints, particularly with respect to this said Ticketing Officer, D. BAY. I say no more,
as it is not coincidence, or simply "doing a job". The grave disparity has now been revealed.

The ticket #868549900-8, is suggesting that I had parked my motorcar three (3) feet away from
the hydrant.  There are five (5) photographs attached, as to where the motorcar was parked,
and that this is its original position, as at the material time. Almost three quarters (3/4) of my
car could have been used to fill the gap, in the photograph. I see motorcars that are spot on, at
the hydrant, even on that same morning, in the same area, but I can assure you, that no tickets
were issued on these parked motor vehicles, or the occupants/owners. It is so obvious.
apparently, it could be said that "my motorcar was ticketed", and that not only that reasons
were not, or, will not be disclosed as to why the others were not ticketed, but that I should
"concentrate on my matter, only". Okay. I leave the photographs in your capable hands, as you
make your deliberations. Look at the distance of the motorcar, from the hydrant, versus the
allegations on the ticket.

Thanking you.

Yours sincerely

**ALROY D. RICHARDS**

**Att.**

EXH. 19 

TURN OVER

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

| Permit Displayed | Permit Number | | Type |
|---|---|---|---|
| N/S | N/A | | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| JEB5810 | 5 | 10/09/20 | NY | PAS |
| Make | Color | | Year | Body Type |
| NISS | BR | | 2015 | 4DSD |
| VIN # | | | | |
| 1N4AL3AP4FC112130 | | | | |

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section:   4-08(e)(2)

Fire Hydrant
3 FEET FROM HYDRANT

Place of Occurrence
Front of 708 Ocean Ave

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 40 | | | | K | 070 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 02/15/19 06:58AM | N/A |

Complainant's Comments:
No driver

FINE AMOUNT:           $115.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC   T-502   755147   AMB733 |  |  |  |

BOYD, D.

Signature of Complainant

By operator was present I indicated the operator's name or indicated "ID Refused" and personally served
this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I
affixed this Notice to the vehicle.

X DBoyd

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**



TURN OVER







EXH. 19



EXH. 19

EXH. 20

'WITHOUT PREJUDICE'

February 24, 2019

The Manager
NYC Department of Finance
Hearing By Mail Unit
P.O. Box 29021
Brooklyn, N.Y. 11202-9021

Dear Manager:

**RE:  ALROY RICHARDS – TRAFFIC TICKET #145124690-0**
     **ISSUED ON FEBRUARY 8, 2019 – OCEAN AVENUE, BROOKLYN, N.Y. 11226**

Good day. Reference is made to the subject. I must state that I have already complained about the illicit profiling of me, by the police, for no stated reasons, inclusive of illegally placing electronic and other vehicular, computer, cell phone, and manpower surveillance on me. I have made several reports, including to Internal Affairs Division, about aspects of this discriminatory practice.

On the day in question, I parked the motor vehicle along Ocean Avenue, as I saw that a marked police vehicle was following me, This is being done everyday: on my way to work, on pleasure, business, and just about going places that I am legally allowed to proceed to. I am not in any gang, nor carrying on any illegal business, nor practice. Yet, these despicable acts, by the police, continue. On the night in question, and in an effort to present myself to members of the public, whom were nearby, as the police were following me, I disembarked from the motorcar, and barely proceeded to check on my rear tyres, as they felt less than fully inflated. The monitor on the motorcar showed this, as I had earlier hit a large pothole. Upon returning to the motorcar, I saw that the police were scanning the chassis number instrument, located at the front right section of my motorcar.

As I am aware of many potential possibilities, I decided not to ask the police any questions (my October 15, 2018 experience - and subsequent ticket issued, and Internal complaints, prompted me to be quite careful). I present this information, to show that my many complaints about being harrassed, are not without merits. The pattern of how tickets are being issued, and where, are clear indications. Simply, I am being targeted by the police, using technology (abuse of power, and authority), that should be used to target, and track drug pushers, illegal firearms dealers, "shottas", murder perpetrators, and those of similar ilk. My complaints, via formal means, will continue. Due to the fact that a resident register complaints, against the police, doesnt mean that all police are "terrible", or that law enforcement is not doing a good job.

A copy of the material ticket is attached.

EXH· 21

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

Rev. 09/17  N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | | Type |
|---|---|---|---|
| N/S | N/A | | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| JEB5810 | 5 | 10/09/20 | NY | PAS |

| Make | Color | Year | | Body Type |
|---|---|---|---|---|
| NISS | BR | 2015 | | 4DSD |

VIN #
1N4AL3AP4FC112130

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(h)(1)

Expired Parking Meter
DAYS/HRS: MON-FRI/9A-7P

Place of Occurrence
Front of 87-75 146th St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 37 | 425776 | | 5 Mn | Q | 103 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 02/13/19  11:47AM | 02/13/19  11:40AM |

Complainant's Comments:
NO DRIVER NO PERMIT NO ACTIVITY

1st Obs is Parking Meter Exp.

## FINE AMOUNT:   $35.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-402 | 367979 | AM7059 |

Complainant's Name
KARAMALLAH, R.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if
the operator was present I indicated the operator's name or indicated "ID Refused" and personally served
this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I
affixed this Notice to the vehicle.

X  R KARM

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**



TURN OVER





EXH: 21



Ticket ID 81284

EXPIRATION TIME   EXPIRATION DATE

04:08 PM 02/13/19

| AREA | MACHINE# | AMT PAID | START TIME |
|------|----------|----------|------------|
|      | 4081941  | $ 4.00   | 02:08 PM   |

NYC DOT-BUREAU OF PARKING
**DISPLAY ON DRIVER'S SIDE**
**OF DASHBOARD**
PM150556461457

NEW YORK CITY



Ticket ID 81285

EXPIRATION TIME   EXPIRATION DATE

11:40 AM 02/13/19

| AREA | MACHINE# | AMT PAID | START TIME |
|------|----------|----------|------------|
|      | 4081941  | $ 4.00   | 09:40 AM   |

NYC DOT-BUREAU OF PARKING
**DISPLAY ON DRIVER'S SIDE**
**OF DASHBOARD**
PM150556461438

NEW YORK CITY

EXH: 21

**Supreme Court Civil Term**
**COUNTY OF QUEENS**

Index Number  717730/2018
Motion Cal. # 50  Motion Seq # 2

-------------------------------------X

Alroy Richards Plaintiff

**DECISION/ORDER**

-against-

NYSDHR;
Allied Univeral Security Services;
Hillside Manor Rehabilitation
                        Defendant

Hon. Ulysses B. Leverett

Date  Feb 13, 2019

Upon the foregoing cited papers, the Decision/Order on this Motion Petition pursuant
to  Executive Law § 298                                        is as follows:

Petition is dismissed, with prejudice
as petitioner failed to file the petition within
the 60 days statute of limitation from
the service of decision and order.
Order after investigation on 4/26/2018. The
is untimely.

Hon. Ulysses B. Leverett

Received by Petitioner/Plaintiff
on 02/13/2019.                    02/13/2019

Page ___ of ___

EXH.    22

February 14, 2019

New York City Department of Finance
Traffic Violations Appeal Tribunal
New York, N.Y.

Dear Manager/Judge

RE:    ALROY RICHARDS, JEB 5810 – TRAFFIC TICKET Issued JANAURY 21, 2019
       21st Street and Church Street (Brooklyn) – TICKET #871505993-5

Good day to you. My name is ALROY RICHARDS, owner and operator of the said motorcar. On
Sunday January 20, 2019, I parked my motorcar overnight, within reasonable permissible
parking, at that time. The location was near to 21st Street, and Church Street, Brooklyn.
MONDAY JANUARY 21, 2019, was a nationwide HOLIDAY, being DR. MARTIN LUTHER KING'S
DAY. Said motorcar was parked on a one way street, along with other motor vehicles. Both
sides of the street were lined with motor vehicles.

Realizing it was a PUBLIC HOLIDAY, and having had information about PARKING
ARRANGENENTS, which were REASONABLY being done, and no outrageous infractions, I believe
that the City of New York eased parking restrictions, within a certain time, since it is a Holiday.

Can someone please address this for me? Irrespective of the location, County, street, can I get
the general view, with respect to parking easements on a Public Holiday? In addition, I need to
find out about this particular circumstance. Now, NO OTHER MOTOR VEHICLES IN THAT
VICINITY WERE TICKETED. On my return to that area, the said motor vehicles were seen parked,
as was mine. I would like to know, based on the FREEDOM OF INFORMATION LAW, WHETHER
ANY OTHER VEHICLES WERE TICKETED (For similar, and any infractions), AT THAT LOCATION,
ON THAT DAY. The sequencing of the tickets, in my view, should follow in numeric sequence.
Sign posted in this area stated, "TRUCK and LOADING ONLY, 6:00 am - 10:00 am. Time on the
ticket was 10:57 am. Further, there are no signs that I have seen, which state "EXCEPTING ON
HOLIDAYS", even when parking easements are in effect.

In my view, this is rather absurd. Vehicles parked in the entire New York City on Holidays,
Sundays, and Saturdays and Sundays, where allowed, would have been ticketed then. My
checks with the Walgreens facility, at the corner, where the car was parked, revealed that I
should not have been ticketed, as this was the norm, for vehicles to be allowed to park there,
on Sundays, as well as on Public Holidays. They also told me that no deliveries to that
establishment, are done on Sundays, nor Public Holidays.

I await your considerations, and have attached a copy of material Traffic Ticket #871505993-5,
along with three(3) photographs of the specific area.

EXH. 22

Looking forward in hearing from you.

Regards.

Yours sincerely

ALROY D. RICHARDS

Att.