UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY RICHARDS,

                Plaintiff,

v.

CITY OF NEW YORK, SCOTT STRINGER, *in his official capacity as City of New York comptroller,* J. PASTORIZA, and D. SAROFF,

                Defendants.

No. 20-CV-3348 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated during the June 14, 2023 conference, the Court construes Plaintiff's June 13, 2023 letter as a motion for reconsideration, and denies that motion.

SO ORDERED.

Dated:    June 16, 2023
            New York, New York

_____
Ronnie Abrams
United States District Judge