UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY RICHARDS,

                Plaintiff,

v.

CITY OF NEW YORK, SCOTT STRINGER, *in his official capacity as City of New York comptroller,* J. PASTORIZA, and D. SAROFF,

                Defendants.

No. 20-CV-3348 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On June 27, 2023, Plaintiff filed a letter on the docket in this matter styled as a "Notice of Appeal," requesting that the Court of Appeals for the Second Circuit "permit Plaintiff-Petitioner the opportunity for further explanations/reminders" with respect to this Court's May 30, 2023 Memorandum Opinion & Order. On July 10, 2023, the Court issued an order explaining that a denial of a motion to dismiss in part is not generally appealable and directed Plaintiff, insofar as he intended to pursue an appeal in this matter, to file a letter in support of certification of an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) no later than July 19, 2023. Plaintiff has failed to respond to the Court's order. Accordingly, and for the reasons set forth in its July 10, 2023 order, the Court will not certify Plaintiff's appeal at this time.

SO ORDERED.

Dated:    August 14, 2023
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge