UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALROY D. RICHARDS,

                            Plaintiff,                     **ORDER**

        -against-                                   20-cv-3348 (RA) (JW)

CITY OF NEW YORK COMPTROLLER *et al.*,

                            Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This matter had previously been referred for settlement. Dkt. No. 9. The Court ordered the Parties to confer on available dates for a conference. Dkt. No. 105.

Defendants then filed a letter saying they, "respectfully prefer not to proceed with a settlement conference as Defendants believe that a conference would not be productive given Plaintiff's settlement demand." Dkt. No. 114.

Given that a conference would not be a productive use of the Parties' or the Court's time, the conference is adjourned *sine die* (in other words, without a new date). If in the future, the Parties collectively feel that settlement discussions would be productive, they should email the courtroom deputy with three mutually agreeable dates.

SO ORDERED.

DATED:   New York, New York
                August 15, 2023

                                                        *Jennifer E. Willis*
                                                         _____
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge