UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY D. RICHARDS,

                Plaintiff,

-against-

CITY OF NEW YORK COMPTROLLER *et al.*,

                Defendants.

**ORDER**

**20-CV-3348 (RA)(JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

Yesterday, the Court held a case management conference. At the conference, the Parties discussed various discovery disputes and the Court issued several rulings.

To begin, the Court adopts the case management plan proposed by the Defendant, but with the following modifications. Dkt. No. 125.

First, the pro se Plaintiff, Mr. Richards, must sign the CPL 160.55 release provided by the City. However, that release is to be limited to only Mr. Richards's traffic file. It is not to include non-traffic criminal or immigration records.

Second, Mr. Richards is directed to sign the City's proposed HIPPA releases. But the HIPPA releases are only for mental health providers, not for any other medical providers.

Third, both the Plaintiff, Mr. Richards, and the Defendant, Officer Saroff, are to be deposed. While the Parties have not yet identified any other witnesses to be deposed, the Parties shall be permitted to conduct up to five depositions.

Fourth, **discovery shall close on March 1, 2024.**

Finally, the City is directed to request a transcript of yesterday's proceedings and file it on the docket.

SO ORDERED.

Dated:   New York, New York
November 2, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge