UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY D. RICHARDS,

                          Plaintiff,

          -against-

CITY OF NEW YORK *et al.*,

                         Defendants.

**ORDER**

20-CV-3348 (RA)(JW)

**JENNIFER E. WILLIS, United States Magistrate Judge.**

    The Court held a case management conference in November 2023. The Court then issued an order directing the pro se Plaintiff, Mr. Richards, to "sign the CPL 160.55 release provided by the City. However, that release is to be limited to only Mr. Richards's traffic file. It is not to include non-traffic criminal or immigration records. The Order also required Mr. Richards "to sign the City's proposed HIPPA releases. But the HIPPA releases are only for mental health providers, not for any other medical providers."

    Defendants say they provided Plaintiff with 160.55 and HIPPA releases that complied with the Court's Order. Defendants say Plaintiff refused to sign the HIPPA release saying "Does not relate in any way, to case, before this Court. Plus, personal data, and privacy data, even if had existed, which, no existence." Defendants claim Plaintiff's reason for not providing a § 160.50 release was: "Plaintiff had also spoken in Open Court, on 11/01/2023, addressing any potential for irrelevant, unrelated, or, unreasonable requests. Otherwise moot."

On **April 3rd at 3 pm,** the Parties shall attend a discovery conference in Courtroom 228, 40 Foley Square to resolve all outstanding discovery issues. By **March 15th**, the City shall file on the docket the proposed 160.55 and HIPPA release forms. The City is directed to bring to the April 3rd conference hard copies of any releases it seeks to have Mr. Richards sign.

SO ORDERED.

Dated:   New York, New York
         February 22, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge