UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALROY D. RICHARDS,

                    Plaintiff,

-against-

CITY OF NEW YORK *et al.*,

                    Defendants.

**ORDER**

**20-CV-3348 (RA)(JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court has reviewed the proposed 160.50/160.55 release submitted by Defendant on March 15th. See Dkt. No. 148-1. For the sake of absolute clarity, the Court directs Defendant to amend the fourth paragraph of the proposed release to say the following:

> "The records to be made available to the person designated above comprise **only the** records and papers relating to traffic violations of the NYS Vehicle and Traffic Law on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55."

Defendant is further directed to bring hard copies of any forms or releases that it seeks Plaintiff to sign to the Wednesday conference.

SO ORDERED.

Dated:    New York, New York
            April 1, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge