UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALROY D. RICHARDS,<br><br>                            Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK *et al.*,<br><br>                           Defendants. | **ORDER**<br><br>20-CV-3348 (RA)(JW) |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court has received Defendants' Motion to Dismiss. Plaintiff's opposition is due **May 1st,** and any reply from Defendant is due **May 8th**. Until the Motion is resolved, all discovery is stayed.

      SO ORDERED.

Dated:    New York, New York
             April 18, 2024

                                                   _____
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge