UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| ALROY D. RICHARDS, |
| Plaintiff, |
| v. |
| CITY OF NEW YORK, SCOTT STRINGER, *in his official capacity as City of New York comptroller*, J. PASTORIZA, and D. SAROFF, |
| Defendants. |

20-CV-3348 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Leave to proceed *in forma pauperis* ("IFP") is authorized. *See* 28 U.S.C. § 1915.  Plaintiff's request to seal the motion to proceed IFP is denied.  If Plaintiff still seeks to seal his IFP motion—despite the redactions he has already applied—he must file a motion in accordance with Rule 5 of the Court's Individual Rules & Practices in Civil Cases explaining the reasons justifying sealing, including why the request is consistent with the test set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

The Clerk of Court is respectfully directed to terminate the motion pending as ECF No. 182.

SO ORDERED.

Dated:      April 10, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge