The Clerk of Court is respectfully directed to forward the enclosed order and a Set of Circuit.

Case 1:20-cv-03348-RA-JW Document 187 Filed 04/15/25 to Page 1 of 1

SO ORDERED.

_(signature)_

Hon. Ronnie Abrams
April 15, 2025

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ALROY RICHARDS

Write the full name of each plaintiff or petitioner.

Case No. 20 cv 03348 (RA)(JW)

-against-

(i) CITY OF NEW YORK, (ii) NYC Comptroller, Mr. SCOTT STRINGER, (iii) Mr. JOHNATHAN PASTORIZA, (iv) Mr. D. SARDFF

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that  Plaintiff   ALROY RICHARDS

plaintiff or defendant        name of party who is making the motion

requests that the Court:

(a) that the SDNY forward their APPROVED IFP, for Plaintiff, to the COURT OF APPEALS, SECOND CIRCUIT.

(b) KEEP, APPROVE & ADOPT, REDACTED PORTIONS of Personal & Privacy details, of Plaintiff, for SECURITY REASONS.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ☐ a memorandum of law
- ☑ my own declaration, affirmation, or affidavit
- ☐ the following additional documents:

04/11/2025
Dated

RICHARDS, Alroy (Pro-Se)
Name

179 Elm Street, P/H   Valley Stream N.Y.   11580
Address                City          State      Zip Code

347-779-3620
Telephone Number (if available)

_(signature)_
Signature

alroyrichards7@gmail.com
E-mail Address (if available)